**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
------------------------------------------------------------- x
                                                              :
AMER MOHAMMON, et al.,                                        :
                                                              :
                        Petitioner,                           :
                                                              :     NOTICE OF WITHDRAWAL
                                                              :        OF CO-COUNSEL
            v.                                                :
                                                              :
                                                              :     Case No. 1:05-CV-02386 RBW (AK)
GEORGE W. BUSH, et al.,                                       :
                                                              :
                        Respondents.                          :
                                                              :
------------------------------------------------------------- x
```

**PLEASE TAKE NOTICE** that the undersigned law firm, McDermott Will &

Emery, LLP, withdraws as co-counsel for petitioner ALI SHER HAMIDULLAH (ISN 455) in

this matter. Petitioner will continue to be represented by co-counsel Gitanjali S. Gutierrez, Esq.

of the Center for Constitutional Rights.

Dated: September 12, 2006
      New York, New York

                     McDERMOTT WILL & EMERY LLP

                     By: *Robert A. Weiner*
                     Robert A. Weiner (RW 3381)
                     340 Madison Avenue
                     New York, NY 10173-1922
                     Tel: (212) 547-5400
                     Fax: (212) 547-5444