# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| ) | |
| AMER MOHAMMON, et al. ) | |
|   Detainees, ) | |
| ) | Civil Action No. 05-2386 (RBW) |
| ) | |
| FAHD ABU HAFSA, ) | |
|   Petitioner, and ) | NOTICE OF WITHDRAWAL |
| Jamal Kiyemba, ) | |
| as Next Friend of ) | |
| Mr. Fahd Abu Hafsa; ) | |
| ) | |
| OMAR RAMAH, ) | |
|   Petitioner, and ) | |
| Omar Deghayes, ) | |
| as Next Friend of ) | |
| Mr. Omar Ramah, ) | |
| ) | |
|      Petitioners, ) | |
| ) | |
| v. ) | |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
|      Respondents. ) | |
| _____ ) | |

PLEASE TAKE NOTICE that undersigned counsel is withdrawing from the representation of Petitioners Fahd Abu Hafsa and Omar Ramah.

Undersigned counsel will continue to represent Petitioner Sharaf Al Sanani in this action. Additionally, counsel will be filing a separate Notice of Appearance on behalf of other Petitioners in this action.

US2000 9716051.1

Dated:  January 18, 2007.

Respectfully submitted.


 /s/ A. Stephens Clay
A. Stephens Clay
Georgia Bar No.
KILPATRICK STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309-4530
sclay@KilpatrickStockton.com
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

US2000 9716051.1