UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
IN RE:                                  )
                                        )   Misc. No. 08-442 (TFH)
GUANTANAMO BAY                          )
DETAINEE LITIGATION                     )   Civil Action Nos.
                                        )
                                        )   02-CV-0828, 04-CV-1194, 04-CV-1254, 04-CV-2022,
                                        )   04-CV-2046, 05-CV-0023, 05-CV-0247, 05-CV-0270,
                                        )   05-CV-0280, 05-CV-0329, 05-CV-0359, 05-CV-0392,
                                        )   05-CV-0492, 05-CV-0520, 05-CV-0526, 05-CV-0634,
                                        )   05-CV-0748, 05-CV-0763, 05-CV-0764, 05-CV-0877,
                                        )   05-CV-0883, 05-CV-0889, 05-CV-0892, 05-CV-0993,
                                        )   05-CV-0998, 05-CV-1124, 05-CV-1189, 05-CV-1220,
                                        )   05-CV-1244, 05-CV-1347, 05-CV-1353, 05-CV-1429,
                                        )   05-CV-1457, 05-CV-1487, 05-CV-1490, 05-CV-1497,
                                        )   05-CV-1504, 05-CV-1506, 05-CV-1555, 05-CV-1592,
                                        )   05-CV-1601, 05-CV-1607, 05-CV-1623, 05-CV-1638,
                                        )   05-CV-1645, 05-CV-1646, 05-CV-1678, 05-CV-1971,
                                        )   05-CV-1983, 05-CV-2104, 05-CV-2185, 05-CV-2186,
                                        )   05-CV-2199, 05-CV-2249, 05-CV-2367, 05-CV-2378,
                                        )   05-CV-2379, 05-CV-2380, 05-CV-2384, 05-CV-2385,
                                        )   05-CV-2386, 05-CV-2387, 05-CV-2479, 06-CV-1668,
                                        )   06-CV-1684, 06-CV-1690, 06-CV-1758, 06-CV-1761,
                                        )   06-CV-1767, 07-CV-1710, 07-CV-2338, 08-CV-0987,
                                        )   08-CV-1101, 08-CV-1104, 08-CV-1153, 08-CV-1224,
                                        )   08-CV-1228, 08-CV-1232, 08-CV-1233, 08-CV-1235,
                                        )   08-CV-1236, 08-CV-1238, 08-CV-1360, 08-CV-1440,
                                        )   08-CV-1789, 08-CV-1805, 08-CV-1828, 08-CV-1923,
_____ )   08-CV-2019

**[PROPOSED ORDER]**

Upon consideration of Respondents' Motion to Confirm Designation of Unclassified

Factual Returns as "Protected" as provided by Paragraph 34 of the Protective Order entered

September 11, 2008, and Petitioners' responses thereto, it is,

**ORDERED** that the motion is hereby **GRANTED**.  The unclassified factual returns

produced by Respondents to petitioners' counsel on and after December 11, 2008, are "Protected

Information" within the meaning of paragraph 34 of the Protective Order entered September 11, 2008, and shall be accorded the handling specified by Part I.D. of that Order, except that, pursuant to Respondents' consent, each petitioner may be granted access to the unclassified factual return pertaining to himself, and counsel may disclose the unclassified return to the petitioner's witnesses and experts who have agreed in writing to comply with the requirements of ¶¶ 34-45 of the Protective Order regarding the handling and distribution of such information. Respondents shall not be required to file the unclassified returns with the Clerk of the Court but will be required to submit a copy in chambers when so requested by the Merits Judge.

Dated:                                                    _____

                                                         United States District Judge