**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION | ) ) ) ) ) | Misc. No. 08-442 (TFH) |
| ABDUL RAHMAN AHMED,<br>  a/k/a ABDUL AL RAHMAN AL ZIAHRI,<br>  a/k/a ABDURAHMAN LNU,<br>    Petitioner,<br>v.<br>BARACK OBAMA,<br>President of the United States, *et al.*,<br>    Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 09-0745 (RCL) |

**ORDER**

Upon consideration of the parties' Joint Motion for a Stay, it is hereby

**ORDERED** that the parties' Joint Motion for a Stay is GRANTED.  It is further

**ORDERED** that this case is STAYED until August 31, 2009.  It is further

**ORDERED** that the Protective Order entered on September 11, 2008 remains in effect during the period of the stay.  It is further

**ORDERED** that the parties may move the Court to lift the stay during the 120-day period provided the moving party gives the non-moving party written notice ten (10) days prior to the date of filing the motion.  It is further

**ORDERED** that the parties shall submit a joint report regarding the status of this case on August 31, 2009.


Date: __April 29, 2009_____          __/s/ Royce C. Lamberth_____
                                       UNITED STATES DISTRICT JUDGE