**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MOHAMMED ABDULLAH TAHA MATTAN (ISN 684),** ) ) ) ) **Petitioner,** ) ) v. ) ) **BARACK H. OBAMA,** *et al.,* ) ) **Respondents.** ) ) | **Civil Action No.  09-CV-0745 (RCL)** |

**ORDER**

Upon consideration of Respondents' Motion for Extension of Time to Respond to Petitioner's Motion for Expedited Judgment, it is hereby

**ORDERED** that the Respondents are allowed until June 15, 2009, to file their opposition.


Date: June 1, 2009.              __/s/_____
                                  ROYCE C. LAMBERTH
                                  UNITED STATES DISTRICT JUDGE