IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDULLAH TAHA MATTAN, *et al.* <br><br> Petitioners, <br><br> v. <br><br> BARACK OBAMA, *et al.* <br><br> Respondents | Civil Action No. 09-745 (RCL) |

## AMENDED SCHEDULING ORDER (ISN 689)

Pursuant to the parties' joint motion to amend the scheduling order, the parties shall adhere to the following schedule:

| | |
|---|---|
| June 26, 2009: | Government's second motion to amend factual return. |
| July 9, 2009: | Petitioner's amended traverse |
| July 23, 2009: | Government's motion for judgment on the record |
| August 20. 2009: | Petitioner's opposition and cross-motion |
| September 10, 2009: | Government's opposition and reply |
| September 24, 2009: | Petitioner's reply |

IT IS SO ORDERED                    __/s/ June 29, 2009_____
                                     Hon. Royce C. Lamberth
                                     United States District Judge