UNCLASSIFIED//FOR PUBLIC RELEASE



FILED WITH
COURT SECURITY OFFICER
6/22/09
DATE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NADIR OMAR ABDULLAH BIN )
SA'ADOUN ALSA'ARY (ISN 030), )
)
Petitioner, )
) Civil No. 09-745 (RCL)
v. )
)
BARACK H. OBAMA, et al., )
)
Respondents. )
_____)

### ORDER

Upon consideration of petitioner's First Motion [1096] for Leave to Take Discovery, the opposition and reply thereto, and the applicable law, it is for the reasons stated in the accompanying Memorandum Opinion hereby

ORDERED that respondents disclose any reasonably available evidence of abuse, coercion, or inhuman or degrading treatment suffered by detainee ███████ ██ after his capture but before he made any of the statements relied upon in the Factual Return; and it is further

ORDERED that respondents disclose any reasonably available evidence of abuse, coercion, or inhuman or degrading treatment suffered by detainee ███████ ██ after his capture but before he made any of the statements relied upon in the Factual Return; and it is further

ORDERED that respondents disclose any reasonably available documents that reflect negatively on either detainee ███████████ or detainee ███████

1



UNCLASSIFIED//FOR PUBLIC RELEASE

███ credibility, including the June 2007 OARDEC report cited in *Sliti v. Bush*, Civ. No. 05-429, at 5 (D.D.C. Jan. 30, 2009) (Leon, J.); and it is further

ORDERED that respondents disclose any reasonably available documents relating to any fees, bounties, or other monetary or non-monetary remuneration or consideration given to third parties for the apprehension, transfer into the government's custody, continued detention, or investigation of petitioner, including but not limited to payments, gifts, loans, promises of leniency, preferential treatment, release, reduction in charges, or improvements in the conditions of detention given to third parties, *but only* insofar as the information contained in those documents tends materially to undermine the information provided in the Return; and it is further

ORDERED that in all other respects petitioner's Motion [1096] is DENIED; and it is further;

ORDERED that all disclosures ordered in this Order shall occur within 30 days of the date of this Order.

SO ORDERED.

6/22/09
DATE

Royce C. Lamberth
ROYCE C. LAMBERTH
CHIEF JUDGE

2