UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL RAZAK ALI (ISN 685), ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> BARACK H. OBAMA, President ) <br> of the United States, *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 09-745 (RCL) |

## ORDER

Before the Court is respondents' Motion [1270] for Extension of Time *Nunc Pro Tunc* Regarding Compliance with the Court's July 2, 2009 Order. The Court's Order [1248] gave respondents until July 16, 2009 to refile their Motion for Leave to Amend Factual Return with a certification regrading exculpatory evidence. Respondents' motion asks for until July 30, 2009 to file "a status report . . .regarding respondents' proposed course of action." The Court interprets this as a request for an indefinite extension of time to comply with the Court's Order.

The Court will not grant such an indefinite extension. Respondents have provided justification for an extension until July 30, 2009 *to comply with the Court's Order*. Accordingly, it is hereby

ORDERED that respondents shall have until July 30, 2009 to refile their Motion for Leave to Amend the Factual Return in accordance with the Court's Order [1248] (July 2, 2009).

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on July 24, 2009.