# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MOHAMMED AHMED SLAM** | ) | |
| **AL-KHATEEB (ISN 689),** | ) | |
| Petitioners, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 09-745 (RCL)[1] |
|  | ) | |
| **BARACK OBAMA,** | ) | |
| **President of the United States,** *et al.*, | ) | |
|  | ) | |
| Respondents. | ) | |

## NOTICE OF PUBLIC FILING OF FACTUAL RETURN (ISN 689)

Pursuant to the Court's Order of June 1, 2009, attached is the declassified factual return

---

[1]  This case was transferred to Judge Lamberth from Judge Reggie B. Walton after the filing of the factual return.  The attached factual return, therefore, bears the prior case number, 05-2386 (RBW).

[3] Some declassified exhibits in the factual return contain numerical and/or alphabetical codes within the redacted material.  Those codes were part of the Government's tracking mechanism and are for the Respondents' internal purposes only.

for petitioner Mohammed Ahmed Salam al-Khateeb (ISN 689), suitable for public release.[3]

Dated:  July 29, 2009              Respectfully submitted,

                                   TONY WEST
                                   Assistant Attorney General

                                   JOSEPH H. HUNT
                                   Branch Director

                                   TERRY M. HENRY
                                   Assistant Branch Director

                                    /s/ Robert J. Branman_____
                                   ANDREW WARDEN
                                   JEAN LIN
                                   ROBERT BRANMAN (D.C. Bar No. 426271)
                                   Attorneys
                                   United States Department of Justice
                                   Civil Division, Federal Programs Branch
                                   P.O. Box 883
                                   Washington, DC  20530
                                   Tel:  202-305-9910
                                   Fax: 202-616-8470
                                   Robert.Branman@usdoj.gov