~~SECRET//NOFORN~~

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No.<br>05-CV-02386 (RBW) |

# FACTUAL RETURN

SECRET//NOFORN

Respondents hereby submit, as explained herein, a factual return pertaining to the petitioner identified as the subject of the attached Narrative. This return sets forth factual bases[1] supporting petitioner's lawful, ongoing detention pursuant to the Authorization for the Use of Military Force and the President's power as Commander in Chief.

Dated: November 26, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
PAUL AHERN
JAMES E. COX, JR.
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel: 202-305-8629
Fax: 202-616-0222

Attorneys for Respondents

[1] Respondents reserve the right to seek leave to further supplement the record with additional factual bases supporting petitioner's detention, as necessary.

SECRET//NOFORN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No.<br>05-CV-02386 (RBW) |

DECLARATION OF REAR ADMIRAL DAVID THOMAS

Declaration of Rear Admiral David M. Thomas, Jr.

Pursuant to 28 U.S.C. § 1746, I, David M. Thomas, Jr., hereby declare under penalty of pejury under the laws of the United States of America that to the best of my knowledge, information, and belief, the following is true, accurate, and correct:

I am a Rear Admiral in the United States Navy, with 31 years of active duty service. I currently serve as Commander, Joint Task Force-Guantanamo (JTF-GTMO), at Guantanamo Bay, Cuba. I have held this position since 27 May 2008. As such, I am directly responsible for the successful execution of the JTF-GTMO mission to conduct detention and interrogation operations in support of the Global War on Terrorism, coordinate and implement detainee screening operations, and support law enforcement and war crimes investigations.

The attached narrative and supporting materials from files of the Department of Defense or other government agencies contain information used by the Department of Defense to establish the status of the individual who is the subject of the narrative as an enemy combatant and to substantiate their detention as an enemy combatant at Guantanamo Bay, Cuba.

Dated:

[signature]

DAVID M. THOMAS, JR.
Rear Admiral, U.S. Navy

SECRET//NOFORN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMED AHMED SALAM,<br><br>Petitioner,<br><br>v.<br><br>GEORGE WALKER BUSH, *et al.*,<br><br>Respondents. | ) | Civil Action No. 05-CV-02386 (RBW) |

**NARRATIVE OF MOHAMMED AHMED SALAM (ISN 689)**

**Introduction**

1. Mohammed Ahmed Salam (ISN 689) is a b(2) national currently detained at the United States Naval Station, Guantanamo Bay, Cuba. Salam has been identified as a trainee at an al-Qaida terrorist training camp and was captured in Faisalabad, Pakistan, at an al-Qaida guesthouse. The petitioner is thus lawfully subject to detention pursuant to the President's power as Commander in Chief, the Authorization for the Use of Military Force, or otherwise.

2. In assessing whether petitioner is an enemy combatant, the United States has relied upon interviews of him and others conducted by law enforcement and intelligence personnel, as well as upon information derived from other intelligence sources and methods. Information received from these sources is commonly reproduced in reports created by the collecting officer. These reports and intelligence products are routinely relied upon by military or intelligence personnel in making decisions to act upon threats to our national security. *See* Declaration of D3 "Background Declaration -- Intelligence 101" (Sept.

SECRET//NOFORN

19, 2008); Declaration of Robert H. Holmes, "Use of Intelligence Products in the Targeting and Operation Cycles in Operation Enduring Freedom" (Aug. 22, 2008). The information contained in this factual return is largely drawn from petitioner's and his associates' own accounts of their actions and their connections with numerous people and places associated with al-Qaida and the Taliban.

3. As with all detained enemy combatants at Guantanamo Bay, Cuba, petitioner has been assigned an Internment Serial Number or ISN. The ISN is an administrative code assigned to military detainees. Petitioner's full ISN is b(2) [redacted] 000689 b(2) [redacted] in which the number "689" is petitioner's unique identifier and the b(2) [redacted] designation indicates that he is a national of b(1) [redacted] Source documents attached as Exhibits to this narrative may refer to petitioner by name, full ISN, or various short forms, such as "ISN 689." Likewise, other military detainees may be referred to in source documents and this summary by name or various forms of ISN.

4. It is common for those engaged in terrorist activities to use an alias, commonly known in Arabic as a *kunya*. *See* Declaration of D3 [redacted] "Background Declaration -- Names, Aliases, Kunyas and Variants" (Sept. 19, 2008). Petitioner's aliases include [redacted], ISN 689 [redacted], Mohammed Ahmed Salam Al-Khatib, ISN 689 FM40 (May 29, 2004), and [redacted], ISN [redacted] FD-302 (Sept. 9, 2002).

5. The following narrative and attached materials set forth factual bases supporting petitioner's lawful detention. This narrative is not intended to be a complete explication of the information in support of petitioner's detention in those documents.

## General Background

6. Al-Qaida ("the Base") was founded by Usama bin Laden and others in or about

1989 for the purpose of opposing certain governments and officials with force and violence. *See* The 9/11 Commission Report 55-56 (2004).

7. Usama bin Laden is recognized as the emir (prince or leader) of al-Qaida. *See id.*

8. A purpose or goal of al-Qaida, as stated by Usama bin Laden and other al-Qaida leaders, is to support violent attacks against property and nationals (both military and civilian) of the United States and other countries. *See id.* at 59-61.

9. Between 1989 and 2001, al-Qaida established training camps, guest houses, and business operations in Afghanistan, Pakistan, and other countries for the purpose of training and supporting violent attacks against property and nationals (both military and civilian) of the United States and other countries. *See id.* at 64-67.

10. In 1996, Usama bin Laden issued a public "Declaration of Jihad Against the Americans." This declaration called for the murder of U.S. military personnel serving on the Arabian Peninsula. *See id.* at 48.

11. In February 1998, Usama bin Laden and Ayman al Zawahiri (bin Laden's deputy) issued a fatwa (purported religious ruling) requiring all Muslims able to do so to kill Americans - whether civilian or military - anywhere in the world. *See id.* at 47.

12. Since 1989, members and associates of al-Qaida, known and unknown, have carried out numerous terrorist attacks, including, but not limited to: the attacks against the American Embassies in Kenya and Tanzania in August 1998, which killed over 200 people, *see id.* at 68-70; the attack against the USS COLE in October 2000, which killed 17 United States Navy sailors, *see id.* at 190-93; and the attacks on the United States on September 11, 2001, which killed approximately 3,000 people. *See id. passim.*

13. The Taliban (students of Islamic knowledge) is an Islamic fundamentalist group

that was formed in Afghanistan in 1994. *See* The Taliban in Afghanistan, at www.cfr.org/publication/10551. After two years of violent conflict that included the capture of Kabul, Afghanistan's capital, the Taliban took control of Afghanistan's national government in 1996. *See* The 9/11 Commission Report at 65. Although it was never formally recognized by the United States, *see id.* at 124-25, the Taliban controlled Afghanistan's national government from 1996 until the United States-led military campaign ousted the Taliban from power in 2001. *See id.* at 337-38. During the period in which the Taliban controlled Afghanistan's national government, it provided safe harbor and support to al-Qaida and Usama bin Laden. *See id.* at 64-67.

14. On September 18, 2001, following the attacks on the United States on September 11, 2001, Congress adopted the Authorization for the Use of Military Force. *See* 115 Stat. 224 (2001). Recognizing that the attacks of September 11, 2001 "render it both necessary and appropriate that the United States exercise its rights to self-defense and to protect United States citizens at home and abroad," Congress authorized the President "to use all necessary and appropriate force against those nations, organizations, or persons he determines planned, authorized, committed, or aided the terrorist attacks that occurred on September 11, 2001, or harbored such organizations or persons, in order to prevent any future acts of international terrorism against the United States by such nations, organizations or persons." Within weeks, United States military forces were deployed in Afghanistan. *See* The 9/11 Commission Report at 337.

15. The United States led the initial aerial bombing campaign of Afghanistan, with ground forces composed of United States forces and Afghanistan militia opposed to the Taliban, including the Northern Alliance. *See generally id.* at 330-34; 336-38. The Northern Alliance is

an association of Afghan groups opposed to the Taliban and has assisted the United States in its military campaign in Afghanistan to defeat al-Qaida and the Taliban. *See id.*

16. In December 2001, the United States-led military campaign removed the Taliban from control of Afghanistan's national government. *See id.* at 337-38. Taliban and al-Qaida forces, however, have continued to operate in Afghanistan and attack coalition forces. Currently, two major military operations are under way in Afghanistan. First, Operation Enduring Freedom (OEF) is a multinational coalition military operation, led by the United States, initiated in October 2001 to counter terrorism and bring security to Afghanistan in collaboration with Afghan forces. *See* www.state.gov/r/pa/prs/ps/2006/60083.htm. OEF operations led to the collapse of the Taliban government and helped bring security and stability to Afghanistan. *Id.* OEF involves troops from over 20 nations, including about 19,000 United States forces and about 3,000 non-United States troops. *Id.* Second, the International Security Assistance Force (ISAF) is a United Nations-mandated international coalition operating under the command of the North Atlantic Treaty Organization (NATO). *See* www.nato.int/isaf/issues/afghanistan/index.html. ISAF was established in 2002 with the goal of creating conditions for stabilization and reconstruction in Afghanistan. ISAF is comprised of approximately 50,000 troops from 40 countries. *Id.*

**Petitioner's Travel To Pakistan Was Sponsored By The Jamaat-al-Tabiligh Organization**

17. Mohammed Ahmed Salam is a 28-year-old native of Ta'izz, Yemen. ISN 689 FD-302 (June 20, 2002). According to petitioner, he left Yemen for Pakistan in May 2001, in order to receive medical treatment for a sinus condition. ISN 689 FD-302 (June 20, 2002); ISN 689 CSRT Statement.

18. [redacted] ISN 689 FD-302 (June 20, 2002); [redacted]. [redacted] ISN 689 FD-302 (June 20, 2002); [redacted] ISN 689 FD-302 (June 20, 2002); [redacted]

19. Jamaat-al-Tabiligh (JT) is a Pakistan-based Islamic missionary organization believed to be used as a cover to mask travel and activities of terrorists, including members of al-Qaida. [redacted] For example, as of late June 2003, some al-Qaida members had joined the al-Dawa al-Tabligh religious organization, which was well-known for its support to jihadist causes, in order to establish contact with cells abroad. *Id.* Al-Dawa al-Tabligh is most likely identifiable with the Jamaat al-Tabiligh. *Id.*; *see also* Declaration of [redacted] "Intelligence 101." [redacted]

20. [redacted]

The group is closely aligned with other Pakistani terrorist organizations and the al-Qaida network. *Id.* Recruited foreigners have been taken to Pakistan, trained at various madrassas with Jamaat-al-Tabligh funding, and sent to Afghanistan. *Id.* Usama bin Laden has also used teams

---

[1] [redacted]SN 689 CSRT Statement.

SECRET//NOFORN

working undercover abroad as JT preachers to communicate instructions to his network of non-Arab organizations in various countries.[2] *Id.*

21. ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████ For a discussion of the significance and relevance of "LeT," also known as Lashkar-e-Tayyiba, see Declaration of ███ ███ "Lashkar-e-Tayyiba" (Sept. 29, 2008). ███████████████████████████████████ For a report on JT leadership advocating jihad against Americans, see TRRS-04-03-1083 (March 10, 2004).

███████████████████████████████████████

22. ███████████████████████████████ ███████████ ISN 689 FD-302 (June 20, 2002); ███████████ ███████████ ███ ███ ███ ISN 689 FD-302 (June 20, 2002); ███ ISN 689 CSRT Statement. ███ ███ ISN 689 FD-302 (June 20, 2002); ███

---

[2] ███████████████████████████████████████
███████████████████████████████████████

7

b(2)
b(1), b(6)
b(1), b(6)
b(2)
b(2)
b(1)
b(1)
b(2)
b(1), b(6)
b(2)
b(2)
b(1), b(6)
b(1), b(6)
b(2)
b(1)
b(1)
b(1)
b(1)
b(2)
b(1), b(2), b(6)
b(1), b(2), b(6)
b(2)
b(2)
b(1)
b(1)
b(2)
b(1)
b(1)
A2
b(2)
b(1), b(2), b(6)
b(1), b(2), b(6)
b(1), b(2), b(6)
b(1), b(2), b(6)
b(2)
b(1), b(2), b(6)

ISN 689 FD-302 (June 20, 2002); ISN 689 CSRT Statement.

23. ISN 689 FD-302 (June 20, 2002); ISN 689 CSRT Statement.

*Id.*

24. ISN FM40 (Sept. 24, 2003);

25.

b(1), b(2), b(6) b(2), b(6)

b(2), b(6)

26. D1

D1

D1 Declaration of D3

"Terrorist Training Camps" (Sept. 19, 2008). D1

D1

D1

D1 *Id.* D1

D1 *Id.*

27. D1

D1[4] Declaration of D3 "Tora Bora" (Sept. 19, 2008) (D3 Decl."); ISN 689 Initial Screening; D1

D1

D1

D1 Decl.; Declaration of "Guesthouses" (Sept. 19, 2008).

**Petitioner Lived In An Al-Qaida Safehouse with Numerous Al-Qaida Operatives**

28. b(1)

---

[3] b(1), b(2), b(6)
b(1), b(2), b(6)
b(1), b(2), b(6) b(2)

[4]

b(1), b(2)
b(1), b(2) ISN FD-302 (Sept. 16, 2002); b(2) ISN 689 FD-302 (June 20, 2002).



also known as the Yemeni House. ISN ▓ FD-302 (Sept. 9, 2002).

29. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Declaration, "Guest Houses." ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *Id.*

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *Id.* ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *Id.*

30. On March 28, 2002, Pakistani authorities conducted raids on multiple al-Qaida safehouses in Faisalabad. SAP 20020404000045 (April 14, 2002); SAP20020330000051 (March 30, 2002); SAP20020408000048 (April 8, 2002). The petitioner was among more than 15 individuals arrested at the Issa House, one of the locations raided. ISN 689 FM40 (Sept. 22, 2003). Another house that was raided was the residence of senior al-Qaida lieutenant Zein al Abideen Mohamed Hussein, also known as Abu Zubaydah. SAP 2020408000048; SAP 20020330000051. According to several contemporary news accounts, the safehouses were used by al-Qaida leaders for conducting communications and planning attacks on American installations and embassies. SAP20020404000045; SAP20020330000051; SAP20020408000048.

31. Among Petitioner's cohabitants at the Issa house were the following individuals with established connections to al-Qaida or the Taliban:

a) ███████████████ ISN██ is a Libyan national and an admitted member of the Libyan Islamic Fighting Group (LIFG), ███████████████ ███████████████ ███████ Declaration of ███ ███████ "The Libyan Islamic Fighting Group (LIFG)" (Sept. 19, 2008); ISN██ FD 302 (Jun. 17, 2003); ISN █ FD 302 (Feb. 26, 2003). ███████████████

███████████████

███████ ISN ██ FD 302 (Aug. 6, 2002); ISN █ FD 302 (Feb. 26, 2003); ███████ ███████ ███

███████████████

███████████████ ISN █ FD 302 (June 24, 2003) ███████

b) ███████████████

███████████████ ISN █ FM40 (Jan. 13, 2003); ██

██ *see* Declaration of ███ ███████ "Terrorist Organization" (September 29, 2008). ██████

███████████████

███████████████

ISN[A2] FM40 (Jan. 13, 2003) ██ ███████

███████

███████ *Id.* [A6] also

SECRET//NOFORN

admitted that he attended an explosives training camp outside of Kabul, Afghanistan.[5] ISN A2 FM40 (Jan. 13, 2003).

c) b(1), b(2), b(6)
b(1), b(2), b(6) ISN A2 FM40 (Sept. 21, 2005); b(2) b(2)
b(2)
d) b(1), b(2), b(6)
b(1), b(2), b(6)
b(1), b(2), b(6) ISN FD-302 (June 19, 2002); b(2)
b(2) b(2) b(1)
b(1)
b(1)
b(2) b(2) b(2)
b(2) b(2)
e) b(1), b(2), b(6)
b(1), b(2), b(6)
b(1), b(2), b(6)
b(1), b(2), b(6) ISN A2 FM40 (Sept. 28, 2004); b(2)
b(2) ISN CSRT Statement.

32. Some of petitioner's cohabitants at the Issa house also had similar travel patterns and background explanations as petitioner. For example, ISN and ISN claim, like petitioner, that they traveled to Pakistan to receive medical treatment. ISN FD-302 (June 19,

[5] b(1), b(6) *See* b(2) b(2) ISN 702 CSRT Interview.

12

SECRET//NOFORN

2002); ISN FD-302 (Oct. 25, 2002). Likewise, ISN A2 and ISN A2 say that they stayed at the Dubai Hotel in Karachi before moving to the Issa House in Faisalabad. ISN FD-302 (June 19, 2002); ISN A2 FM40 (July 30, 2003).

**The Issa House Is Tied To Senior Al-Qaida Operative Abu Zubaydah**

33. As noted, a second house raided in Faisalabad on March 28, 2002 was the house where senior al-Qaida lieutenant Abu Zubaydah resided. SAP 2020408000048; SAP 20020330000051. Abu Zubaydah, is a sworn member of al-Qaida who operated a training camp in Afghanistan near the Pakistan border. The 9/11 Commission Report 59, 175 (2004). He is also known to have facilitated travel for al-Qaida operatives in Afghanistan and Pakistan, *id.* at 169, 175, and to have been a major figure in planning attacks against the United States related to the anticipated millennium crisis in 1999. *Id.* at 255.

34. 

b(1), b(2) b(1), b(2) ISN FD-302 (Sept. 11, 2002); ISN FD-302 (Sept. 14, 2002); b(2) b(1), b(2) b(1), b(2) b(1), b(2) b(2)

35. Moreover, several detainees captured at the Issa house, including ISN A2 and A2 had previously resided at the Abu Zubaydah house. ISN FD-302 (Oct. 25, 2002); ISN FD-302 (Sept. 9, 2002); ISN FD-302 (Sept. 16, 2002); ISN A2 FM40 (June 1, 2004). At least one detainee captured at the Abu Zubaydah house, ISN A2 had previously resided at Issa's house. ISN A2 FM 40 (Sep. 26, 2003); ISN A2 FM 40 (Dec. 13, 2004).

36. Among those detained following the raid on the Abu Zubaydah house were the following:

a. [A6 redacted] ISN [A2], has admitted he received explosives training at a military camp outside of Bagram, Afghanistan. ISN [A2] FM 40 (July 27, 2004).

[b(1), b(2) redacted]

[b(1), b(2) redacted]

[b(1), b(2) redacted] *Id.*; [b(2) redacted]

b. [b(1), b(2), b(6) redacted]

[b(1), b(2), b(6) redacted] [b(2)] [b(1), b(2)]

[b(1), b(2) redacted]

[b(1), b(2) redacted] ISN [A2] FM 40 (July 28, 2004); [b(2)]

[b(2) redacted]

c. [redacted]

[redacted]

[redacted]

[redacted] [b(1), b(2)]

[b(1), b(2) redacted]

[b(1), b(2) redacted] *Id.*; [b(2)] [b(2)]

d. [b(1), b(2), b(6) redacted]

[b(1), b(2), b(6) redacted]

ISN [A2] FM 40 (July 28, 2004) [b(2)]

[b(1), b(2), b(6) redacted]

[b(1), b(2), b(6) redacted] [b(2)] [b(2)]

14

SECRET//NOFORN

37. b(1)
b(1) b(2) b(2)
b(2) b(1)
b(1) Declaration of D3
D3 "Casio F-91 W Watch" (Sept. 19, 2008); b(2) b(1)
b(1)
b(1) b(2) b(2)
b(2)

**Conclusion**

38. Accordingly, petitioner is lawfully detained as an enemy combatant under, *inter alia*, the President's power as Commander in Chief and the Authorization for Use of Military Force.

15

SECRET//NOFORN