SECRET//NOFORN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 05-CV-02386 (RBW) ) |
| GEORGE WALKER BUSH, *et al.*, | ) ) |
| Respondents. | ) ) ) ) |

Declaration of ███████, "Background Declaration – Lashkar-e-Tayyiba,"
(Sept. 29, 2008)

SECRET//NOFORN



Defense Intelligence Agency

*Background Declaration – Lashkar-e-Tayyiba*

### Joint Intelligence Task Force – Combating Terrorism

S-662-08/JTI-3                                      29 September 2008

*(U) The Defense Intelligence Agency produced the following document for the Department of Defense Office of the General Counsel to utilize in federal court litigation.*

(U) I, ▮▮▮▮▮ pursuant to 28 U.S.C. § 1746, hereby declare and say as follows:

(U) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮





Derived from: Multiple Sources
Declassify on: Manual Review







I have read this declaration and concur with the findings and conclusion.

4

SECRET// ███████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AHMED SALAM,<br><br>Petitioner,<br><br>v.<br><br>GEORGE WALKER BUSH, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-CV-02386 (RBW)<br>)<br>)<br>)<br>)<br>) |

Declaration of ███████████████ "Background Declaration –
Names, Aliases, Kunyas and Variants" (Sept. 19, 2008)

SECRET/ ███████



Defense Intelligence Agency

*Background Declaration – Names, Aliases, Kunyas and Variants*
Defense Intelligence Agency

### Joint Intelligence Task Force – Combating Terrorism

S-616-08A/JTA-3B                                                    19 September 2008

*The Defense Intelligence Agency produced the following document for the Department of Defense Office of the General Counsel to utilize in federal court litigation.*

I, ███████████████████████ pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief.



### (U) Worldwide:  Using Names, Aliases, Kunyas and Variants

Arab migration and the spread of Islam around the world intermixed with local ethno-linguistic traditions and cultural practices produce regional variations in the way Arabic names are constructed, pronounced and spelled.  These variations, along with differences in standards for the transliteration of foreign names by U.S. military, intelligence and law enforcement organizations, present challenges for the collection, reporting, and analysis of intelligence.  The lack of a direct correlation between Arabic and Latin alphabets, combined with these complexities, is of particular importance to analysts while in today's Counterterrorism environment.  While using aliases and other forms of multiple identities is not unique to these groups, this declaration will limit itself to providing a basic primer on Arabic-related issues to address the detainee population at Guantanamo.

███████

## (U) Elements of Arabic Names

(U) Traditionally Arabic names are comprised of five elements: ism, kunya, nasab, laqab, and nisba. This naming convention is widely used by Muslim populations and in countries with significant Muslim influence around the world, although varying depending on the country or region.

- (U) **Ism-** The ism is the proper name given at birth. This part of the name is considered the most personal of the elements. In some areas, it is impolite to call an elder by their ism, yet in other areas; it is common to call people by their ism.

- (U) **Kunya-** The kunya is traditionally an honorific, which denotes that the person is either a mother or father, and is constructed using the name of the first-born son or eldest daughter if the person has no sons. The kunya for a man is Abu, meaning father of, plus the name of the first-born; while Umm is used for women, meaning mother of, with the name of the first-born. For example, Abu Ibrahim means father of Ibrahim. Addressing someone by his or her kunya is a sign of respect.

- (U) In addition, there are several nicknames that use an "Abu" construction, that are not true kunyas. Much like the name Jack is used as a nickname for John, many commonly used kunyas are used as nicknames that do not bear direct resemblance to the given name. For example, Abu Sadeq is a nickname for Jafar, and Abu Ali is a nickname for Hassan.

- (U) Insurgents, radicals and terrorists commonly use kunyas as assumed names or pseudonyms. Kunyas used in this manner are often chosen, or given, without regard to the children's names or regard to whether the individual has children. In this case, using the kunya conceals the individual's identity. Further, it is often used as a security, denial and deception measure. The reasons for an insurgent choosing a certain kunya varies widely. It could be the region they are from such as Zarqawi (from Zarqa), Suri (the Syrian), or al-Masri (the Egyptian). It can be derived from the early heroes of Islamic conquest, like Abu Ubaydah, one of three who led expeditions against Byzantium. It can be derived from past historical or Militant Islamist leaders like Abu Azzam, named after the spiritual founder of al-Qaida Abdullah Azzam.

- (U) **Nasab-** The nasab is a pedigree, which denotes the family lineage on the father's side, and can go back several generations. In many countries ibn or bin. is used for males (the son of) and bint for females (the daughter of), while in other countries the names are simply listed in sequence. For example, Hasan ibn Faraj, would mean; Hasan, son of Faraj. Another example using multiple generations would be Hasan ibn Faraj ibn Ahmed ibn Mohammad, meaning Hasan, son of Faraj, who is the son of Ahmed, who is the son of Mohammad. In some regions, that same name may appear as Hasan Faraj Ahmed. A true name usually consists of the ism, nasab and the nisba.

███████

████████████

- (U) **Laqab**- The laqab is a combination of words that describe some religious or admirable quality of the person and is used as a secondary name. In some cases, it is used in place of the ism. A common laqab includes one of the 99 names of God and "Abd," or servant of, for example, Abd al Rahman, or servant of the Merciful. There is no such name as "Abdul" in Arabic, even though we commonly see this in English. This is a mis-translation of "Abd," which is followed by the article "al." Laqab can also connote a person's profession like Samir al-Haddad, which means Samir whose family members at one time were blacksmiths. Another popular laqab of course is Hajj or Haji, meaning the person has made their pilgrimage to Mecca, like Hajj Amin al-Hussein.

- (U) **Nisba**- The nisba is another secondary name that describes the occupation, descent, tribe or residence of the person. It can be used in combination with any of the above elements, but will always be the last part of the name. For example, Mohammad al Masri, means Mohammad from Egypt, or using several elements, Mohammad al Husayn ibn Harun al Qahtani means Mohammad the beautiful, son of Aaron, from the Qahtani tribe. The nisba can tell you much of the persons ancestry and geographic origins, for instance al-Zawahiri although from Egypt, comes from the Zawahir clan of the Hejaz region of Saudi Arabia. Ayman al-Zawahiri attempts to bolster his Arab lineage by making these connections.

- (U) The following example uses a title and all five elements of the naming convention: Mullah Mohammad Abu Nasar Abd al Rahman, bin Ibrahim bin Hasan al Makki; Mullah (title) Mohammad (ism) Abu Nasar (kunya) Abd al Rahman (laqab) bin Ibrahim bin Hasan (nasab, 2 generations) al Makki (nisba). This name would translate to the teacher Mohammad, father of Nasar, servant of the Merciful, son of Ibrahim, grandson of Hasan, from Mecca.

## (U) Spelling Variants

(U) Because Arabic and English have several letters representing sounds that do not correspond directly, several letters or letter combinations are used interchangeably to represent the same sound. This often generates multiple English spellings representing the same word or name in Arabic. Other differences in practice, such as whether to use double or single consonants to express a single sound, further increase variation. It is common to see intelligence reports referencing an individual with several different name spellings. Although, most organizations have established naming standards for common names, this is not consistent throughout the Intelligence Community (IC) and has changed over time.

- (U) Other spelling variables include capitalization, and the use or non-use of dashes, apostrophes and spaces. In some cases, apostrophes replace a letters that doe not translate into English, such as the Arabic letter "ayn," which has a distinct sound not used in English. For example, the name Mohammad has over 20 variations and alternate spellings of al-Qaida include al Qaida, al Qa'ida, and al-Qaeda.

- (U) Some commonly interchanged letters include:
  - K, KH, GH, and Q such as: Kandahar, Khadahar, Ghandahar or Qandahar

████████████

  ▪ O and U, such as: Mohammad or Muhammad
  ▪ A and E, such as: Ahmad, Ahmed
  ▪ OO and U, such as: Noor, or Nur

- (U) Some commonly interchanged words and spellings include:
  ▪ Al, Ul and Ur, as in: Mohammad al Rahman, Mohammad ul Rahman or Mohammad ur Rahman
  ▪ ul Din, and Uddin, as in: Nasar ul Din, or Nasaruddin
  ▪ Abd Ul and Abdul, as in: Abd ul Rahman or Abdul Rahamn

(U) Various titles may be added to the beginning of the name, similar to titles used in Western traditions. Although these specific titles are more common in the Arab world, similar titles are used in Afghanistan or Pakistan, from where many fighters are recruited.

- Mullah- Religious leader
- Imam- Religious leader (as in clergy)
- Hajji- Someone who went on a pilgrimage to Mecca
- Shaykh- Title of high respect, usually a leader of some kind (tribal, etc)
- Qari- Someone who can recite the Quran with a specific rhythm
- Qazi/Qadi- Lawyer or judge (on Sharia)
- Ustad- teacher or professor
- Talib- student (Afghan)
- Malim, or Malauwi – religious leader (Afghani)
- Akhund- lawyer (Afghan)

(U) The challenges of spelling and translating the use of Arab and Muslim influenced names is further complicated for individuals originating from countries with conventions based in other cultural traditions, especially when combined with significant differences in pronunciation as well as the use of other local languages and alphabets.

(U) The source of the reporting can also have a significant impact on how names are spelled. Sources may have a regional dialect, which may complicate the transliteration of the name phonetically, or misunderstanding the name completely. Some reporting originates from foreign sources using different letters to represent Arabic sounds. For example, in Spanish, the "h" is often substituted with "j," thus Mohammad would be spelled "Mojammad." In French North Africa, Sherief is Cherief.

**(U) Aliases**

(U) Aliases can take multiple forms, from part of a true name, to a something completely unrelated to the true name. Like a nickname, some aliases are descriptive of physical traits, such as Nasar al Tawil (Nasar the Tall). Aliases can also be just a single word, such as Tareq. Terrorists do use multiple aliases, often changing them in different locations. Nicknames also provide a degree of "cover" or operational security. In addition to theses aliases, many individuals will use "call signs" for security purposes. A call sign is simply another name that is



only used during indirect communication. These call signs may change depending on with whom one is communicating, or where they are located.

## (U) Confidence Measures for Identification

(U) Intelligence analysts consider all of these factors when making assessments about a specific individual or group. The biggest asset to an analyst is an understanding of the complexities of this particular problem set. Through training, experience, and drawing on the expertise of senior analysts, subject matter experts and linguists at their disposal, analysts learn the many variables they need to take into account. Analysts use many tools and processes to make confident assessments, some of these include:

- (U) Database programs generally include features allowing the user to search on variants to account for different transliterations or reporting conventions. These tools may include wildcard or pattern matching searches, fuzzy word searches, and phonetic matching algorithms. In addition, some databases have macros, which employ a list of name variants based on historical search results. Analysts then use additional known details and other reporting to make confident assessments.

- (U) Through research and analysis of multiple reporting sources, analysts are often able to determine the various names used. Corroboration and collaboration within the IC helps analysts confirm identities.

- (U) Documents and media recovered from the detainee at the time of detention, and from other sources can help confirm identifications and/or provide further avenues of assessment. Some detainees have forged documents, such as fake passports, that allow analysts to determine alternative identities of a detainee.

- (U) Photographs, taken during the detainee's in-processing and those captured with the detainee, provide an additional resource to determine identity. Analysts show these photos to multiple sources in order to get a consensus on the individual(s) in the photograph. The photo identifications (PID) can verify the identity of the detainee and his associates, as well as validate suspected relationships.

## (U) Conclusion

(U) Detainees often use aliases and cover stories to hide their actual activities; however, it is difficult to maintain these cover stories over time. Interrogators note any changes in details in the story, which occur when the topic is reviewed multiple times over a significant time period. Analysts compare these stories against other detainee reporting as well as other sources of intelligence to find inconsistencies and vulnerabilities in the cover story, develop further lines of questioning, as well as to corroborate the reliability and validity of truthful information. The IC mitigates the challenges that foreign language and cultural practices cause in this complex environment. Through advice provided by foreign area specialists, experience, education, and specialized tools, analysts are able to identify—with confidence—persons of interest or concern, including detainees.

**I have read this declaration and concur with the findings and conclusion.**



██████████████

# APPENDIX A

## Common Country and Tribal Names

| Arabic Geographic Adjectives in Names and Equivalents | |
|---|---|
| Al-Adani | From Aden, Yemen |
| Al-Afriqi, al-Afriki | The African |
| Al-Ajami (actually al-'Ajami) | Literally "the foreigner" but almost always pertains to Persians (Iranian, but it could also apply to any Persian speaker—Iranian, Tajik, or Dari-speaking Afghan). |
| Al-Ajnabi, al-Agnabi | The Foreigner (i.e., not from "here", or "not one of us." NOTE: If "Agnabi" the "g" may imply an Egyptian context.) Al Ajnabi is unlikely to be part of a terrorist nom de guerre, but may be considered an indication that the person so named is considered a "foreigner" or "an outsider" by those using the term. |
| Al-Almani | The German |
| Al-Amriki | The American |
| Al-Andalusi | From Andalusia (southern Spain) |
| Al-Anfirsi | The man from Antwerp |
| Al-Ansari | Literally meaning "the supporter" and originally referring to persons in Medina who aided the Prophet Muhammad, al Ansari as now used among jihadists typically means "local jihadist"—as opposed to al-Muhajir, which means "foreign fighter." |
| Al-Arjantini | The Argentinean |
| Al-Armini | The Armenian |
| Al-Asiri (actually al-'Asiri) | From southwest Saudi Arabia |
| Al-Ayrlandi, al-Irlandi | The Irishman |
| Al-Badawi | The Bedouin |
| Al-Baljiki, al-Biljiki, al-Balgiki | The Belgian |
| Al-Banghali | The man from Bangladesh |
| Al-Banghladishi | The man from Bangladesh |
| Al-Baritani, al-Britani | The Brit |

██████████████

| Al-Bedoui | The Bedouin |
|---|---|
| Al-Brazili | The Brazilian |
| Al-Britani, al-Baritani, | The Brit |
| Al-Burtughali | The Portuguese |
| Al-Danmarki | The Dane |
| Al-Emirati, al-Imarati | The man from the United Arab Emirates |
| Al-Englizi, al-Inklizi, al-Inglizi, al-Injalizi | The Englishman |
| Al-Faransi, al-Faransawi | The Frenchman |
| Al-Farsi, al-Farisi | The Persian, the Iranian |
| Al-Fasi | From Fez, Morocco |
| Al-Filastini | The Palestinian |
| Al-Filibini | The Filipino (from the Philippines) |
| Al-Fiyatnami | The Vietnamese |
| Al-Ghani | The Ghanaian |
| Al-Gharbi | The Westerner |
| Al-Hadrami | From the Hadramat region of Yemen |
| Al-Halabi | From Aleppo, Syria |
| Al-Hijazu | From western Saudi Arabia |
| Al-Hindi | The Indian |
| Al-Hulandi | The Hollander, from The Netherlands |
| Al-Ifranji, al-Ifrangi | The European |
| Al-Ighriqi | The Greek |
| Al-Ilji (actually al 'Ilji) | Pejorative Iraqi slang for a Westerner |
| Al-Imarati, al-Emirati | The man from the United Arab Emirates |
| Al-Injalizi, al-Inglizi, al-Englizi, al-Inklizi | The Englishman |
| Al-Inklizi, al-Injalizi, | The Englishman |

8

| al-Inglizi, al-Englizi | |
|---|---|
| Al-Irani | The Iranian |
| Al-Iraqi | The Iraqi |
| Al-Irlandi, al-Ayrlandi | The Irishman |
| Al-Isbani | The Spaniard |
| Al-Iskutlandi | The Scot |
| Al-Islandi | The Icelander |
| Al-Isra'ili | The Israeli |
| Al-Janubi | The Southerner |
| Al-Jawfi | From the Jauf region of Yemen or Saudi Arabia |
| Al-Jazairi | The Algerian |
| Al-Kamiruni | From the Cameroons |
| Al-Kanadi | The Canadian |
| Al-Karibi | From the Caribbean |
| Al-Kashmiri | From Kashmir |
| Al-Khaliji | From the (Persian) Gulf |
| Al-Khawaga, al-Khawaji, al-Khawagi, | Literally meaning "Sir," or "Mister" (used especially for Christians and Westerners, with or without the name of the person so addressed), khawaga/khawaji has a street slang meaning, especially in Egypt, similar to calling someone a "gringo." "Al-Khawaja" is unlikely to be part of a terrorist nomme-de-guerre, but can be considered a likely indication the reference is to a Christian or Westerner considered to be "foreign" or "an outsider" to those using the term. |
| Al-Kini | The Kenyan |
| Al-Kubawi | The Cuban |
| Al-Kuri | The Korean |
| Al-Kuwayti | The Kuwaiti |
| Al-Libi | The Libyan |
| Al-Libiri | The Liberian |
| Al-Lubnani | The Lebanese |

| Al-Madani | From Medina, Saudi Arabia |
| Al-Maghribi | The Moroccan |
| Al-Majari, al-Magari | The Hungarian |
| Al-Makkawi, al-Makki | From Mecca, Saudi Arabia |
| Al-Masri, al-Misri | The Egyptian |
| Al-Miksiki | The Mexican |
| Al-Muhajir | Literally "the emigrant" and originally referring to a person who fled from Mecca to Medina with the Prophet Muhammad, al Muhajir as now used among jihadists typically means "foreign fighter." |
| Al-Muritani/Mauritani | From Mauritania |
| Al-Nabulsi | From Nablus, in the West Bank, Palestine |
| Al-Najdi | From central Saudi Arabia |
| Al-Nasibi | A pejorative for Sunnis used by Shi'a |
| Al-Nimsawi | The Austrian |
| Al-Nubi | The Nubian (from area near border between Egypt and Sudan) |
| Al-Nurwaji | The Norwegian |
| Al-Parsi, al-Farsi | The Persian, the Iranian |
| Al-Qamari | From the Comoros Islands |
| Al-Qubrusi | The Cypriot; from Cyprus |
| Al-Qudsi | From Jerusalem |
| Al-Rafidhi | A pejorative for Shi'a used by Sunnis that literally means "rejectionist" |
| Al-Romani | The Romanian |
| Al-Russi | The Russian |
| Al-Sa'idi | From Upper Egypt (i.e., the upland area of southern Egypt) |
| Al-Safawi | Pejorative for Persians (typically today meaning Iranian, but it could apply to any Persian-speaker—Iranian, Tajik, or Dari-speaking Afghan). |
| Al-Samarra'i | From Samarra, Iraq |

| Al-Saudi | The Saudi |
|---|---|
| Al-Shami | The Syrian, or from Damascus; the Northerner (esp. when North Yemen) |
| Al-Sharqi, al-Sharuqi | The Easterner |
| Al-Shili | The Chilean |
| Al-Shimali | The Northerner |
| Al-Shishani | The Chechen |
| Al-Sini, al-Sinani | The Chinese |
| Al-Sinighali | The Senegalese |
| Al-Skutlandi | The Scot |
| Al-Sudani | The Sudanese |
| Al-Sumali | The Somali |
| Al-Suri | The Syrian |
| Al-Suwidi | The Swede |
| Al-Suwisri | From Switzerland, the Swiss |
| Al-Ta'ifi | From Ta'if, Saudi Arabia |
| Al-Tabuki | From Tabuk, Saudi Arabia |
| Al-Tanzani | The Tanzanian |
| Al-Trabulsi, al-Trabelsi, al-Tarabulsi | From Tripoli, either Libya or Lebanon |
| Al-Trinidadi | The Trinidadian |
| Al-Tshiki | The Czech |
| Al-Tunsi, al-Tunisi | The Tunisian |
| Al-Turki | The Turk |
| Al-Umani (actually al-'Umani) | The Omani |
| Al-Urduni | The Jordanian |
| Al-Urubi | The European |
| Al-Uzbiki, al-Uzbeki | The Uzbek |
| Al-Yabani | The Japanese |

| Al-Yamani | The Yemeni |
| Al-Yunani | The Greek |

SECRET/█████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AHMED
SALAM,                                    )
                                          )
          Petitioner,                     )
                                          )
     v.                                   )     Civil Action No. 05-CV-02386 (RBW)
                                          )
GEORGE WALKER BUSH, et al.,               )
                                          )
          Respondents.                    )
                                          )

Declaration of ███████████ "Background Declaration – Casio
F-91W Watch"
(Sept. 19, 2008)

SECRET ██████



Defense Intelligence Agency

*Background Declaration – Casio F-91W Watch*

**Joint Intelligence Task Force – Combating Terrorism**

S-638-08/JTF-2A                                                  19 September 2008

*(U) The Defense Intelligence Agency produced the following document for the Department of Defense Office of the General Counsel to utilize in federal court litigation.*

(U) I, ███████████, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief.

(U) ████████████████████████

**(U) Terrorist Use of the Casio F-91W Watch**



■■■■■■■■

## (U) Background

(U) Mainly manufactured in Malaysia by the Japanese firm Casio, the F-91W is an inexpensive quartz digital watch with the following specifications:



(UNCLASSIFIED)

(U) The Casio F-91W Watch

- (U) An accuracy of ± 30 seconds per month.

- (U) A timekeeping capacity for month, minute, second, AM/PM differentiation, date and day.

- (U) A calendar system that does not adjust for leap years.

- (U) A daily alarm mode.

- (U) An hourly time function.

- (U) A 1/100th of a second stopwatch capable of measuring net time, split time, and 1st-2nd place times with a measuring capacity of 59 minutes and 59.99 seconds.

- (U) Powered by a CR-2016 lithium battery with a lifespan of approximately seven years.

- (U) A level of water-resistance that equates to being splash proof.



## (U) Instructional Material on the Casio F-91W is Readily Available

■■■■■■■■



*(U)  The Proliferation of Instructional Material in Soft and Hard Copy*

**(U)  Recovery of Casio F-91W Watches**

- (U)  When apprehended at Port Angeles, Washington, on 15 December 1999, Ahmed Ressam possessed timing devices containing modified Casio F-91W

3

watch. He purchased two of these watches for U.S. $22 apiece on 1 September at a store in Montreal, Canada.

**(U)  Operational Use of the Casio F-91W Continues to the Present**

4



**(U)  Conclusion**

I have read this declaration and concur with the findings and conclusion.



SECRET/

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AHMED
SALAM,                                )
                                      )
          Petitioner,                 )
                                      )
          v.                          ).   Civil Action No. 05-CV-02386 (RBW)
                                      )
GEORGE WALKER BUSH, et al.,           )
                                      )
          Respondents.                )
                                      )

ISN ▮▮ FD-302 (June 19, 2002)

SECRET/

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription 06/19/2002



███████████████████ ███████████, (hereinafter known as ████ ),
Internment Serial Number ██████████████, date of birth November, 1983,
San'a, Yemen, was interviewed pursuant the initial screening at ████
████, Guantanamo Bay, Cuba, by Federal Bureau of Investigation (FBI)
Special Agent (SA) ██████████, United States Army Criminal
Investigator (CID) ████████████ and United States Army Staff Sergeant
(SSG) ████████.
          SSG ████████ translated the interview in Arabic.
████ furnished the following information:

     Approximately 2 ½ years ago ████ traveled to Pakistan for
the purpose of learning the Koran and computers.   ████ does not own
a computer.  ████ attended high school in San'a, but dropped out after
the ninth grade.  ████ traveled on Yemeni Airlines to Karachi, Pakistan,
on a ticket paid by his father.  Upon reaching Pakistan ████ decided
after one week that he wanted to go to Afghanistan and work for a
humanitarian organization.  When asked why he would want to work for
a humanitarian organization, ████ answered that he wanted to earn a
salary and possibly purchase a car.  ████ stayed 1 ½ to 2 weeks in
a Karachi hotel that he paid for before moving on.  ████ had with him
850 dollars USD which was given to him by his father.  ████ traveled
to Quetta, Pakistan, by bus and remained there 2 ½ days.

     ████ met a man in Karachi, Pakistan, who told him how to
illegally enter Afghanistan.  ████ was unable to recall the name of
the man nor was ████ able to provide the names of any Afghan or Pakistani
cities that he passed.  All ████ could recall was that he crossed from
Pakistan to Afghanistan.  ████ had planned to travel to Kandahar,
Afghanistan, but decided to drive to Kabul, Afghanistan instead.  ████
stayed in Kabul.  When ████ was asked who drove him to Kabul,
responded that it was the same man he met in Karachi, Pakistan, whom
he identified as ████, a Pakistani.  After two days in Kabul,
and ████ moved into a house that was owned by an Afghani.  Each month
the Afghani would come by and collect the rent.  ████ did not work.

Investigation on 06/18/2002    at   Guantanamo Bay, Cuba

████████████████                    Date dictated 06/19/2002
█████████████████████

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its
contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

████████████████

Continuation of FD-302 of ███████████████████████   on 06/18/2002 Page 2

     After three months ████ returned to Pakistan and an Arab
by the name of ████████ told him to remain in Pakistan and learn the
Koran.  It was ████ the Afghani" who spoke Arabic who suggested to
████ that he speak to ████ to assist ████ in his quest to find a
humanitarian organization as ████ was of the Al-Wafa organization. ████
was familiar with Al-Wafa as he heard of the organization within the
first two weeks of being in Afghanistan.
████ exited Afghanistan using the same route by which he entered
Afghanistan from Pakistan.

          ████ spent three months in Quetta, Pakistan, living at the
Tabligh Mosque planning to study the Koran.  Eventually ████ and ████
went their separate ways and ████ returned to Afghanistan.

          ████ returned to Afghanistan for the same purpose of hoping
to find employment with a humanitarian organization.  ████ lived in
the same house that he had lived before.  ████ did some work on his
own but claimed he did not work for Al-Wafa.

          ████ returned to Pakistan but was unable to provide dates
of his travels. His reason was that there were more Arabs in Pakistan.
████ stayed at the Masjid Tabligh (mosque) for approximately four
months.

          ████ returned to Afghanistan and stayed in the same house
he had previously stayed at for approximately two or three weeks.  ████
met three Taliban individuals who suggested he go to the front line
and protect Kabul, Afghanistan.  The front was located one hour's drive
north of Kabul.  ████ went first to a house and met three Talibani's,
████ and a third individual using the same last name
█.  ████ was provided with a Khalishnikov AK-47.  ████ was driven
to the front lines where he spent two days before returning to Kabul.
He stayed one week in Kabul and then went back to the front, this time
staying 2 ½ to 3 months.  When asked his reason for going back to the
front ████ replied that he wanted to sit with them and spend time with
them.  He initially was assigned to an Afghan group of soldiers who
only spoke Pashtu but later was transferred to a group of Arab fighters.
The military leader of the region was ████████ while he group
commander was ████████.  There were 32-35 Arabs in his military group
and ████ was aware that the enemy was General ████████████, leader of
the Northern Alliance. This time ████ spent nine months in the front.

          ████ returned to Kabul with ████████, an Arab he had met in
the house he had lived in Kabul.  ████ was either a Saudi Arabian or
Yemeni.  ████ had become disenchanted with Afghanistan and decided to
leave Afghanistan and move on with his life. It appeared that some people
in the community viewed him as a spy.  Some began to ask, Who are you?
Where did you come from?

FD-302a (Rev. 10-6-95)

███████████

Continuation of FD-302 of ███████████████████████ on <u>06/18/2002</u> Page 3

███████ departed Kabul, Afghanistan with the assistance of
█. ███████ drove from Kabul to Khost, Afghanistan by car. ███████
wanted to go to the Yemeni Embassy and present his passport. Instead
███████ and ███████ went their separate ways. ███████ drove from Khost to
Faisalabad, Pakistan, a journey which took ten to fifteen days after
making several stops. After three days in Faisalabad, Pakistan, ███████
was arrested by the Pakistan Army, detained for an unknown length of
time before he was turned over to the United States forces.

███████ did not have any knowledge of the September 11, 2001,
attack on the New York World Trade Center and Pentagon nor did he have
information of future attacks against the United States.

███████ was unaware of any plans by the detainees to escape,
riot or threaten any of the U.S. military personnel at ███████████,
Guantanamo Bay, Cuba.

███████ was shown three (3) photographs of Arab males identified
by the FBI Newark Division as allegedly planning a terrorist attack
on Guantanamo Bay, Cuba, and asked if he recognized any of the
photographs. ███████ was unable to identify any of the photographs.

███████ provided the following information:

| | |
|---|---|
| Last Known Address: | Haz Ramot |
| | Al-Muqala, Yemen |
| Telephone: | |
| Father: | ███████████ age 45 years |
| Mother: | ███████ age 40 years |
| Brothers: | ███████ 6 years twins |
| Sisters: | ███ 17 years |
| | ███ 13 years |
| | ███ 10 years |
| Religion: | Muslim |
| Mosque: | Masjid Al Bilad |
| | Al-Muqala, Yemen |

~~SECRET~~ ███████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AHMED
SALAM,

      Petitioner,

      v.

GEORGE WALKER BUSH, *et al.*,

      Respondents.

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 05-CV-02386 (RBW)

ISN ███ FD-302 (June 19, 2002)

~~SECRET~~ ███████

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription 06/19/2002

████████████████ [PHONETIC] ████████████,
(hereafter referred to as ████████) was interviewed on June 18, 2002,
at ████████, Guantanamo Naval Base, Guantanamo, Cuba.  Special
Agent (SA) ████████, Federal Bureau of Investigation
(FBI), SA ████████, United States Air Force, Office of
Special Investigations
conducted the interview with Language Specialist (LS) ████████,
170 translating the interview from Arabic to English.  After being
advised of the purpose of the interview, ████████ provided the
following information:

       The following biographical information was furnished by
████████:

          First Name:
          Father:
          Grandfather:
          Tribe/family name:
          Alias:              NONE
          DOB:                1397 Hegary, Sha'ban
          POB:                TAEF (city)
                              AL SHA FA(village on the outskirts of Taef)
          Citizenship:        Saudi Arabian
          Age:                26
          Hair:               Black
          Facial Hair:        Black (light beard/moustache)
          Eyes:               Brown
          Marital Status:     Single
          University:         None
          High School:        "Al Saqif High School" completed the
                              first year, possibly failing )
          Middle School:      "Malek Fahd" for four years in Taef.

          Primary School:     "The School of Al Sha fa' "in
                              Al Sha Fa, Taef for almost five
                              years.

                              "A IMAM AL BUKHARI" in Taef where he
                              completed the fifth grade and
                              completed the sixth.

Investigation on 06/18/2002    at    Guantanamo Bay, Cuba



This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

███████████

Continuation of FD-302 of ██████████████████████    On <u>06/18/2002</u> Page 2

Address:           TAEF, ABU BAKR (████████ advised that his
                   parents were in the process of moving when
                   he left Saudi Arabia)

Mosque:            ████████ claims to be of the Tabligh sect
                   which is a branch of the Sunni Moslem and
                   is authorized and accepted by Saudi Arabia.

Family:            ████████ is single, living with his
                   parents.
                   Father: ███████
                   Mother: ███████

Military Service: None

Employment: ████████████████████████████
[Literal translation; International Muslim appeal for
collection of contributions in Taef]. ████████ collected
contributions from merchants and businessmen in Taef. He was paid 2000
Saudi Arabian riyahs a month. ████████ advised that his wages were
very good and worked here for seven months.
    VEGETABLE MARKET: ████████ began working as
like an accountant with a friend who owned the VEGETABLE MARKET. He
also helped sell the vegetables. ████████ was paid 2000 Saudi Arabian
riyahs a month. He worked from 7:00a.m. to 12:00p.m. ████████ could
not recall the name of the name of the VEGETABLE MARKET. The VEGETABLE
MARKET was geographically close to the Mosque AL ABBAS. He worked at
the market for almost two years and had to stop working because of
illness.

TRIP TO PAKISTAN:

    ████████ began experiencing back pains. At times he would
even faint and fall down. ████████ advised that the cold from the
airplane has fatigued him. He went to several clinics in search of
treatment and relief. ████████ advise that the doctor told him that
his back pain was because of the cold weather. ████████ received
treatment from a bone doctor. The doctor suggested that ████████ go
to Pakistan for treatment. ████████ could not recall the name of the
doctor. ████████ waited approximately one month before going to
Pakistan. This was his first trip out of Saudi Arabia. ████████
received his parents consent to travel to Pakistan and would travel
alone.

    ████████ bought an airplane ticket in Taef. He could not
recall which airline he flew. ████████ then took a cab alone from
Taef to Jedda. He took an airplane from the Jedda Airport to Syria
(Salah El Din Quarter). ████████ stayed approximately three days in
Syria in a hotel in Saleh El Din Quarter. The cab driver from the airport
recommended the hotel.

FD-302a (Rev. 10-6-95)

████████████

Continuation of FD-302 of ██████████████████████████████   On 06/18/2002  Page 3

      ████████████ took a transit flight from Syria to Tehran, Iran and then onto to Lahore, Pakistan. He went into the city and entered a building with the word "hotel" in its name. ████████████ stayed approximately three days at this hotel. He then took a bus to Karachi which took almost one full day of travel. ████████████ then stayed at a hotel call "Dubai". He stayed at the "Dubai" for two and one half months. While in Karachi, ████████████ went to the Sina Hospital for treatment of his back pain. He was told that he had inflamation in the nerves of his neck. ████████████ was able to communicate with the medical personnel at the Sina Hospital because some of the nurses spoke Arabic. ████████████ received treatment at the hospital which consisted of liquid medications, pills, and ointments. He received treatments for approximately two and one half months and the treatments worked temporarily.

      ████████████ decided that since he was in Lahore, he would go to the Raywan Center there. The Raywan Center is a well known center that he learned about in Saudi Arabia. The Raywan center is a large center for the gathering of a religious group where men go to learn to teach the Quran. Authorities at the Raywan Center advised ████████ that they could not accept him at the center because he did not have the appropriate official papers. The authorities advised that the Raywan center will host him as a guest. ████████████ stayed about one month.

      At the Raywan Center, ████████████ met ████ LAST NAME UNKNOWN (LNU). ████ LNU invited ████████████ to join the Raywan Center. ████████████ explained that he was interested in traveling and did not wish to join the Raywan Center. ████ LNU told ████████████ that there is a place in Fasalabad, [Phonetic] Pakistan, where people go to learn the Quran. ████████████ decided to go to Fasalabad, Pakistan.

      ████ LNU is described as:
          approximately 30 years old
          possibly from Saudi Arabia
          Hair: Dark
          Facial Hair: Dark (beard/moustache)
          Eyes: Dark
          Complexion: medium olive complexion.

      ████████████ traveled alone to Fasalabad, Pakistan. He followed the directions provided by ████ LNU to a house where he found young people studying the Quran. ████████████ stayed at this house for approximately two months. The house was owned by ████ LNU, a Pakistani. ████████████ never met ████ LNU. ████████████ LNU taught the Quran at the house. ████ LNU is described as: approximately 25 years old Yemen citizen

      While at the house, ████████████ and approximately eighteen others were arrested by Pakistani police. The Pakistani police advised

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ███████████████████████     On  06/18/2002  Page 4

that he people in the house were accused of being a part of the Mujaheedin.
████████ denied being a part of the Mujaheedin.  He advised that he
was transferred to Cuba along with ████ LNU and two other men that
he knows from the house.  One man is ████████, a Palestinian
who is a member of the Jaamat Al Tabligh and had a separate room in
the house.  The other man is ████████ from Yemen.



SECRET

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) |
| Respondents. | ) ) ) |

ISN 689 FD-302 (June 20, 2002)

SECRET

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription 06/20/2002

    MOHAMMED AHMED SALAM, Internment Serial Number ████-00689█, date of birth October 1,1980, Ta'izz, Yemen, was interviewed pursuant the initial screening at ████████, Guantanamo Bay, Cuba, by Federal Bureau of Investigation (FBI) Special Agent (SA) ████████ and United States Army Staff Sergeant (SSG) ████████. ████ SSG translated the interview in Arabic.  SALAM furnished the following information:

    SALAM is a graduate of Faroq High School in Ta'izz, Yemen, and was twenty (20) years of age at the time of graduation.

    SALAM only employment history was working with his father in a restaurant inside the Military Hospital in Ta'izz. His father was not in the military but a civilian, who owned and operated the restaurant.

    SALAM avoided military service by paying the Yemeni government 7,000 dinars which was paid by his father.

    At the end of May, 2001, SALAM traveled to Pakistan for medical reasons.  SALAM had a sinus condition and felt he could get the proper medical attention there. SALAM met a man ████████ at a Ta'izz, Yemen, Ja'amat Tabligh (mosque) who suggested SALAM go to Pakistan. ████████ paid for the airline ticket which cost approximately $800 USD. SALAM traveled alone on Gulf Airlines from San'a, Yemen, to Karachi, Pakistan.

    SALAM stayed three (3) months in Karachi, Pakistan, and met with ████████ at the Dubai Hotel in Karachi. ████████ name had been provided to SALAM by ████████ back in Ta'izz.  Within two weeks of his arrival in Pakistan SALAM did receive medical treatment for his sinus condition at a clinic in Karachi. During his stay in Karachi SALAM spent time visiting mosques.

    SALAM then went to Faisalabad, Pakistan, for the purpose of studying the Koran at the Salafi Mosque.  SALAM was in Faisalabad seven to eight months when he was captured by the Pakistan Army. SALAM was in the custody of the Pakistan Army for approximately two months before he was turned over to United States forces at Bagram, Afghanistan.

Investigation on 06/18/2002    at   Guantanamo Bay, Cuba

████████████████.                Date dictated 06/20/2002

█████████████████

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

- 1 -

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription 06/20/2002

MOHAMMED AHMED SALAM, Internment Serial Number ███YE-00689███, date of birth October 1,1980, Ta'izz, Yemen, was interviewed pursuant the initial screening at ████████, Guantanamo Bay, Cuba, by Federal Bureau of Investigation (FBI) Special Agent (SA) ████████ and United States Army Staff Sergeant (SSG) ████████. ████████ SSG translated the interview in Arabic. SALAM furnished the following information:

SALAM is a graduate of Faroq High School in Ta'izz, Yemen, and was twenty (20) years of age at the time of graduation.

SALAM only employment history was working with his father in a restaurant inside the Military Hospital in Ta'izz. His father was not in the military but a civilian, who owned and operated the restaurant.

SALAM avoided military service by paying the Yemeni government 7,000 dinars which was paid by his father.

At the end of May, 2001, SALAM traveled to Pakistan for medical reasons. SALAM had a sinus condition and felt he could get the proper medical attention there. SALAM met a man ████████ at a Ta'izz, Yemen, Ja'amat Tabligh (mosque) who suggested SALAM go to Pakistan. ████████ paid for the airline ticket which cost approximately $800 USD. SALAM traveled alone on Gulf Airlines from San'a, Yemen, to Karachi, Pakistan.

SALAM stayed three (3) months in Karachi, Pakistan, and met with ████████ at the Dubai Hotel in Karachi. ████████ name had been provided to SALAM by ████████ back in Ta'izz. Within two weeks of his arrival in Pakistan SALAM did receive medical treatment for his sinus condition at a clinic in Karachi. During his stay in Karachi SALAM spent time visiting mosques.

SALAM then went to Faisalabad, Pakistan, for the purpose of studying the Koran at the Salafi Mosque. SALAM was in Faisalabad seven to eight months when he was captured by the Pakistan Army. SALAM was in the custody of the Pakistan Army for approximately two months before he was turned over to United States forces at Bagram, Afghanistan.

Investigation on 06/18/2002    at    Guantanamo Bay, Cuba

████████

Date dictated 06/20/2002

████████

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

███████████████

Continuation of FD-302 of <u>Mohammed Ahmed Salam</u> on <u>06/18/2002</u> Page 2

     SALAM did not have any knowledge of the September 11, 2001,
attack on the New York World Trade Center and Pentagon nor did he have
information of future attacks against the United States.

     SALAM was unaware of any plans by the detainees to escape,
riot or threaten any of the U.S. military personnel at ███████████,
Guantanamo Bay, Cuba.

     SALAM recognized one detainee, █████████████, at ███
████, Guantanamo Bay, Cuba.

     SALAM provided the following information:

| | |
|---|---|
| Address: | Al-Jahmaliya<br>Ta'izz, Yemen |
| Father: | ██████████ age 60 years |
| Mother: | ████████████████ |
| | age 50 years |
| Brothers: | █ age 25-27 years |
| | █ age 24 years |
| | age 13 years |
| | █ age 30 years |
| Sisters: | █ age 28 years |
| | █ age 18 years |
| | █ age 15 years |

~~SECRET/~~ █████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AHMED
SALAM,                              )
                                    )
          Petitioner,               )
                                    )
     v.                             )     Civil Action No. 05-CV-02386 (RBW)
                                    )
GEORGE WALKER BUSH, *et al.*,       )
                                    )
          Respondents.              )
                                    )
                                    )

ISN ███ FD 302 (Aug. 6, 2002)

~~SECRET/~~ ████████

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**



Date of transcription 08/06/2002

███████████████████████, ISN ████████████, was
interviewed at ████████████, Guantanamo Bay, Cuba. Present during the
interview was Special Agent (SA) ███████████, Federal Bureau
of Investigation, SA ████████████, US Army CID,
██████████████████ Civilian Linguist ████████████,
Department of Defense, facilitated the interview in the Arabic language.
██████████ provided the following information which was translated by
████████.

████████████ advised that he is approximately 30 years old and
was born and raised near the town of Ablayda, Lybia. ████████ indicated
that he speaks Arabic and that his highest level of education is three
years of elementary school at UMAR AL-KHATTAB School in Al-Bayda, Lybia.
████████████ advised that he is single and that he has never been
married. ████████ stated that his father, ████████████████████,
is in his 80's, and is a shepherd and that his mother, ████████████████,
is in her 50's. ████████ indicated that he has three brothers, ████████
████ who was born in 1964, ████████ who was born in 1975, and
████ who is a student and was born in 1986. ████████ further advised that
he has four sisters, ████████ who is a seamstress and was born in 1962,
████ who is a homemaker and was born in 1970, ████ who is a student
and was born in 1980, and ████ who is also a student and was born in
1983. ████████ recalled that he last saw his family in 1997.

████████████ advised that around 1997, Islamists in Lybia were
having problems with the Kadafi regime. ████████ indicated that a group
called the LYBIAN SALVATION FRONT assisted people in getting out of
Lybia.

████████████ advised that his initial plan was to travel to
Pakistan and then on to Europe. He indicated that he wished to travel
to Europe because that is where he wanted to live and that he had heard
that he could go there as a refugee and work as a guard or in a restaurant.
████████ stated that he had also heard that he could purchase a fake
European passport in Peshawar and Karachi, Pakistan, and that for $2,000
US dollars he could purchase a US Passport that would allow him to travel
in Europe, but not to the US. ████████ further stated that he was told
he could get passports in Malta and Egypt for between $500-$700 US
dollars.

Investigation on 08/05/02   at   Guantanamo Bay, Cuba

████████████████   Date dictated 08/06/02
████████████████

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its
contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

████████

Continuation of FD-302 of ███████████████████████  on  08/05/02  Page  2



████████ advised that in the Spring, 1997, he left Lybia with
$900 US dollars and a fake passport he received from a relative. ████
████ stated he was smuggled out in a commercial truck, which took him
from Lybia to Khartoum, Sudan. ████████ estimated the trip took about
ten days.

████████ advised that in Khartoum, he was taken to the Lybian
Market where he met an individual named ██████ (No further
information-NFI) who took him to his house. ████████ stated he stayed
with ██████ for about fifteen days.

████████ advised that ████████ got a photo and visa for him
and also purchased an airplane ticket for ████████ to fly to Karachi.
████████ was instructed by ██████ to contact ████████ (NFI) once
he arrived in Karachi.

████████ advised that he flew to Karachi and contacted ████
████████. ████████ stated that he spent a day with ████████ before
he, ██████, purchased a $100 plane ticket to Peshawar, where he flew
to next.

████████ advised that in Peshawar, he stayed in a house
belonging to ██████ (NFI). ████████ described the location of the house
as being in the Jamaat section of Peshawar, close to the JAN'A ATHARIYAH
UNIVERSITY. ████████ indicated that he spent a little less than a year
at ██████ house and that also living in the house were ██████ (NFI),
██████ (NFI), and ██████ (NFI). ████████ recalled that none of
them had jobs and that he, ████████, sold his passport for $600 US dollars
and lived off that money combined with the money he had taken with him
when he left Lybia. ████████ also said that money was given to him
by neighbors in Peshawar.

████████ advised that he decided to leave Peshawar after the
Pakistani Police began arresting Lybians and returning them to Lybia.
████████ stated that since he no longer had a passport, was running
low on funds, and did not wish to be sent back to Lybia, he decided
to travel to Jalalabad, Afghanistan.

████████ advised that in the beginning of 1998 he snuck into
Afghanistan accompanied by an Afghan (NFI), ██████, ██████, ████████,
and ██████ (NFI).  ████████ advised that in Jalalabad, he stayed with an
individual named ████████ (NFI) for about fifteen days. ████████ stated
he then met ████ (NFI) who took him to the JAMAL AL-ISLAMIYAH AL
MUQATILAH house, where he again stayed for about fifteen days.

████████ advised that while he was staying at this house,
he learned that he could make money by attending a military camp run
by the group. ████████ stated that he was taken to the camp which was
located approximately 30-40 minutes past the airport in Jalalabad

FD-302a (Rev. 10-6-95)

████████████

Continuation of FD-302 of ███████████████████████████   on  08/05/02  Page 3

towards the border with Pakistan.   ████████ stated that the camp did
not have a name, but was run by a sole Lybian trainer named ████████
(NFI).   ████████ indicated that there were around 9-10 students at the
camp while he was there.  These included his companions, ████████, ████████,
████████, ████████, and ████ (NFI).   ████████ related that he stayed
at the camp for approximately two months and that he trained with weapons
like the AK-47, PK, DSHKA, and hand grenades.  ████ was told by
other students that there was also training in explosives.  ████████
stated that the explosives training required more reading and since
he had little schooling, he could not attend this training.

   ████████ advised that the reason for the training camp was
to prepare fighters to go back to Lybia and change the current regime.
████████ stated that the Taliban later closed the camp.

   ████████ advised that after he left the camp, he returned
to the JAMAL AL-ISLAMIYAH AL MUQATILAH house which was now being run
by ████████ (NFI).   ████████ stayed at the house for the next year and
a half.  During that time, ████████ indicated that he read the Koran
and learned how he could work in Lybia distributing anti-Lybian
documents and participating in military operations to change the Kadafi
regime.   ████████ indicated that he was provided with food and clothing
by the group while he was living in the house.

   ████████ advised that he gradually got bored and wanted to
return to Lybia.  He then left the house and went to another house in
Jalalabad which was owned by a Lybian named ████████████.   ████████
stated that he stayed at this house for approximately a year and a half,
or roughly from 1999 to the end of 2000 or beginning of 2001.  ████████
related that ABDULLAH and his family had no jobs, but that they reviewed
funds from some outside entity (NFI).   ████████ further stated that
████████ did not agree with the Taliban's interpretation of the Koran.

   ████████ advised that he left ████████s house about fifteen
days prior to the bombing of Jalalabad and that he later heard that
America was at war.  ████████ stated that he has not seen ████████ since
departing his house.

   ████████ advised that after departing Jalalabad, he went by
car and later by foot to an area in Pakistan which he referred to as
BARA.  There, ████████ stated he stayed with ████████ (NFI) for about
two weeks.

   ████████ advised that after leaving BARA he went to Peshawar,
Pakistan, and returned to ████████ (NFI) house where he stayed for
approximately a month and a half.  ████████ indicated that he was at
this house during the first part of Ramadan.

   ████████ advised that he later moved to another house in
Peshawar which was owned by ████ (NFI).  He spent about a month at

FD-302a (Rev. 10-6-95)

███████████████

Continuation of FD-302 of ███████████████████████ on <u>08/05/02</u>  Page 4

this residence and the next month at a house belonging to ████.  ████
████ indicated that he moved around a lot because he did not want to
overstay his welcome at any one place.

███████████ advised that in approximately February, 2002, he
was told by ██████████ that he, ████████, should go to Faizalabad where
there is s house belonging to ██████.  ██████████ was told to go to that
house and wait until he could get a passport and some money so he could
travel to any country other than Pakistan.  ████████████ related that he
was told that anyone associated with the AL-MUQATILAH group would be
dealt with badly by Kadafi, so he was reluctant to return to Lybia.

███████████ advised that after about a month in ███████ house,
he and everyone in the house was arrested by Pakistani Police.  ████
████ indicated that he has been detained for about the last five months.

███████████ advised that he and many other Muslims believe that
what UBL did was wrong.  Additionally, ██████████ stated that all the
information he provided was truthful.

When asked about the injury which resulted in ██████████ losing
the lower portion of his right leg, ████████ advised that when he was
younger he was tending sheep and wandered into a military area.  ████
████ stated that he started a fire, which caused an explosion which
lead to the injury.

SECRET/ █████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) ) |
| Respondents. | ) ) ) |

ISN █ FD-302 (Sept. 9, 2002)

SECRET/ █████

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**



Date of transcription 09/10/2002

On September 9, 2002, ███████, Internment Serial Number ███████, was interviewed at ███████, Guantanamo Bay, Cuba, by Special Agent ███████, United States Air Force Office of Special Investigations, and Special Agent ███████, Federal Bureau of Investigation. Department of Defense Contract Linguist ███████ provided Arabic/English translation. After being advised as to the nature of the interview, ███ voluntarily provided the following information:

███████ advised that during his time in Afghanistan, he met with ███ approximately five (5) times over a six (6) month period; ███ added that during his visit to the home of ███████, he visited with ███ approximately three (3) or four (4) times. ███ repeated his assertion that he was unaware of ███ possible association with the Taliban. ███ advised that he was not aware of any traveling companions or housemates who were active with or associated in any way with the Taliban.

███████ advised that he was not required to sign a registry upon his arrival at the "Yemeni House" in Faisalabad, Pakistan. ███ further advised that he did not provide a passport at the time of his arrival, as he had failed to recover his Yemeni passport which he lost in Afghanistan. ███ added that at no time was he offered an opportunity to obtain a false passport.

███████ was asked to view a series of photographs of individuals apprehended to date and to identify those individuals whose photographs he recognized. ███ identified the following fifteen (15) individuals as being residents of the "Yemeni House" during ███'s stay there:

Photograph A17A was identified by ███ as ███████; A17A is known as ███████.

Photograph A18A was identified by ███ as ███████; A18A is known as ███████.

Photograph A19A was identified by ███ as ███; A19A is known as ███████.

Photograph A20A was identified by ███ as ███████; A20A is known as ███████.

Investigation on 09/09/2002  at  GUANTANAMO BAY, CUBA

Date dictated 09/10/2002

███████

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

███████

Continuation of FD-302 of ███████████  On  09/09/2002  Page  2



Photograph A21A was identified by ████ as ██████████; A21A is known as ██████████████████.

Photograph A22A was identified by ████ as ███; A22A is known as ███████████.

Photograph A24A was identified by ████ as ████; A24A is known as █████████.

Photograph A25A was identified by ████ as ████; A25A is known as █████████.

Photograph A30A was identified by ████ as ██████████; A30A is known as █████████████████.

Photograph A31A was identified by ████ as ██████████; A31A is known as ███████████.

Photograph A34A was identified by ████ as ███████████; A34A is known as ███████████.

Photograph A35A was identified by ████ as ████; A35A is known as █████████████.

Photograph A36A was identified by ████ as ████; A36A is known as █████.

Photograph A37A was identified by ████ as ██████████; A37A is known as █████████.

Photograph A38A was identified by ████ as ████; A38A is known as ███████████.

████ was able to identify individuals in the following photographs as being prisoners whom ████ met while in custody in Islamabad, Pakistan:  A26A, A27A, A28A, A29A, A32A, A39A.  ████ was unable to provide names of these individuals.  Photograph A26A is known as ██████████; photograph A27A is known as ██████████; photograph A28A is known as ██████████; photograph A29A is known as ██████; photograph A32A is known as ████████████████; photograph A39A is known as ██████████.

████ advised that the individual in photograph A33A was ████████; photograph A33A is known as ███████████.

██████████; ████ advised that the individual in photograph A40A was ████ advised that he traveled from Afghanistan to Faisalabad, Pakistan with ██████████.  Photograph A40A is known as ████████████████.

FD-302a (Rev. 10-6-95)

██████████████

Continuation of FD-302 of ████████████  On  09/09/2002  Page 3

      ██████ identified the individual in photograph A42A as ██████.
██████ advised that he met ██████ while in prison.  Photograph A42A is
known as ███████████████████████, aka ███████████, aka ████████     ▁▁▁

      ██████ advised that the individual in photograph A43A is in
the cell next to ██████ in ██████████.  Photograph A43A is identified
as ████████████.

     The interview was terminated at approximately 8:00pm.

SECRET/███████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AHMED                )
SALAM,                        )
                              )
            Petitioner,       )
                              )
      v.                      )   Civil Action No. 05-CV-02386 (RBW)
                              )
GEORGE WALKER BUSH, et al.,   )
                              )
            Respondents.      )
                              )
                              )

ISN ███ FD-302 (Sept. 11, 2002)

SECRET/███████

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

———



Date of transcription 09/11/2002

    On September 11, 2002, ████████████████, Internment
Serial Number ████████████, was interviewed at ████████, Guantanamo
Bay, Cuba, by Federal Bureau of Investigation Special Agent
████, and Air Force Office of Special Investigations Special Agent
████████. Department of Defense Contract Linguist
provided Arabic/English translation.  After being advised as to the
nature of the interview, ████ voluntarily provided the following
information:

    ████████ advised that he returned to CAMP KHALDEN, Afghanistan,
in order to train those individuals who wished to prepare to fight with
the Taliban.  ████ explained that KHALDEN was not an organized or
professional training camp; those who came to the camp to train had
learned about the camp through others who had trained there previously.
████ advised that funding for the camp was provided by a service
office managed by ████████████. ████ added that this was
the same office which funded CAMP KHALDEN during the previous war in
Afghanistan.

    ████ stated that he was a guest in the MADAFAH GUESTHOUSE,
Peshawar, Pakistan, for approximately one (1) month.  ████ advised
that ████████████ was the director of this guesthouse.  ████ advised
that during his stay at this guesthouse, he did not associate with other
residents, though he did recall a resident by the name of ████ (not
further identified), who stayed in the guesthouse for approximately
one (1) week.  ████ added that ████ was also the director with
the "Yemeni" guesthouse in Faisalabad, Pakistan, though this residence
was set up as a temporary guesthouse.

    ████ was asked to view photographs from the ████
████████ Detainee Photo ████ dated April
23, 2002; ████ advised that he recognized detainee ████ from
████. ████ added that CAMP KHALDEN closed at the end of 1999,
therefore he would possibly have difficulty recalling others who were
in the camp with him.

    ████ was asked to view photographs from the ████
Detainee Photo ████████, dated June 4, 2002. ████ advised that
he did not recognize any individuals in this photo ████.

    The interview was terminated at approximately 5:45pm.


Investigation on  09/11/2002    at   GUANTANAMO BAY, CUBA

                    Date dictated  09/11/2002

████████████████████████

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its
contents are not to be distributed outside your agency.

~~SECRET/~~ ███████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AHMED SALAM, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Civil Action No. 05-CV-02386 (RBW) |
| | ) |
| GEORGE WALKER BUSH, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |

ISN ███ FD-302 (Sept. 14, 2002)

~~SECRET/~~ ████████

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription <u>09/14/2002</u>

On September 14, 2002, ████ ████, Internment
Serial Number ████████, was interviewed by Federal Bureau of
Investigation Special Agent ████████, and United States Air Force
Office of Special Investigations Special Agent ████████.
Department of Defense Contract Linguist ████████ provided
Arabic/English translation.  After being advised as to the nature of
the interview, ████ voluntarily provided the following information:

████ was requested to review the ████ Photo ████, dated
6/12/2002.  ████ reviewed all photographs and advised that he was
familiar with the following individuals from his time in Kabul,
Afghanistan, as well as his time at CAMP KHALDEN:

Photograph A001a was identified by ████ as ████.
████ advised that he met ████ in Kabul during the Ramadan holidays
in 2000.  This photograph is known to be ████.

Photograph A002A was identified by ████ as ████.
████ advised that on one occasion, ████ was traveling to JIHAD WAL
camp to gain assistance with the operation of a radio purchased for
CAMP KHALDEN.  ████ advised that while at JIHAD WAL, ████ met USAMA
BIN LADEN and ████ briefly as they were also at the camp for an unrelated
meeting.  This photograph is known to be ████.

Photograph A003a was identified by ████ as ████.
████ advised that he has known ████ since approximately June
of 2000.  This photograph is known to be ████.

Photograph A029a was identified by ████ as ████).
████ advised that ████ was living in the MADAFAH guesthouse
for approximately one (1) week before the house was raided.  This
photograph is known to be ████.

Photograph A039a was identified by ████ as ████, a
Pakistani who served as a cook in the MADAFAH guesthouse.  This
photograph is known to be ████.

Photograph A040a was identified by ████ as ████,
from Saudi Arabia.  ████ advised that ████ stayed at the MADAFAH
guesthouse for approximately one (1) week.  This photograph is known
to be ████.

Investigation on <u>09/14/2002</u>  at  <u>GUANTANAMO BAY, CUBA</u>

████████_____Date dictated <u>09/14/2002</u>

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its
contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

███████████████

Continuation of FD-302 of ████████████████████ on <u>09/14/2002</u> Page 2

    Photograph A041a was identified by ████ as ███████████,
aka ███████. ████ advised that ████ stayed in the MADAFAH
guesthouse for approximately five (5) days.  This photograph is known
to be █████████

    Photograph A042a was identified by ████ as ████ (LNU).
████ advised that ████ was a resident of the MADAFAH guesthouse
for one (1) week, or five (5) days.  This photograph is known to be
████████████.

    Photograph A043a was identified by ████ as ████████.
████ advised that ████ was a resident of the MADAFAH guesthouse
for approximately five (5) days.  This photograph is known to be ████

    Photograph B001a was identified by ████ as ████ (LNU).
████ advised that ████ trained at CAMP KHALDEN for approximately
one (1) month in 1996 or prior.  This photograph is known to be ████

    Photograph B010a was identified by ████ as ███████,
the brother of ████ (LNU), photograph B001a.  ████ advised that
████ trained for approximately one (1) month in CAMP KHALDEN at
an unknown date.  This photograph is known to be ████████████

    Photograph C003a was identified by ████ as ████████.
████ advised that he met ████ at the ABU ALI guesthouse in the
beginning of 2000.  This photograph is known to be ████████

    Photograph C030a was identified by ████ as ██████, a
Sudanese.  ████ advised that he met ████ in Pakistan approximately
one (1) month prior to his travel to Afghanistan in April or May of
1995.  This photograph is known to be ██████.

    Photograph E001A was identified by ████ as ████ (LNU).
████ advised that ████ trained at CAMP KHALDEN for less than one
month in the year 2000.  ████ advised that ████ did not speak Arabic,
but instead spoke English or French.  This photograph is known to be
████.

    ████ advised that he knew the following individuals from
his time in prison in Pakistan:

    Photograph A017a was identified by ████ as ███████.
Photograph A017a is known to be ██████.

    Photograph A018a was identified by ████ as MOHAMMED SALLAM.
Photograph A018a is known to be MOHMMAED AHMED SALEM TAIZI.

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of ███████████████████ on <u>09/14/2002</u> Page 3

Photograph A019a was identified by ██████ as ██████. Photograph A019a is known to be ████████████.

Photograph A020a was identified by ██████ as ██████. Photograph A020a is known to be ████████████.

Photograph A021a was identified by ██████ as ████ ██████. Photograph A021a is known to be ██████████████.

Photograph A022a was identified by ██████ as ██████ or ████. Photograph A022a is known to be ████████████.

Photograph A023a was identified by ██████ as ██████. Photograph A023a is known to be ████████████.

Photograph A024a whose name was unknown to ██████. Photograph A024a is known to be ██████████.

Photograph A025a whose name was unknown to ██████. Photograph A025a is known to be ██████████.

Photograph A026a whose name was unknown to ██████. Photograph A026a is known to be ██████████.

Photograph A027a was identified by ██████ as ████████. Photograph A027a is known to be ██████████.

Photograph A028a was identified by ██████ as ██████. Photograph A028a is known to be ██████████.

Photograph A030a whose name was unknown to ██████. Photograph A030a is known to be ██████████.

Photograph A031a was identified by ██████ as ████████. Photograph A031a is known to be ██████████.

Photograph A033a whose name was unknown to ██████. Photograph A033a is known to be ██████████Z.

Photograph A034a was identified by ██████ as ██████████. Photograph A034a is known to be ██████████.

Photograph A035a was identified by ██████ as ██████. Photograph A035a is known to be ██████████.

Photograph A036a was identified by ██████ as ████. Photograph A036a is known to be ██████████.

Photograph A037a was identified by ██████ as ████████, or possibly ████████. Photograph A037a is known to be ████████████.

FD-302a (Rev. 10-6-95)

██████████████

Continuation of FD-302 of █████████████ on <u>09/14/2002</u> Page 4

     Photograph A038a was identified by ██████ as ████.
Photograph A038a is known to be ███████████████.

     The interview was terminated at approximately 3:55pm.

~~SECRET/~~ ████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AHMED
SALAM,                              )
                                    )
         Petitioner,                )
                                    )
    v.                              )     Civil Action No. 05-CV-02386 (RBW)
                                    )
~~GEORGE WALKER BUSH,~~ *et al.*,    )
                                    )
         Respondents.               )
                                    )

ISN █████ FD-302 (Sept. 16, 2002)

~~SECRET/~~ ████

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription 09/16/2002

███████, ISN ████████, was interviewed at ██████████, Guantanamo Bay, Cuba, by Special Agent ██████████, NCIS, Special Agent ██████████, NCIS, and Special Agent ██████████, FBI. Also present was U.S. Army language specialist ██████████. After being advised of the purpose of the interview, ████ provided the following information:

████ reiterated that he met his friend ████ at a hospital in Karachi, Pakistan while seeking treatment for his knee. On the same day of their initial meeting, ████ agreed to accompany ████ to Afghanistan. After leaving the hospital, ████ went back to his hotel room, packed his belongings, and traveled by taxi, with ████, to Quetta, Pakistan. He and ████ stayed in Quetta for approximately 10-12 days because ████ "had business to take care of". While in Quetta, they stayed in a friend of ████ home. After their stay in Quetta, the two traveled by taxi to Kanduhar.

████ indicated that although he had $1300.00 U.S. dollars in his possession, ████ paid for everything. During his time in Kanduhar, ████ would begin each day with prayer at sunrise, read the Koran, and eat breakfast. Following breakfast, he and others would discuss the conditions in Yemen and Afghanistan, read more of the Koran and pray. Following lunch, ████ would nap, then awake for mid-afternoon prayer, read more of the Koran, have more discussions, eat dinner, say nightly prayers, then go to bed.

████ stated that he last saw ████ in Kanduhar. ████ stated that although he had lost his passport, he had indicated he wanted to leave. Finally, a vehicle arrived at the compound which he was staying and he was told to get in the vehicle and he would be taken to Pakistan. The vehicle took him to Manenali, Pakistan, where he was smuggled into the country.

████ next made his way to Faisalabad, Pakistan and stayed in a house owned by a Pakistani. In this house were approximately 14 other people, some of whom were students and some who appeared sick. He was directed to this house by three Yemeni men who were from his hometown who he had met in Faisalabad. While staying in this house, Pakistani authorities raided the home and arrested everyone inside. ████ stated he did not know why he was arrested.

Investigation on 09/16/2002   at   Guantanamo Bay, Cuba

Date dictated 09/16/2002

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

███████████

Continuation of FD-302 of ████████ On <u>09/16/2002</u> Page 2

      After a review of the ████ photograph book, dated 06/12/2002, the following individuals were identified by ████:

A017A-████████████, known to ████ as ██████, from guesthouse in Faisalabad.  ISN:

A018A- MOHAMMED AHMED SALEM TAIZI, known to ████ as "MOHAMMED SALLAM", from guesthouse in Faisalabad.

A019A-████████████, known to ████ as ██████████ from guesthouse in Faisalabad.  ISN:

A020A-██████████████, known to ████ as ████████, from guesthouse in Faisalabad.  ISN:

A021A-████████████████, known to ████ as █████████████████, from guesthouse in Faisalabad.

A022A-██████████████, known to ████ as ██████, from guesthouse in Faisalabad.  ISN:

A024A-████████████, known to ████ as ████████ a Russian from the guesthouse in Faisalabad.

A025A-████████████, known to ████ as ██████, A Pakistani cook from the Faisalabad guesthouse.  ISN:

A026A-██████████████, name unknown to ████.  Seen in guesthouse in Faisalabad.

A027A-██████████████, name unknown to ████.  Seen by ████ in ████████████ safehouse.  ISN:

A028A-████████████, name unknown to ████.  Seen by ████ in ██████████████ safehouse.

A029A-████████████, name unknown to ████.  Seen by ████ in ██ safehouse.  ISN: ██████████████

A030A-██████████████, known to ████ as ████████████████, from guesthouse in Faisalabad.  ISN:

A031A-████████████, know to ████ as ██████████████", from guesthouse in Faisalabad.  ISN: ██████████

A032A-██████████████████, known to ████ as ████████ seen in ██ safehouse.

FD-302a (Rev. 10-6-95)

██████████████

Continuation of FD-302 of ██████████ On <u>09/16/2002</u> Page 3



A033A-████████████, known to ████ as ██████████, A Saudi from the guesthouse in Faisalabad.

A034A-████████████, known to ██████ as ██████████, from guesthouse in Faisalabad.   ISN:

A035A-████████████, known to ████ as ██████, A Yemeni from the guesthouse in Faisalabad.

A036A-████████████, known to ████ as ████, from the guesthouse in Faisalabad.   ISN: ██████

A037A-████████████, known to ████ as ████████████, from guesthouse in Faisalabad.

A038A-████████████, known to ████ as ██████████, A Yemeni from the guesthouse in Faisalabad.

A039A-████████████, name unknown to ████. Seen in a prison in Islamabad by ████. ISN: ██████████

A040A-████████████████, known to ████ as ██████████, was seen in ██████████ safehouse.

A041A-████████████████, known to ████ as ██████, traveled from Lahore, Pakistan to Faisalabad with ████.

A042A-██████████, AKA: ██████████, AKA: ████████████, known to ████ as ████, seen by ████ in ██████ safehouse. ISN:

A043A-██████████, known to ████ as ██████ seen by ████ in ██ ██████ safehouse. ISN: ██████████.



~~SECRET//~~ ███

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 05-CV-02386 (RBW) |
| ~~GEORGE WALKER BUSH, et al.,~~ | ) ) |
| Respondents. | ) ) ) |

ISN ███ FD-302 (Oct. 25, 2002)

~~SECRET//~~ ███

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription 10/25/2002

On 10/25/2002, ████████████████, also known as (aka) ████
████, ISN ████████████, was interviewed at Guantanamo Bay Naval Base,
Guantanamo Bay, Cuba, by Special Agents ████████████ (FBI) and ████
████ (NCIS). The interview was conducted in Arabic with translation
conducted by civilian contract linguist ████████████. After explaining
the purpose of the interviews, the interviewers were provided the
following information by ████:

████ is a thirty-two year old Yemeni male. ████ left Yemen,
telling his wife that he was leaving to have knee surgery. ████'s
knee problems were due to his having played football (American soccer).
While at the hospital, ████ met an Afghani named ████. ████ just
"bumped into" ████. ████ invited ████ to Afghanistan. ████
explained that in his culture, when you are invited to a person's home,
it is understood that they are obliged to provide for your travel and
stay, including food. ████ did pay for all of ████'s needs while
traveling to Afghanistan. ████ could provide no further detail on
his travel to Afghanistan, or subsequent travel back to Pakistan.

████ was in Lahore, Pakistan, in November of 2001 for the
purpose of getting laser eye surgery and a dental root canal. ████
paid for these two surgical procedures with his own money, money he
had made selling religious tapes. ████ took a month and a half to
recover from these surgical procedures.

████ traveled from Lahore to Faisalabad, Pakistan in January
of 2002. ████ could provide no information on how he got into a taxi
that was heading to Faisalabad, nor who paid for the taxi. The taxi
was driven by a Pakistani. ████ met an individual named ████
████ on this taxi ride to Faisalabad, Pakistan. ████ was old
and talked too much. ████ could remember nothing ████ talked about.
████ also met a Pakistani and a Russian passenger in the taxi. There
was a total of one driver and three other passengers in the taxi. ████
could not remember anything about any of the conversations with anyone
in the taxi. The taxi ride lasted a few hours.

████ could not remember anything about his arrival to the
house in Faisalabad, except that he had not received a tour of the house,
and that he felt very uncomfortable in the house. ████ felt

Investigation on 10/25/2002   at   Guantanamo Bay, Cuba

████████████████

Date dictated 10/25/2002

████████████████████████████)

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its
contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ███████████████   On <u>10/25/2002</u> Page 2

uncomfortable because nobody was talking with him.   ████ stayed at
the house for a day and a half.

████ went to the market in Faisalabad, Pakistan and met two
Yemeni males.  These two Yemeni men asked ████ to stay with them, which
████ did for one month and a half.   ████ was captured in this house
in approximately February of 2002.

~~SECRET//~~ ▇▇▇▇

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AHMED
SALAM,

    Petitioner,

    v.

~~GEORGE WALKER BUSH,~~ *et al.*,

    Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 05-CV-02386 (RBW)

ISN ▇▇ FD 302 (Feb. 26, 2003)

~~SECRET//~~ ▇▇▇▇

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION



Date of transcription 02/26/2003

███████████████████, a.k.a. ██████████,
ISN ██████████, was interviewed at ██████████, Guantanamo Bay Naval
Base, Cuba by Federal Bureau of Investigation (FBI) Special Agent (SA)
██████████ and Naval Criminal Investigative Service (NCIS) SA
██. Contract Linguist ██████████ provided translation
services. The interview was conducted in Arabic.

████ denied ever using the alias ██████████

████ right leg has been amputated just below the right knee.
████ came to the interview room without his prosthetic leg. ████
claimed two weeks ago the prosthetic leg broke. He asked the guards
for tape to fix it. The guards took the prosthetic leg to fix and have
not returned it.

In approximately 1989, ████ claimed he lost the leg in Libya
in the Al Makhily (phonetic) area. ████, who is a Bedouin shepherd,
was walking behind a flock of sheep when he stepped on something which
exploded. ████ was taken to a nearby military camp who transferred
him to Marawa (ph), a town. ████ spent one month in the hospital being
treated and training with the prosthetic leg. ████ learned to run with
the prosthetic leg. ████ denied he lost the leg during combat.

████ showed the interviewers his left leg which has numerous
large scars just above the ankle and on the outside thigh. ████ claimed
he received these wounds in approximately 1995 when he tried to climb
over a door way. The concrete block over the door broke and fell on
top of his leg breaking it in two places. ████ has metal in his leg
as a result of this injury. ████ was unable to walk for six months
as a result of this injury. ████ denied receiving this injury and scars
from combat.

████ left Libya in approximately 1997. While working as a
shepherd in Libya, ████ was approached by people who were fleeing from
Khadafi, the leader of Libya, to Egypt. They asked ████ for help.
████ allowed them to spend a night in a shelter used by the shepherds.
These people were later arrested by Libyan authorities. ████ heard
the people told the Libyan police that ████ helped them. ████ decided
to flee Libya as well.

Investigation on 02/26/03 at ██████████, Guantanamo Bay, Cuba

███████████████

██████████

Date dictated 02/26/03

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its
contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

██████████████████

Continuation of FD-302 of ████████████████████  On  <u>02/26/03</u>  Page  2

████ received a passport from a relative within his tribe. The name on the passport was ████████████. His relatives told ████ to go to Ra Bin Ghazi (ph) to meet with ████ (ph). ████ told ████ to go to Khartoum, Sudan, find a Libyan named ████ in the Libyan Market and gave him a description of ████. In Khartoum, ████ found ████ and gave ████ his passport. ████ took it, placed ████'s picture on it and provided ████ a VISA and plane ticket to Karachi, Pakistan free of charge.

████ stayed with ████ in Khartoum for fifteen days. ████ had approximately $900.00 of United States currency with him which he earned by selling sheep during feast time in Libya.

████ claimed there are numerous organizations in the United States and the United Kingdom which have businessmen sponsors and are opposed to the rule of Khadafi. These groups provide financial assistance to people fleeing Libya.

████ arranged for ████ to go to Europe to request political asylum, however, travel from Sudan to Europe was nearly impossible due to restrictions. ████ advised ████ to go to Pakistan and then travel from Pakistan to Europe because it was easier.

████ directed ████ to meet ████████ (ph) at the airport in Karachi. ████ met ████████ in Karachi and spent one night at ████████ house. ████ purchased a ticket from Karachi to Peshawar, Pakistan for $100.00. ████████ told ████ to meet a Libyan named ████ in Peshawar.

In Peshawar, ████ rented a house and lived for one year with a group of other males. They were all trying to get political asylum in Europe. When a member of the group would get to go to Europe, ████ would give him money to help out and in the hopes he would send money back to ████ once he became established in Europe.

In 1998, the Pakistani government began arresting illegal Arabic immigrants and sending them back to their country of origin. ████ did not want to go back to Libya. ████ was broke. He gave his passport to ████ to sell. ████ returned with approximately $700.00. ████████ then escorted ████ and the others to Jalalabad, Afghanistan. ████ brought them to ████████ (ph) home in Jalalabad where they stayed 15 days.

From ████████ home they went to a Libyan named ████████ (ph) home where they stayed 15 days. ████████ home belonged to the Jamal Islamic Fighting Group which was fighting against Khadafi. ████ talked with ████ about Khadafi, Libya and joining the fighting group. ████ agreed to join at an entry level.

FD-302a (Rev. 10-6-95)

████████████████████

Continuation of FD-302 of ████████████████████████████ ) On  02/26/03  Page 3

███ said there was a big disagreement between Usama Bin Laden,
Al Qaeda and Jamal. Al Qaeda wanted to fight the United States. Jamal
wanted to fight Khadafi. Usama Bin Laden accused Jamal of being out
of Islam. ███ knows of no Libyans in Al Qaeda except for ███
████████. ███ never met ███████ but knows he had his own camp in Khost,
Afghanistan.

After ███ joined Jamal, he received initial weapons training
on Kalishnokovs, PK's and pistol. The training occurred at a camp in
Jalalabad, Afghanistan near the airport close to Afghani Unit Number
11. The camp was run by a Libyan named ███████ (ph). There was never
more than ten trainees at the camp. The training lasted one to two
months. ███ was not able to participate in certain parts of the training
due to his prosthetic leg and his illiteracy. ███ said he could not
participate in explosive and poison training.

███ speculated they would use poison against Libyan
security.

███ said the training camps existed before the Taliban came
to power in Afghanistan. The Taliban closed down some of the camps.

Following training, ███ returned to the Libyan ███████
house in Jalalabad, Afghanistan. ███ spent approximately 18 months
here learning the Koran, religion and how to operate inside of Libya.
███ was fed and housed at the Libyan house for free for the eighteen
months. ███ left the Libyan house due to problems which were developing
within Jamal Islamic Fighting Group.

███ moved to ███████ (ph) house in Jalalabad.
███████ was not a member of Jamal but he was against Khadafi. ███
had very little left of the $700.00 he received for his passport. He
was receiving money from ███████ in Peshawar, Pakistan who was
receiving money from people whom ███ helped financial when they
departed for Europe. ███ lived in ███████ house for a year with
███████ wife and child. They became like a family. He sat around,
went to the market and did other things associated with normal life.
As a shepherd, ███ was used to sitting around with sheep for three
to six months. ███ estimated he moved in ███████ house in 1999.

███ was living with ███████ on September 11, 2001. ███
left ███████ home approximately fifteen days prior to the bombing
of Afghanistan by American Forces. Prior to leaving, a cleric issued
a fatawa against abandoning Afghanistan. Later, another cleric issued
a fatawa saying people could leave Afghanistan. ███ took the fatawa
and left Afghanistan.

Prior to that, ███ felt safe in Afghanistan due to the Taliban.
The Taliban did not require people to have travel document
identification and protected Muslims.

FD-302a (Rev. 10-6-95)

███████████████

Continuation of FD-302 of ████████████████████  On  02/26/03  Page 4

     Also about this time, Khadafi gave amnesty to all individuals who fled the country.

     ████ called ██████ in Peshawar, Pakistan and told him he wanted to leave Afghanistan. ██████ sent an Afghani to help █ get to Peshawar. In Peshawar, ████ went to ████████ house. ████ lived in ████ house for approximately one month. ████ left ██████ house because ████ was married and every time ████ left the house, ████ would have to leave as well.

     ████ then moved to a Libyan named ████ house. ████ brother was arrested by Libyan Security Forces because ████ left the country. ████████ said if his brother was released, he would return to Libya. ████ lived in ████████ house for approximately one month and left for the same reason he left ████████ house.

     ████ then moved to ████████ (ph) house and lived there for approximately one to one and one half month. ████████ was also married.

     About this time, Pakistan again began looking for illegal Arab immigrants. ████████ told █ to move to a house which belonged to the Al Solafiya University. ████ promised ████ they would get him a passport and money to get ████ out of there.

     ████ went to the house. The Al Solafiya University house was run by ████ (ph). There were sixteen people in the house. There was one Russian, Yemeni and a Palestinian who were not students at the University. ████ saw no weapons in the house. No one in the house discussed the United States. ████ did not know if the others were members of Al Qaeda.

     ████ was arrested at this house.

     ████ said he was in Kabul, Afghanistan near the end of 1998, beginning of 1999 and in 2000. He was in Kabul in 2000 to have surgery on his leg. ████'s amputated leg became infected and pus filled because the bone started growing again. ████ did not have to pay for the surgery because it was a government-owned hospital.

     SA ████ showed ████ a picture of ████████████. ████ said he saw the picture before but had never met the individual in the picture.

     ████ has no problems with the United States and does not plan to use what he learned at the training camp to attack the United States.