SECRET/█████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, ) | |
| Respondents. ) | |

ISN ██ FD 302 (June 17, 2003)

SECRET/█████████

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription 06/17/2003

███████████████████, Internment Serial Number (ISN) ███████████████, was interviewed at ██████████, U.S. Naval Base Guantanamo Bay, Cuba, by Special Agent (SA) ████████ and SA ██████████, Federal Bureau of Investigation (FBI). The interview was conducted in Arabic. Translation was provided by linguist ██████████. ██████████ handcuffs were removed at the request of the interviewers. He is an amputee who lost his right leg while in Afghanistan. ████████ provided the following information:

████████ advised that he was in Afghanistan (AF) from 1998 till 2001. While in AF he was a member of the Libyan Islamic Fighting Group (LIFG). He was trained on the AK-47, pistol, RPG Rocket, and anti-aircraft weapons. He received his military training outside the city of Jalalabad in a camp that only Libyans attained. He advised the camp did not have a name. ████████ advised he went to AF to obtain military experience and weapons training. He was not an instructor or a military leader. ████████ claims to be illiterate and uneducated only completing the 4th grade. But during the interview ████████ claimed that he worked on producing propaganda against ████████ while in AF. He used a satellite dish to copy video, cassette tapes, and make fliers to use against ████████ and the Libyan Government.

████████ advised he had never been to Taloqan or any place north of Kabul or Jalalabad. He had never fought against the Northern Alliance (NA) or the Americans. He said he had heard of the Al-Farouq training camp but had never been there. He never trained with Saudi's only Libyans.

████████ was shown the below detainee's photographs and was asked to identify any that he saw while he was in AF.



████████ advised that he did not see any of the detainees that were in the photographs in AF. When questioned about his right

Investigation on 06/17/2003 at Guantanamo Bay, Cuba

Date dictated 06/17/2003

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

███████████████████

Continuation of FD-302 of ██████████████████   on <u>06/17/2003</u>  Page 2

leg and how he lost it, ████████ advised the story that is in the file
is not the truth. He will tell the true story about his leg to his other
interrogators during his next interview.

~~SECRET~~▮

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 05-CV-02386 (RBW) |
| ~~GEORGE WALKER BUSH~~, et al., | ) ) |
| Respondents. | ) ) ) |

ISN ▮ FD 302 (June 24, 2003)

~~SECRET//~~▮

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**



Date of transcription 06/24/2003

On 06/24/2003, ██████████ ██████████, ISN
██████████ was interviewed at ██████████, U.S. Naval Base, Guantanamo
Bay, Cuba by SA ██████████ and SA ██████████. The interview
was conducted in Arabic. Translation was provided by Department of
Defense Linguist ██████████. After being provided the identity of
the interviewing Agents and the purpose of the interview, he provided
the following information:

██████████ stated that he was not truthful about his previous
statements regarding his leg injury/amputation. He chose to be truthful
about it now.

While ██████████ was in the Libyan training camp near Jalalabad,
the Commander of the camp received orders from the Taliban to close
all of the camps that were near the front lines. The Commander requested
an exemption because they were Libyans and in Afghanistan for different
training. A man named ██████████ spoke on behalf of the camp Commander
and made the arrangements for the Libyan camp to move forty kilometers
from the front lines and be utitlized as re-enforcement. The new camp
was located approximately ten kilometers from Kabul. While at the new
camp with the following personnel: ████, ████, ████, ████, and
████, ██████████ went for a walk for exercise and stepped on a land
mine and was taken to a military hospital near Kabul. He made several
trips between Kabul and Jalalabad for additional operations. When asked
why he was not truthful about his injury before now, ██████ stated
that there was an agreement between all of the detainees at ████
not to tell the truth about anything. ██████████ stated that he was aware
of the dilemma that the interviewers now face in trying to decide when
he is being truthful. ██████████ stated that he is now telling the truth,
he only fought on the front lines for one week and then he was injured.
He arrived in Afghanistan in 1998 and left approximately two weeks before
the Americans started bombing Afghanistan. ██████████ heard about the
events surrounding 9/11/2001 while in Jalalabad with ██████████
He heard about the event on Al Jazeera News and the radio.

Investigation on 064/24/2003 at Guantanamo Bay, Cuba

Date dictated 06/24/03

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED
FOR PUBLIC RELEASE
██████████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AHMED SALAM, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) |
| Respondents. | ) |

████████ FM40 (Jan. 13, 2003)

██████████████
UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

**AIR FORCE OFFICE OF SPECIAL INVESTIGATIONS**
**REPORT OF INVESTIGATIVE ACTIVITY**

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 13 Jan 03 | Guantanamo Bay, Cuba | ▓▓▓▓▓▓▓ |

**4. REMARKS**

Subject Interview of: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Date/Place: 13 Jan 03/Guantanamo Bay, Cuba
Interviewers: SA ▓▓▓▓▓▓▓▓▓▓▓ Ft. Belvoir - CITF - GITMO

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ was interviewed at ▓▓▓
▓▓▓ U.S. Naval Station, Guantanamo Bay, Cuba.  Sgt. ▓▓▓▓▓ U.S. Army provided Russian/English
translation. ▓▓▓▓▓▓ advised he is from ▓▓▓▓▓▓▓▓▓ Tatarstan, Russia, and he is thirty-six year old
male. ▓▓▓▓ advised as follows:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓ said he decided to go to Afghanistan in or around 2000, because he wanted to live in an Islamic
country. ▓▓▓▓▓▓ said he took a train to Tajikistan and this cost 500 rubbles. ▓▓▓▓▓▓ said he talked to
Moslems in Tajikistan, and they said that members of the Islamic Movement of Uzbekistan (IMU) traveled to
Afghanistan by car. ▓▓▓▓▓▓ said he decided to join the IMU and underwent a process of vetting.  The IMU was
checking out ▓▓▓▓▓ because he was a Russian and, they were afraid he might be working for Russia's FSB
formerly the KGB.

▓▓▓▓▓▓ said the IMU asked him questions.  This vetting process lasted 6 months, and he was in the
mountains at an IMU camp in Tajikistan.  While at the camp, ▓▓▓▓▓▓ was
responsible for household chores, cooking and chopping wood. ▓▓▓▓▓ said he was never paid by the IMU.  He
never received any $100 bills.

▓▓▓▓▓▓ advised the leader of the IMU was ▓▓▓▓▓▓▓▓▓▓ saw ▓▓▓▓▓▓▓ one time in a
mosque in Kandahar in 2001, but he did not speak to him. ▓▓▓ said ▓▓▓▓ was speaking in Uzbeki,
and he did not understand him.

▓▓▓▓▓▓ was the military leader of the IMU. ▓▓▓▓▓ understands that ▓▓▓▓▓ was killed
in 2001, during a United States bombing raid as the war started in Afghanistan. ▓▓▓▓▓ said he was unaware of
▓▓▓▓▓ being replaced by ▓▓▓▓ as military commander. ▓▓▓▓▓ said he knew ▓▓▓▓ by sight.

| 5. CONDUCTED BY | 6. SIGNATURE |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓ | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |

▓▓▓▓▓▓▓▓

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

███████

**4. REMARKS (Continued)**

███████ said he did not know if the IMU and Al Qaida shared weapons or money. ███████ said he does not know if the IMU would attack the United States. The IMU's goal was to achieve an Islamic government in Uzbekistan. ███████ said he was not aware of the IMU fighting with the 55th Arab Brigade.

In late 2000 or early 2001, he and approximately 80 other IMU members were flown in Tajikistan government helicopters to Konduz, Afghanistan. ███████ said he did not know why the IMU left Tajikistan, but understands it was at the request of the Tajikistan government. ███████ advised he stayed in Konduz approximately one week.

███████ said he then went to Kandahar and spent about one to two weeks in the vicinity of the town. ███████ also traveled to Mazar E Sharif in the summer of 2001. In Mazar E Sharif he once again did household chores and chopped wood for the IMU. ███████ said he also received military training on the AK-47 rifle, PK machine gun and shoulder fired grenades.

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

███████ said he then went to a training camp called AL FARUQ, for basic training. ███████ described himself as curious and this is the reason why he went to the Al FARUQ Camp. He does not understand Arabic, but they were advertising for desert fighters and anyone could enter the camp. The training involved pistols and rifles, and they trained by example and hand signals. Arabic was not necessary. He did not receive any money only food.

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

███████ said he also attended an explosive training camp located outside of Kabul. ███████ said the school taught him how to make a formula bomb.

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

| PAGE 2 | OF 3 | PAGES |

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

4. REMARKS (Continued)

The interview and interrogation went from approximately 8:00 a.m. to 5:00 p.m. ██████ was offered water and food during the process but declined all offers. ██████ said he was fasting.

| PAGE  3   OF 3   PAGES |

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

███████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AHMED                    )
SALAM,                            )
                                  )
            Petitioner,           )
                                  )
      v.                          )      Civil Action No. 05-CV-02386 (RBW)
                                  )
GEORGE WALKER BUSH, *et al.*,     )
                                  )
            Respondents.          )
                                  )
                                  )

█████████ FM40 (July 30, 2003)

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

| CRIMINAL INVESTIGATIVE TASK FORCE (CITF) | | |
|---|---|---|
| REPORT OF INVESTIGATIVE ACTIVITY | | |

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 30 Jul 03 | Guantanamo Bay, Cuba | ███████████ |

**4. REMARKS**

Subject Interview of: ███████████████

Date/Place: 30 Jul 03/Guantanamo Bay, Cuba

█████ On July 30, 2003, ████████████████████████ year of birth 1983, was interviewed at ██████████ U.S. Naval Base Guantanamo Bay, Cuba, by Special Agent (SA) ██████████████████ Naval Criminal Investigative Services (NCIS) and SA ███████████████ Air Force Office of Special Investigations (AFOSI). Serving as Arabic translator was contract linguist ████████████

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

█████████ stated it was just by luck that he met the two men, ██████████████████ when he arrived at the airport in Karachi, PK.  The men took him to the Dubai Hotel, where he stayed for a few days.  The two men returned to the hotel and told him he should stay at their house and not waste money on a hotel. █████████ stated he stayed with the men for a month and a half before moving to Issa's (Zubayda) Guesthouse, Faisalabad, PK.  He moved there based on ████████████████████ recommendation.   Not long after arriving at Issa's Guesthouse, he ran short of money.

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

| PAGE   1   OF   2   PAGES |
|---|

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

**4. REMARKS (Continued)**



UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

███████████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, <br><br> Petitioner, <br><br> v. <br><br> GEORGE WALKER BUSH, *et al.,* <br><br> Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 05-CV-02386 (RBW)

# ISN 689 FM40 (Sept. 22, 2003)

███████████████
UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

███████

| CRIMINAL INVESTIGATIVE TASK FORCE (CITF) |
| :---: |
| REPORT OF INVESTIGATIVE ACTIVITY |

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
| :--- | :--- | :--- |
| 22 Sep 03 | ██████████ GTMO, Cuba | ██████████ |

4. REMARKS

Subject Interview of: (UNK) SALEM, MOHAMMED AHMED

Date/Place: 22 Sep 03 ████████████ GTMO, Cuba

████ On 22 September 2003, Mohammed Ahmed Salam AL KHATIB, Internment Serial Number (ISN) ████ YM-00689 was interviewed at ████████ Guantanamo Bay, Cuba, by Special Agents ██████████ Naval Criminal Investigative Service and ████████ Air Force Office of Special Investigations. Contract linguist ████ provided Arabic/English translation.

KHATIB was interviewed regarding his activities and the activities of other associates prior to his capture at the "ISSA" guesthouse in Pakistan. Interrogators last saw KHATIB about two months ago. KHATIB was uncooperative throughout most of the interview but did provide some information for clarification.

KHATIB ████████ "ISSA" guesthouse detainees and asked to identify those he recognized. KHATIB identified sixteen previously reported detainees who were with him at the ISSA guesthouse; however, he refused to provide any information on anyone. KHATIB blames the Pakistani government for his current status as a detainee. KHATIB was asked if there were other hotels in Karachi other than the DUBAI hotel. He said yes, Karachi is a big area and have many other hotels.

KHATIB denied ever being in Kandahar, AF or knowing ████████ ZAWAHIRI, Bin ATTASH, and finally, KHATIB was asked if he ever stayed at the HASAN or NIBRAS guesthouse to which he said no. After numerous attempts to restart a conversation with KHATIB ██████████████████████ the interview was terminated.

██████████████

██████████████████████████████

| PAGE   1   OF   1   PAGES |
| :---: |

██████████

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) |
| Respondents. | ) ) ) ) |

███ FM40 (Sept. 24, 2003)

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

## CRIMINAL INVESTIGATIVE TASK FORCE (CITF)
### REPORT OF INVESTIGATIVE ACTIVITY

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 24 Sep 03 | GTMO, Cuba | ███████ |

**4. REMARKS**

Subject Interview of: ███████████████████████

Date/Place: 24 Sep 03/GTMO, Cuba

███████ On September 24, 2003, ██████████████████████ Internment Serial Number (ISN) ██████████ was interviewed at ███████ Guantanamo Bay, Cuba, by Special Agents ██████ Naval Criminal Investigative Service and ███████████ Air Force Office of Special Investigations. Contract linguist ████████████ provided Arabic/English translation. ████████ was interviewed regarding his knowledge of guesthouses located in Afghanistan and Pakistan. ███████ voluntarily provided the following information:

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

PAGE   1   OF   2   PAGES

████████████████

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

**4. REMARKS (Continued)**

███████████████████████████████████████████████████████

███████████████████████████████████ occupants at the ISSA guesthouse:

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

MOHAMMED AHMED SALAM AL-KHATIB ██ YM-00689 ██ was a student at Al Solafiya University.

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

███████████████████

███████████████████████████████████████████████████

| PAGE  2  OF  2  PAGES |
| --- |

███████████████

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

███████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, <br><br> Petitioner, <br><br> v. <br><br> GEORGE WALKER BUSH, *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-CV-02386 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

███████ FM 40 (Sep. 26, 2003)

███████████

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

## CRIMINAL INVESTIGATIVE TASK FORCE (CITF)
## REPORT OF INVESTIGATIVE ACTIVITY

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 26 Sep 03 | ████████████ GTMO, Cuba | ████████ |

4. REMARKS

Subject Interview of: ███████████████████

Date/Place: 26 Sep 03 ████████████ GTMO, Cuba

████ On 22 September 2003, █████████████████████████ Internment Serial Number (ISN) ████████ was interviewed at ███████ Guantanamo Bay, Cuba, by Special Agents ███████ Naval Criminal Investigative Service and ████████ Air Force Office of Special Investigations. Contract linguist ████████ provided Arabic/English translation.

████████ was interviewed regarding his timeline and his activities and the activities of other associates prior to his capture at the "ISSA" guesthouse in Pakistan. ███████ was cooperative throughout the interview.

████████ covered his timeline, which was previously reported and added the following information:

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

██████████████████████████████████ "ISSA" guesthouse detainees and asked to identify those he recognized. ███████ identified sixteen previously reported detainees who were with him at the ISSA guesthouse; however, he could not provide any information on anyone. ███████ said he kept to himself at the guesthouse studying the Koran and everyone else at the house did the same. His roommates at the guesthouse were ██████████████ There were no restrictions imposed on visitors at the house. He did not meet ████ while at the guesthouse. There was a man named ██████ who did most of the cooking. ███████ did not observe any weapons or heard any talk of fighting or of Taliban. ███████ did not visit the Salayfia University while he was there because he intended on going to the Tablique School in Multan, PK.

████████████████████

█████████████████████████████████████████████████████████

| | PAGE   1   OF   1   PAGES |
|---|---|

██████████

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

██████████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) |
| Petitioner, | ) ) ) |
| v. | ) ) Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) ) |
| Respondents. | ) ) ) ) |

## ISN 689 FM40 (May 29, 2004)

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

**CRIMINAL INVESTIGATIVE TASK FORCE (CITF)**

**REPORT OF INVESTIGATIVE ACTIVITY**

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 29 May 04 | GTMO-CUBA | ███████ |

4. REMARKS

Subject Interview of:  (UNK) SALEM, MOHAMMED AHMED

Date/Place: 29 May 04/GTMO-CUBA

FM40 20040529 - ███YM-00689█
████On 29 May 2004, MOHAMMED AHMED SALAM AL KHATIB, Internment Serial Number (ISN) ████YM-00689█ was interrogated at █████████ Guantanamo Bay, Cuba. Special Agents ████████ and █████████ Air Force Office of Special Investigations (AFOSI), conducted the interrogation along with ████████ working as the Arabic/English translator. The interrogation was conducted to establish a baseline for rapport and evaluate AHMED willingness to take a polygraph.

AL KHATIB stated he was feeling well and did not request additional assistance.  AL KHATIB related he has not received any mail for over a year.  AL KHATIB stated he writes home all the time but does not know why he does not receive mail in return.  AL KHATIB related he has not been interviewed in approximately five months.

AL KHATIB stated he was tired of talking to interrogators who do not keep their promises.  AL KHATIB related he promised himself that he would not answer questions today.  After 35 minutes of rapport building, AL KHATIB opened up after discussions concerning his family.

AL KHATIB reiterated he went to PK to get medical attention for his sinuses.  When confronted about another individual identifying AL KHATIB being in Kandahar, AL KHATIB related he has never been to AF and wanted to be confronted with this individual.  AL KHATIB was told he had also been identified as being in a house with known A.Q. members.   AL KHATIB stated he has no knowledge of any one involved with A.Q.  AL KHATIB related he believed the individuals at the house were students.  When told they were students, who were awaiting travel to Kandahar for training at AL Faroq to become A.Q. members, AL KHATIB acted surprised.  AL KHATIB stuck with his story that he has no knowledge of A.Q. activities at the house.  AL KHATIB was offered a polygraph and after explaining how a polygraph is used to complete his case.  AL KHATIB asked, "When I pass the test, will I then be released?"  AL KHATIB was told there are no promises but that the test reflects credibility to his story and will be looked upon highly. AL KHATIB agreed to take the polygraph.

AL KHATIB could not provide any further information regarding intelligence or criminal information on other detainees.  No additional pertinent information was discussed and the interview was terminated.

███████████████████

███████████████████████████████████████████████

| PAGE   1   OF   1   PAGES |
|---|

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE
████████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AHMED SALAM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-02386 (RBW) |
| ) | |
| GEORGE WALKER BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

████████ FM40 (June 1, 2004)

████████████
UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

**CRIMINAL INVESTIGATIVE TASK FORCE (CITF)**
**REPORT OF INVESTIGATIVE ACTIVITY**

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 01 Jun 04 | Joint Interagency, Interrogation Facility, GTMO, Cuba | ███████████ |

**4. REMARKS**

Subject Interview of: ███████████████████████

Date/Place: 01 Jun 04/Joint Interagency, Interrogation Facility, GTMO, Cuba

████████████████████████████████████████████████████ Internment Serial Number (ISN) ██████████ was interviewed at ████ U.S. Naval Station Guantanamo Bay (GTMO), Cuba, by ████████████████ and ████████████████, both of the U.S. Army Criminal Investigation Command (USACIDC), Department of Defense Criminal Investigation Task Force (DoD-CITF). The interview was conducted in Arabic with Arabic to English translation provided by contract linguist ████████████. The interview began at approximately 0915, 1 Jun 04, and concluded at approximately 1130, 1 Jun 04. LABED was released from his hand irons and advised of the identity of the interviewing agent and the nature of the interview. ██████ provided the following information:

████ This was ██████████ second interview of this detainee. Interviewing agents offered the traditional Islamic greeting to detainee. Detainee reciprocated and was offered a bottle of cold water. Detainee accepted same. (Agent Comment: Detainee remembered interviewing agent's name without being prompted.)

████ The purpose of this interview was to query detainee on ████████████████ individuals arrested during the conduct of multiple raids in Faisalabad, Lahore and Karachi, Pakistan on 28 Mar 02 and in Karachi, Pakistan on 11 Sep 02 ██████████ ████

[large redacted block]

████ - Detainee stated this individual left the Lahore safe house with detainee to the Faisalabad safe house. Detainee stated this individual left before the raid and was captured at a different location. (Agent Comment: This individual is identified as ████████████.)

████ - Detainee stated this individual left the Lahore safe house with detainee to the Faisalabad safe house. Detainee stated this individual left before the raid and was captured at a different location. (Agent Comment: This individual is identified as ████████████.)

[redacted block]

| | |
|---|---|
| | PAGE 1    OF 3    PAGES |

[redacted]

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

**4. REMARKS (Continued)**



| PAGE  2   OF 3   PAGES |
| --- |

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

**4. REMARKS (Continued)**

▆▆ - Detainee identified this individual as Dawoud. Detainee stated this individual appeared to be running things in the Faisalabad house. Detainee stated Dawoud asked detainee a lot of questions. (Agent Comment: This individual is identified as Abu Zubaydah.)

▆▆▆▆▆▆▆▆▆▆, detainee drew a sketch of the Abu Zubaydah safe house for the interviewing agent to assist in identifications and to show interviewing agent where he lived while he resided at the residence.

▆▆ Half way through the interview process, interviewing agents and detainee took a break. Detainee was provided recent European Soccer scores and was offered a boxing magazine to look at per interviewing agent's promise from the previous interview. It must be noted detainee can not read English; however, he is familiar with many boxing personalities and enjoyed looking at the pictures. Detainee thanked interviewing agents and seemed pleased they kept their promise. When detainee was finished with the magazine, the interview process was resumed.

▆▆ Detainee was polite, cooperative and compliant during the interview process. Detainee did not appear to be deceptive and maintained an open body posture and positive body language throughout the interview. Detainee maintained good eye-to-eye contact with the interviewing agents during the entire course of the interview. Detainee was advised ▆▆▆▆▆▆ who be leaving for a while; however, ▆▆▆▆▆▆ would continue to visit detainee.

| PAGE 3 OF 3 PAGES |

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

███████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) ) | |
| Respondents. | ) ) ) ) | |

██████ FM 40 (July 27, 2004)

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

**CRIMINAL INVESTIGATIVE TASK FORCE (CITF)**
**REPORT OF INVESTIGATIVE ACTIVITY**

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 27 Jul 04 | Bagram Personnel Control Facility, Bagram Air Field, Bagram, Afghanistan | ███████████ |

**4. REMARKS**

Subject Interview of: ████████████

Date/Place: 27 Jul 04/Bagram Personnel Control Facility, Bagram Air Field, Bagram, Afghanistan

████ █████████████████████████ Internment Serial Number (ISN) █████████ was interviewed at the Bagram Personnel Control Facility (BPCF), Bagram Air Field, Bagram, Afghanistan (AF), by Special Agent █████████████ US Army Criminal Investigation Command (USACIDC) and SA ████████ Air Force Office of Special Investigations (AFOSI), both assigned to the Department of Defense Criminal Investigation Task Force (DoD-CITF). The interview was conducted in English and no linguistic support was necessary. The interview began at approximately 1600, 27 Jul 04, and concluded at approximately 1745, 27 Jul 04. After being advised of the identity of the interviewing agents and the nature of the interview, detainee provided the following information:

█████ The primary purpose of the interview was to continue with rapport development and cover the time period between detainee's completion of training at the al Farouq training camp and the time he departed the Faisalabad, Pakistan (PK) safe house where Abu Zubaydah, ██████████████████████████████████████ were apprehended. This is interviewing agent's second interview of detainee. Refer to interviewing agent's first interview.██████████████████████ Detainee was released from both hand irons at the initiation of the interview. Interviewing agent provided detainee with the traditional Islamic greeting and detainee reciprocated. Early in the interview, detainee was offered a cup of coffee with cream and sugar. Detainee gladly accepted and thanked interviewing agent.

█████████ Initial discussion surrounded detainee's well-being and treatment. Detainee stated he continues to be treated very well and was likewise doing well. Detainee was advised during the conduct of this interview he would be asked to describe his travels, associations and activities from the time period he graduated al Farouq until he left the Faisalabad safe house shortly prior to the raid conducted on 28 Mar 02. Detainee agreed to cooperate and assist investigators in the questioning.

|  |
|---|
| PAGE 1 OF 6 PAGES |

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

**4. REMARKS (Continued)**



PAGE   2   OF   6   PAGES

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008



**4. REMARKS (Continued)**

■ At this time, detainee stated the following information he was about to disclose to the interviewing agent, he had not previously discussed. Detainee stated this was not because he was hiding it, rather that he was never specifically asked. Detainee reiterated he wanted to be open and truthful with interviewing agent and wanted to ensure he disclosed everything as accurately as possible. Detainee asked interviewing agent if he knew Richard REID. Interviewing agent stated he did. Detainee stated he met REID while he was in Kabul this last trip. Detainee stated this was his second encounter with REID. Detainee stated to his recollection, he first met REID while at the Kandahar safe house, but didn't have much contact with him. At the time, detainee thought REID was an Arab and not British. Detainee stated while in Kabul, REID discussed an explosives camp outside Bagram approximately ¼ mile from the Moroccan camp. Detainee called this camp the Turkish camp. Detainee stated the camp was operated by Abu Mohammad. Detainee thought this individual to be Turkish. Detainee stated the main instructor of the camp was ■■■■■■ (Agent Comment: ■■■■■■■■■ Detainee thought this individual to be Bosnian. Detainee stated they decided to go to this camp without the knowledge of the Moroccans at the adjacent camp in Bagram. Detainee stated he attended the camp with REID. Detainee stated at this camp he was trained on explosives. Detainee stated REID also demonstrated some explosive devices to the class; however, he left the training earlier for an "operation". Detainee did not know the details of the operation; however he now assumed it to be REIDs failed shoe bomb attempt. Detainee stated they received training in acetone and hexam detonators. Detainee stated they also received training in preparing various explosive compounds consisting of potassium nitrate, black pepper and black seed. Detainee stated most individuals in the training already had knowledge of RDX. Detainee described the training as home made bomb training. Detainee stated the training consisted of both classroom and practical applications in which they physically detonated explosives. Detainee stated at the completion of the training, he went back to the Kabul safe house for two days.

PAGE   3   OF   6   PAGES

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

████████████████

4. REMARKS (Continued)

████████████████████████████████████████████████████████████████████████████████

████████ Detainee stated he traveled to Bermil, AF, for approximately one week and stayed at a safe house where he first met Abu Zubaydah. Detainee stated he also met with ████ again at this safe house. Detainee stated this is when he first learned from ████ about the electronics training in PK. Detainee stated he then went to a madrassa in Bermil where he met Jose Padilla, ████████████████████████████████████ for the first time. Detainee stated at the madrassa, he discussed in private with ████ and Zubaydah, the training in PK. Detainee stated ████ and Zubaydah told him that himself, ████████ and ████ were to receive the training in PK and return to AF. Detainee stated he was told his purpose to come back to AF was to train other Afghans on how to build explosive devices. Detainee stated if the Afghans didn't build them, then himself, ██████████████████ would build them and provide them to the Afghans for operations.

████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████

████████ Detainee stated he was then sent to another safe house in Lahore. Detainee stated the group was separated and sent to two different safe houses. Detainee stated himself and Jose Padilla went to a different safe house than ████ and ████ Detainee stated he was at this safe house for approximately three days and just waited. Detainee stated he was then sent to another safe house in Lahore were he met back up with ████ and ████ Detainee stated he was at this safe house for approximately one week doing nothing and then he was transferred to the safe house in Faisalabad with ████████████ and Padilla. Detainee stated they all arrived together. Detainee stated it was not until several days after their arrived that ████████ (identifiable with ██████████████ arrived. Detainee stated they did not do any training at the house prior to his departure to

████████████████████████████████████████████████████████

| | |
|---|---|
| | PAGE  4  OF  6  PAGES |

████████████

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

**4. REMARKS (Continued)**

Karachi because Abu Zubaydah claimed they did not have all the necessary equipment yet. Detainee stated he and Padilla lived down stairs and mostly did nothing. Detainee stated ████████████████ lived up stairs with the Syrians and another Algerian. Detainee stated during his stay at the house; although he did no training, ████████ and ████ were conducting theory training.

████ Detainee stated after he departed the Faisalabad safe house with Jose Padilla for Karachi, he met with ████ who told detainee the H-bomb plans were thrown out. Detainee stated he then met Muktar (Khalid Sheikh Mohammad) who discussed an operation with detainee involving natural gas and brining down buildings. Detainee stated this was the first time he had met ████████ Muktar. Detainee stated he told Muktar these plans had no purpose and preferred not to participate. Detainee stated Muktar then told detainee if he could go back to England to assist in obtaining passports, this would suffice. Detainee stated at this point, he thought of this as the only opportunity to leave Pakistan so he agreed.

████ Detainee stated he initially came to AF from England to leave his drug habit. Detainee stated he had recently converted to Islam and saw leaving England as his only way to better himself. Detainee stated when he arrived in Afghanistan, and after meeting with the Algerians and Moroccans, he agreed to fight in Chechnya. Detainee stated all the training camps in AF went to the control of BIN LADEN so he had not choice but to attend al Farouq. Detainee stated after he arrived at al Farouq and before he arrived in Pakistan, his focused had changed to Israel. Detainee stated after he arrived in Pakistan, his focused changed again, this time towards the U.S. Detainee stated finally when he reached Karachi, he was able to gather himself and recompose his thoughts. Detainee stated after his meeting with KSM, all he wanted to do was return to England.

████████████████████████████████████████████████

Detainee made the following comments:

1. UBL - Detainee identified this individual as Osama BIN LADEN.

2. UBL - Detainee identified this individual as Osama BIN LADEN.

3. Ayman al Zawahiri - Detainee could not identify this individual.

4. Ayman al Zawahiri - Detainee could not identify this individual.

5. Sayf al Adl al Masri - Detainee identified this individual as Saif al Adel. Detainee commented he met ADEL prior to his meeting with Muktar ████████

6. Sayf al Adl al Masri - Detainee identified this individual as Saif al Adel.

7. ████████████████████████████████

████████████████████████████████

████████████████████████████████████

9. Abu Layth al Libi - Detainee could not identify this individual.

10. Abu Layth al Libi - Detainee thought this individual might be an individual named Rida ████████████

████████████████████████████████████

Declassified by: FS
Date: 31 Dec 2008

**4. REMARKS (Continued)**



16. Khalid Sheikh Mohammad - Detainee identified this individual as Moktar.

17. Jose Padilla (aka Abdullah al Muhajir) - Detainee identified this individual as Jose Padilla.

18. Zayn al Abidin Muhammad Husayn (aka Abu Zubaydah) - Detainee identified this individual as Abu Zubaydah.

19. ████████████████ - Detainee identified this individual as ████████ Detainee stated this was the individual who was supposed to conduct the training in the Faisalabad house.

20. ████████ Detainee could not recall this individual's name. Detainee stated this individual was in the Faisalabad house and was a driver. Detainee stated he was a Pakistani. Detainee stated this was not ████████ ████ who was supposed to also receive the electronics training in the Faisalabad house.

21. ████████████████████████ Detainee identified this individual ████ the individual who was to also receive the electronics training in the Faisalabad safe house.

22. ████████████████████ Detainee identified this individual as ██ the individual who was also to receive the electronics training in the Faisalabad safe house.

████████████████████████

24. Abu Hafs al Masri - Detainee did not know this individual, however he had seen him before in some videos.

25. Abdullah Ahmed Abdullah (aka Abu Muhammad al Masri) - Detainee identified this individual as Abu Mohammad. Detainee stated he saw this individual at al Farouq and Zormat and stated to his knowledge he was a senior al Qaida trainer.

████ During the course of the interview, detainee was very cooperative and polite. Detainee maintained a positive attitude throughout the interview process and interviewing agent was able to continue to cement rapport with this detainee. Detainee answered all questions levied against him in great detail ████████████████ ████████ Information contained within this report was consistent with previous reporting from detainee. Once again, during the course of the interview, detainee acknowledged he knew, and agreed to testify in court against, his co-conspirator Jose Padilla. ████████████████ Detainee again pledged to continue to cooperate with interview agent and present truthful facts when questioned. Detainee has agreed to draft a hand written statement of his own free will documenting his activities. Detainee spontaneously stated he knew he was "guilty" and wished to bring his case to a peaceful resolution. Interviewing agent agreed with detainee and the interview was terminated.///

████████████████████

████████████████████████████████

PAGE   6   OF   6   PAGES

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE
███████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) |
| GEORGE WALKER BUSH, *et al.*, | ) ) ) |
| Respondents. | ) ) ) ) |

Civil Action No. 05-CV-02386 (RBW)

██████████ 40 (July 28, 2004)

UNCLASSIFIED
FOR PUBLIC RELEASE
███████████

Declassified by: FS
Date: 31 Dec 2008

| CRIMINAL INVESTIGATIVE TASK FORCE (CITF) | | |
|---|---|---|
| REPORT OF INVESTIGATIVE ACTIVITY | | |
| **1. DATE OF INVESTIGATIVE ACTIVITY**<br>28 Jul 04 | **2. PLACE**<br>███████████████ Bagram Air Field,<br>Bagram, Afghanistan | **3. ACTIVITY NUMBER**<br>███████████ |

**4. REMARKS**

Subject Interview of: ███████████████████

Date/Place: 28 Jul 04 ███████████████, Bagram Air Field, Bagram, Afghanistan

████ ████████ ( ███████████ ), Internment Serial Number (ISN) ███████████ was interviewed at the ███████████ Bagram Air Field, Bagram, Afghanistan (AF), by ███████████████, US Army Criminal Investigation Command (USACIDC) and ████████ Air Force Office of Special Investigations (AFOSI), both assigned to the Department of Defense Criminal Investigation Task Force (DoD-CITF). The interview was conducted in English and no linguistic support was necessary. The interview began at approximately 1430, 28 Jul 04, and concluded at approximately 1600, 28 Jul 04. After being advised of the identity of the interviewing agents and the nature of the interview, detainee provided the following information:

███████████ The primary purpose of the interview was to continue with rapport development and cover the time period detainee was at the Faisalabad safe house in Pakistan (PK) until detainee's arrest. In addition, SA ███████████ wanted to clarify certain aspects of questioning from the previous interview. This is interviewing agent's third interview of detainee. Refer to interviewing agent's second interview, FM40 20040727 - ███████ Detainee was released from both hand irons at the initiation of the interview. Interviewing agent provided detainee with the traditional Islamic greeting and detainee reciprocated. Early in the interview, detainee was offered a cup of coffee with cream and sugar. Detainee gladly accepted and thanked interviewing agent.

███████████ Initial discussion surrounded some clarification pertaining to detainee's previous interview on 27 Jul 04. Detainee was queried pertaining to his health and treatment. Detainee stated he was continuing to do well and he has been treated well. Detainee was advised of the questioning and agreed to cooperate and assist investigators in the questioning.

███████████████████████████████████████████████████████████████████

███████████ Detainee stated ███████████ talked to detainee again at the madrassa along with Abu ZUBAYDAH about the electronics training in PK. Detainee stated this is where he first met Abu ZUBAYDAH. Detainee stated while at the madrassa, both ███████ and Abu ZUBAYDAH also talked to ███████ and ████ about the electronics training in PK; however, they talked to everyone separately. (Agent Comment: ███████ is identifiable with ███████. ███████ Detainee stated at the first and third safe house in Lahore, PK, detainee, ███████ and ████ all discussed the training together. Detainee stated everyone understood they were to receive electronics training in remote controlled improvised explosives and then return to ███████ in AF to train Afghans on how to build and/or use the devices.

| | PAGE  1  OF  3  PAGES |
|---|---|

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

**4. REMARKS (Continued)**

███████   Detainee was asked when he first me ████████████████ , known to detainee and previously identified in a photograph as ████████   Detainee stated he met ████████ at the safe house in Faisalabad, PK.  Detainee stated ████████ arrived at the safe house several days after detainee.  Detainee stated during his stay in Pakistan, he did not know who exactly was going to teach the electronics course; however, after ████████ arrived at the house in Faisalabad, detainee learned from Abu ZUBAYDAH that ████████ was the instructor.  Detainee stated both ████████ and ████ knew ████████ was the instructor and that ████████ and ████████ all lived up stairs in the safe house together.

PAGE  2  OF  3  PAGES

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

**4. REMARKS (Continued)**



**PAGE 3 OF 3 PAGES**

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

██████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) )   Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) ) |
| Respondents. | ) ) ) ) |

██████ FM40 (Sept. 28, 2004)

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

███████████

| CRIMINAL INVESTIGATION TASK FORCE (CITF) |
|---|
| REPORT OF INVESTIGATIVE ACTIVITY |

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 28 Sep 04 | GTMO | ████████ |

**4. REMARKS**

Subject Interview of: █████████████████████

Date/Place: 28 Sep 04/GTMO

FM40 20040928-30 - ████████████

███ On 28, 29 and 30 September 2004 Reporting Agent (RA) ████████, Special Agent, Criminal Investigative Task Force, interviewed████████, ████████████, for a total of ████ at ██████ at U.S. Naval Base Guantanamo Bay, Cuba. (Agent Note: ██████████████████████████ Department of Defense (DoD) contractors provided Arabic/English translation. DoD interrogator ████ was also present for the interviews that took place on 29 and 30 September 2004. ███ was provided ████████ RA asked ███ if he remembered her from their previous interviews in Afghanistan (AF), to which ████ replied in the affirmative. (Agent Note: ███

On 28Oct04, DoD contract linguist ████ provided Arabic/English translation. ███ stated he was feeling well, both mentally and physically. ███ made the following requests: be provided with an extra blanket in his cell, be provided with an Arabic/English dictionary, and ensure the call for prayers over the intercom system was consistent. ███ explained that whether or not the detainees heard the announcement for prayer time depended on which MP was on duty and if he or she remembered to turn on the intercom which broadcasts the prayer call.   (Agent Note: RA put in a memorandum for the three above mentioned requests on 29Sep04).

On 29Sep04, ███ was interviewed a second time. ██████████, DoD contract interrogator was present. ███ the contract linguist, provided Arabic/English translation. ███ stated that though he has sent several letters home, he has not received any mail since he has been in custody.

On 30Sep04, ███ was interviewed for a third time. ██████████ was present and DoD contract linguist ████ provided Arabic/English translation. ███ stated that he fasts on Monday and Thursday and therefore would not like any food or drink, but he did request a blanket to have during the interview, which was provided to him. ███ stated that once RA leaves Guantanamo, he will start causing problems because he believes only bad behaviors produce results in getting what the detainees deserve. ██████████, ██████████, advised ███ that he would be interviewing Hajj after ████ returned to Washington, D.C. and any problems that Hajj had should be reported to him so that ████ could address his concerns and avoid ████ causing problems in ██████████. ███ indicated that he understood.

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

███████████████████████████████████████
███████████████████████████████████████

| PAGE 1 OF 8 PAGES |
|---|

███████████
UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

4. REMARKS (Continued)



PAGE   2   OF   8   PAGES

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

**4. REMARKS (Continued)**



UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

**4. REMARKS (Continued)**



UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

**4. REMARKS (Continued)**

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE



**4. REMARKS (Continued)**

PAGE 6 OF 8 PAGES

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

4. REMARKS (Continued)



PAGE  7  OF  8 PAGES

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

**4. REMARKS (Continued)**



PAGE   8   OF   8   PAGES

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

**CRIMINAL INVESTIGATION TASK FORCE (CITF)**

**REPORT OF INVESTIGATIVE ACTIVITY**

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 28 Sep 04 | GTMO | ██████████ |

4. REMARKS

Subject Interview of: ████████████████

Date/Place: 28 Sep 04/GTMO

FM40 20040928-30 - ████████████

████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████████

████ knew him as ████████████████ (phonetic). ████ stated he saw him in AF but he knew him in YM. ████ stated he facilitated his travel to AF circa the beginning of 2000 and ████ attended Al Farouq once he got to AF. ████ did not think he attended any other training. After training, ████ moved to Kabul and joined the Khalid Center front lines. ████ is unsure how long he stayed on the front lines or with whom he is associated. After fighting on the front lines, ████ heard ████ was asked to become a trainer at one of the camps but he refused. ████ did not know who asked ████ to be a trainer. ████ did not think ████ was ever a bodyguard and he was unsure is ████ ever went to Tora Bora. ████████

████████████████████████████████████

████████████████████████████████████

██████████████████████

████████████████████████████████████

██████████████████████████

| | PAGE 1 OF 2 PAGES |
|---|---|

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

**4. REMARKS (Continued)**

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008