UNCLASSIFIED
FOR PUBLIC RELEASE

███████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AHMED SALAM, ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, ) | |
| Respondents. ) | |

█████ FM 40 (Dec. 13, 2004)

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

████████████

## CRIMINAL INVESTIGATION TASK FORCE (CITF)
## REPORT OF INVESTIGATIVE ACTIVITY

| 1. DATE OF INVESTIGATIVE ACTIVIT | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 13 Dec 04 | ████████ Guantanamo Bay, Cuba | ████████ |

**4. REMARKS**

Subject Interview of: (UNK) ████████████

Date/Place: 13 Dec 04/████████████ Guantanamo Bay, Cuba

████ On 13 Dec 04, ████████████ Criminal Investigation Task Force (CITF), Guantanamo Bay, Cuba (GTMO), interviewed ████████████ ISN# ████████████, at ████████ GTMO. ████████ provided Arabic/English language translation. The purpose of the interview was to complete a request for assistance (RFA) from CITF-Belvoir, Fort Belvoir, VA. The RFA requested that ████████ be interview in regards to the safe house he was captured in and its occupants.

████████ provided ████████ with some "ambesol" to put on his tooth as discussed in their previous interview. ████ ████ remained cooperative throughout the interview.

████████ provided the following names of people as being at the same house in Faisalabad:

██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

| | PAGE 1 OF 3 PAGES |
|---|---|

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

**4. REMARKS (Continued)**

████████████████████████████████████████ identified the following detainees as being captured in a second house in Faisalabad, Pakistan.  This house was raided at the same time as the house he was captured in. ████ said the owner of the second house was ████████████████ ████████ met all of these detainees in the Islamabad prison.

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

**4. REMARKS (Continued)**

9. ████ YM-00689 ███ - MOHAMMED SALLAM, Yemeni; Also memorized the Koran in Yemen and came to Pakistan to study and learn Islam.

PAGE 3 OF 3 PAGES

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

███████████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-02386 (RBW) |
| ) | |
| GEORGE WALKER BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

████████ FM40 (Sept. 21, 2005)

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

**CRIMINAL INVESTIGATION TASK FORCE (CITF)**

**REPORT OF INVESTIGATIVE ACTIVITY**

| 1. DATE OF INVESTIGATIVE ACTIVITY | 2. PLACE | 3. ACTIVITY NUMBER |
|---|---|---|
| 21 Sep 05 | Guantanamo Bay, Cuba | ███████████ |

**4. REMARKS**

Subject Interview of: (UNK ████████████████)

████ On 21 Sep 05, ██████████████████████ Internment Serial Number (ISN) ████████████████ (hereafter referred to as ████████ was interviewed by Special Agent (SA) ████████ CITF, Guantanamo Bay, Cuba. Although ████████ spoke good English, the interview was conducted in English and Arabic with translations provided by ████████████ This interview was conducted in order to fully evaluate ████ case file.

████████ related he was treated well by the guards but he was given medication for an infection in his mouth which has been causing him to have diarrhea. This information was passed along to the medical staff. ████████ was provided a can of chewing tobacco and a sandwich from Subway. He did not eat the sandwich because he was still full from lunch but finished the whole can of chewing tobacco by the end of the interview.

████████ was somewhat forthcoming during the interview; however, he was not being completely truthful. He also could not keep his information clear.

████████ stated he was on the front lines of Bagram fighting before he went to Kabul and was there for approximately one year. The leader of his group in Bagram was ████████████ Then ████████ went to the front lines of Dusarak before Bagram and was there about one and a half years. Upon leaving Dusarak, he went to Bagram and was there for four or five months. It was at this point that ████████ time line began to break down because he could not keep the length of time that he spent in each place straight. ████████ was asked if he was in Afghanistan for about 4 years, which is what his time line insinuated: two years in Kabul, one and a half years at Dusarak and either four or five months or one year in Bagram. When confronted with these inconsistencies ████████ related that the two years he said he was in Kabul, he was counting Dusarak and Bagram as being part of Kabul. It is unclear why he would do this since Bagram is approximately 150 miles from Kabul. ████████ was asked if he had ever owned a motorcycle, he replied that he didn't but when given the description of the motorcycle provided by other detainees ████████ rode while in Bagram, ████████ related that he had in fact owned that motorcycle. He was asked how he got the motorcycle and he replied that he had it "forever" and purchased it with some money he had saved up. That was as clear as he would get.

| | PAGE 1 OF 3 PAGES |
|---|---|

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

**4. REMARKS (Continued)**

█████ related he would go to Kabul on occasion as a reprieve from fighting on the front lines. █████ was asked how many battles he has been in, he related none. He was then asked how he was on the front lines of battle for two years and never fired his weapon he replied that he did fire his weapon but it was at targets he could hardly see, far off in the distance or at noises in the woods and mountains. Once again, this seems an unlikely story.

PAGE 2 OF 3 PAGES

Declassified by: FS
Date: 31 Dec 2008

UNCLASSIFIED
FOR PUBLIC RELEASE

**4. REMARKS (Continued)**

▌▌▌▌▌▌ asked the interviewer to sign something stating that ▌▌▌▌▌ would not have to be present when his trial began.  Of course ▌▌▌▌▌ was told that he would never get an interviewer to sign anything, to which he responded that he understood. ▌▌▌▌▌ stated that he had, in the past, declined to take a polygraph examination; however at this time he stated he would be willing to be tested.

PAGE   3   OF   3   PAGES

UNCLASSIFIED
FOR PUBLIC RELEASE

Declassified by: FS
Date: 31 Dec 2008

DECLASSIFIED FOR PUBLIC RELEASE
By JS on 25 February 2009

███████████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) |
| Respondents. | ) ) ) |

████████ ████████████

380-14

██████████████

DECLASSIFIED FOR PUBLIC RELEASE
By JS on 25 February 2009

# SUMMARY INTERROGATION REPORT

**REPORT#** ▮▮▮▮▮▮

**MP #** ▮▮▮
**NAME:** ▮▮▮▮▮▮▮▮▮▮▮▮
**ALIAS: CLAIMS NONE**
**NATIONALITY:** YEMENI
**AGE:** 21 YOA; DOB 01 OCT 1980

**INTERROGATION**
**DTG START: 24 0815Z MAY 02**
**DTG END: 24 0938Z MAY 02**
**LOCATION:** BAGRAM DETENTION CENTER

**INTERROGATOR'S FRN:** ▮▮▮▮▮▮▮
**INTERPRETER:** ▮▮▮▮
**LANGUAGE:** ARABIC

**APPROACHES: DIRECT**

**MAPS USED: NONE**

**KNOWLEDGE:** ROUTES OF TRAVEL, PERSONALITIES IN PAKISTAN.

**TRAINING:** CLAIMS NO FORMAL TRAINING

**EDUCATION:**

**TRAVEL:** YEMEN TO PAKISTAN

**MILITARY EXPERIENCE:** CLAIMS NONE

**OCCUPATION:** MISSIONARY WORK IN PAKISTAN

**PHYSICAL CONDITION:** STATED THAT HE HAD A SINUS PROBLEM THAT NEEDED MEDICAL TREATMENT IN PAKISTAN AND STATES THAT HIS LEFT HAND IS NUMB FROM THE HANDCUFFS. (FIELD COMMENT – DETAINEE'S HANDCUFFS ARE EXTREMELY LOOSE.)

**BAGRAM DETAINEE** ▮▮ (HEREINAFTER REFERRED TO AS ▮▮ IS A 21 YEAR OLD YEMENI NATIONAL WHO TRAVELED TO PAKISTAN TO SEEK MEDICAL TREATMENT FOR A SINUS PROBLEM. ▮▮ WAS CAPTURED IN THE HOME OF (FNU) (LNU) KNOWN ONLY AS ▮▮▮▮▮▮▮▮ PAKISTAN IN MARCH 2002.

DMO Exhibit 13
Page 1 of 3

1

**SUMMARY:** ███ LEFT TA'Z, YEMEN IN MAY OR JUNE OF 2001 ON A GULF AIRLINE FLIGHT FOR KARACHI, PAKISTAN. ███ CLAIMS THAT HE LEFT TO SEEK MEDICAL TREATMENT FOR A SINUS PROBLEM WHICH HINDERS HIS BREATHING WHEN HE SLEEPS. AFTER ONE UNSUCCESSFUL SURGERY IN YEMEN, ████████████ █████████ SUGGESTED THAT HE TRAVEL TO PAKISTAN TO SEEK MEDICAL ATTENTION. ██████████ TOLD ███ THAT THE TREATMENT WOULD BE CHEAPER IN PAKISTAN AND GAVE HIM 45,000.00 YEMENI RIYALS (250.00 USD) FOR EXPENSES. ███ FIRST MET ██████████ AT THE NUR MOSQUE ON TAHR STREET IN TA'Z, YEMEN. ██████████ IS DESCRIBED AS BEING FIVE FEET FIVE INCHES TALL, THIN BUILD, SALT AND PEPPER HAIR, SHORT SALT AND PEPPER BEARD, IS A 40 YEAR OLD YEMENI NATIONAL WHO WEARS READING GLASSES. ███ LEFT YEMEN WITH BETWEEN 800 TO 900 USD WHICH HE STATED HE SAVED WHILE WORKING IN HIS FATHER'S RESTAURANT. THIS MONEY COMBINED WITH THE MONEY FROM ██████████ FINANCED HIS TRIP. ███ ARRIVED IN KARACHI, PAKISTAN AND SPENT THREE MONTHS STAYING AT THE DUBAI HOTEL. WHILE THERE HE MET (FNU) (LNU) KNOWN ONLY AS ██████████ A 25 YEAR OLD PAKISTANI NATIONAL WHO SPEAKS ARABIC AT A BASIC LEVEL. ██████████ IS DESCRIBED AS FIVE FEET SEVEN INCHES TALL, THIN BUILD, STRAIGHT BLACK HAIR, AND A THIN BLACK BEARD. ██████████ TOOK ███ TO ONE CLINIC TO TREATMENT, BUT THE DOCTOR TOLD HIM HE NO LONGER NEEDED THE SURGERY.

██████████ THEN CONVINCED ███ TO STAY AND WORK AS A MISSIONARY IN PAKISTAN. ███ AGREED AND MOVED TO FASILABAD, PAKISTAN. ███ STAYED IN AN UNKNOWN HOTEL FOR TWO MONTHS AFTER WHICH TIME HE MOVED INTO THE ██████████████████ KORAN CENTER FOR FOUR MONTHS. AN UNKNOWN PAKISTANI MALE ARRIVED AT THE CENTER TWO MONTHS BEFORE HIS CAPTURE AND MOVED ███ TO (FNU) (LNU) KNOWN ONLY AS ███ HOME. THE PERSONNEL AT THE CENTER WERE STAYING IN PAKISTAN ILLEGALLY AND MOVED TO AVOID ARREST.

███ CLAIMS THAT DURING HIS TWO MONTH STAY AT ███ HOUSE HE NEVER LEFT AND NEVER SAW ███

DECLASSIFIED FOR PUBLIC RELEASE
By JS on 25 February 2009



**ASSESSMENT:**

III/1,2,4
380-14

DECLASSIFIED FOR PUBLIC RELEASE
By JS on 25 February 2009

██████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMED AHMED SALAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-02386 (RBW) |
| | ) | |
| GEORGE WALKER BUSH, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

██████  ████████        380-14

██████████

DECLASSIFIED FOR PUBLIC RELEASE
By JS on 25 February 2009

# SUMMARY INTERROGATION REPORT

MP # ██
NAME: ███████████████
ALIAS:  NONE
NATIONALITY: YEMEN
AGE:   21 YOA; ██████████

**INTERROGATION**
DTG START: 030730ZJUN02
DTG END:   030845JUN02
LOCATION: BAGRAM

INTERROGATOR'S ████████
INTERPRETER : NONE
LANGUAGE: ARABIC

APPROACHES: ████████████

MAPS USED:  NONE

KNOWLEDGE:  KNOWLEDGE OF HIS STAY IN KARACHI

TRAINING:  NONE

EDUCATION: HIGH SCHOOL

TRAVEL: YEMEN TO PAKISTAN

MILITARY EXPERIENCE: NONE

OCCUPATION: MISSIONARY WORKER/STUDENT IN PAKISTAN; WORKED AT HIS FAMILY'S RESTRAUNT IN YEMEN

PHYSICAL CONDITION:  GOOD

BAGRAM DETAINEE #### (HEREINAFTER REFERRED TO AS ##████

III/1,2,4
380-14

DMO Exhibit 14
Page 1 of 4
1

DECLASSIFIED FOR PUBLIC RELEASE
By JS on 25 February 2009

BEFORE ███ CAME TO PAKISTAN

███ CLAIMS TO HAVE HAD AN SINUS IRRITATION FOR SEVERAL YEARS. IN EARLY 2001 HE STARTED INQUIRING ABOUT TREATMENT. ALTHOUGH HIS FAMILY RUNS A RESTRAUNT AT A MILITARY HOSPITAL IN YEMEN, ███ CLAIMS THE HOSPITAL IS NO GOOD. TREATMENT IN SAUDI ARABIA IS VERY EXPENSIVE. ███ DISCUSSED HIS SITUATION WITH A PAKISTANI MISSIONARY WORKER (TABLIGHI) ON MISSION IN YEMEN. NAME OF PAKISTANI MISSIONARY WORKER IS UNK. PAKISTANI MISSIONARY WORKER TOLD HIM THAT TREATMENT IN KARACHI, PAKISTAN, IS GOOD, AND INEXPENSIVE. ███ ASKED AROUND, AND A YEMENI, ███████ WHO HAPPENED ALSO TO BE A FORMER MISSIONARY WORKER, HELPED HIM PLAN HIS TRIP

THE PLAN

███ TOLD ███ THAT, IF HE GOT HIMSELF TO KARACHI, ███ FRIEND WOULD HELP HIM. ███ DECIDED TO GO TO KARACHI FOR TREATMENT, AND OBTAINED VISA AND AIRPLANE TICKET WITH SUPPORT OF HIS FAMILY. VISA WAS MARKED "MEDICAL TREATMENT," AND EXPIRATION IS UNK.

███ CALLED ███ IN KARACHI ███ THEN INFORMED ███ THAT HE COULD BE ███ ROOMMATE AT THE DUBAI HOTEL, KARACHI, FOR AS LONG AS HE WANTED TO STAY IN KARACHI.

TRIP TO DUBAI HOTEL, KARACHI,

███ LEFT YEMEN FOR KARACHI, PK, AT THE END OF MAY 2001. ███ HAD EIGHT US ONE HUNDRED DOLLAR BILLS IN HIS POCKET WHEN HE ARRIVED IN KARACHI. HE SAID THAT THIS WAS HIS LIFE SAVINGS, AND HAD BEEN ACQUIRED GRADUALLY BETWEEN 1999-2001 BETWEEN HIS WORK WAGES AND GIFTS FROM HIS BROTHERS. ███ CLAIMS THAT YEMEN IS AWASH IN US CURRENCY, AND GETTING 100 DOLLAR BILLS IS NOT A BIG DEAL. WHEN HE LEFT YEMEN HE HAD NO YEMENI RIYALS OR PAKISTANI RUPEES ON HIM.

WHEN ███ ARRIVED AT KARACHI AIRPORT, HE EXCHANGED 100 US DOLLARS FOR BETWEEN 5,000-6,000 PAKISTANI RUPEES. EXACT EXCHANGE AMOUNTS IS UNK. ███ TOOK A CAB TO THE DUBAI HOTEL.

MEETING ███████████

A FEW HOURS AFTER ARRIVING AT THE DUBAI HOTEL, ███ MET ████████
████████████ IS A PAKISTANI MAN, ABOUT 25 YEARS OLD, OF TYPICAL
APPEARANCE.

████████████ EXPLAINED THAT ███ WOULD BE HIS ROOMMATE. ████
████████ STATED THAT ███ WOULD PAY HIM DIRECTLY FOR THE ROOM FEES,
████ AND ███ SETTLED ON THE AMOUNT OF 100 USD PER MONTH.
THUS ███ NEVER HAD ANY DIRECT FINANCIAL DEALINGS WITH THE HOTEL.

███ PAID ████████████ THREE TIMES. EACH PAYMENT TO ████████████
WAS A US ONE HUNDRED DOLLAR BILL. ████████████ AND ███ STAYED IN
THE SAME KING-SIZE BED, IN A SMALL HOTEL ROOM WITH A PRIVATE BATH FOR
THREE MONTHS. FREE BREAKFAST AT THE HOTEL WAS INCLUDED.

DUBAI HOTEL

EVEN AFTER MUCH PRODDING FROM ME, ███ COULD NOT REMEMBER HOW
MANY FLOORS THE DUBAI HOTEL HAD. HE DID SAY THAT THE DUBAI HOTEL
DID HAVE AN ELEVATOR; THERE WERE "MANY" ROOMS ON EACH FLOOR; THAT
IF HE FELL OUT OF HIS ROOM'S WINDOW, HE WOULD SURELY DIE; AND THAT
THERE WAS AT LEAST ONE FLOOR ABOVE HIS.

███ CLAIMS TO HAVE SEEN NO OTHER ARABS AT THE HOTEL. HE HAS NO IDEA
WHO OWNS THE HOTEL.

THREE MONTHS IN KARACHI

███ WAITED THREE WEEKS BEFORE HE WENT TO SEE THE MEDICAL DOCTOR
ABOUT HIS SINUS CONDITION. ███ CAN NOT REMEMBER THE NAME OF THE
DOCTOR, BUT THE DOCTOR WAS PAKISTANI. THE DOCTOR TOLD HIM THAT
TREATMENT WAS NOT NECESSARY.

FOR THREE MONTHS ███ SAT AROUND THE HOTEL, SLEEPING AND WATCHING
TV, AND WALKED AROUND KARACHI WITH ████████████
SEEMED TO HAVE SOME SORT OF CONNECTION WITH THE TABLIGHI NETWORK,
AND VISTED FIVE OR SIX MOSQUES IN KARACHI, CONSTANTLY MAKING THE
ROUNDS BETWEEN THEM. ONE OF THE MOSQUES, A BIG ONE, SEEMED TO BE
THE MOST IMPORTANT, BUT THE NAME IN UNK. ████████████ CONSTANTLY
TALKED -- IN ARABIC -- ABOUT RELIGIOUS ISSUES.

████████████ FINALLY TALKED ███ INTO GOING TO FAISALABAD FOR
RELIGIOUS INSTRUCTION INSTEAD OF RETURNING TO YEMEN

DECLASSIFIED FOR PUBLIC RELEASE
By JS on 25 February 2009



**ASSESSMENT:**

III/1,2,4
380-14

███████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE WALKER BUSH, *et al.*,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-CV-02386 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

████████ ████████                    380-14

███████

DECLASSIFIED FOR PUBLIC RELEASE
By JS on 25 February 2009

# SUMMARY INTERROGATION REPORT

**REPORT#** ███████████

**MP #** ███
**NAME:** ████████████████
**ALIAS:** NONE
**NATIONALITY:** SAUDI ARABIAN

**AGE:** 25 YEARS OLD

**INTERROGATION**
**DTG START:** 171330ZJUN02
**DTG END:** 171630ZJUNO2
**LOCATION:** BAGRAM DETENTION FACILITY

**INTERROGATOR'S** ████████████
**INTERPRETER :** NONE
**LANGUAGE:** ENGLISH, ARABIC

**APPROACHES:** DIRECT, ████████████

**MAPS USED:** NONE

**KNOWLEDGE:** ███ KNOWS ROUTES OF TRAVEL AND FACILITATORS INTO AND OUT OF AFGHANISTAN, AL-QAEDA PERSONALITIES AND TYPES OF MILITARY TRAINING IN AFGHANISTAN. ███ MAY HAVE LIMITED KNOWLEDGE OF FUTURE INTENTIONS OF AL-QAEDA MEMBERS.

**TRAINING:** ███ HAD ONE AND ONE HALF WEEKS OF LIGHT WEAPONS TRAINING AT A SMALL CAMP NORTH OF KABUL, AFGHANISTAN IN NOVEMBER OR DECEMBER OF 2001. TRAINING CONSISTED OF PRACTICAL AND THEORETICAL LESSONS WITH THE KALISHNIKOV RIFLE AND THEORETICAL LEARNING OF THE PK, HAND GRENADES, AND PISTOLS.

**EDUCATION:** ███ IS A HIGH SCHOOL GRADUATE AND HOLDS A BACHELORS DEGREE IN ELECTRICAL ENGINEERING.

**TRAVEL:** ███ TRAVELED FROM SAUDI ARABIA TO SYRIA AND THEN ON TO IRAN, AFGHANISTAN AND PAKISTAN.

III/1,2,4
380-14
8

DECLASSIFIED FOR PUBLIC RELEASE
By JS on 25 February 2009

███████

**MILITARY EXPERIENCE:** ████ CLAIMS THAT HE HAS NO ACTUAL MILITARY EXPERIENCE OTHER THAN DIGGING A TRENCH NORTH OF KABUL TWO DAYS PRIOR TO THE TALIBAN WITHDRAWAL OF THE AFOREMENTIONED CITY.

**OCCUPATION:** PRIOR TO HIS DEPARTURE FOR AFGHANISTAN, ████ WORKED AS AN ELECTRICAL ENGINEER FOR THE SAUDI ELECTRIC COMPANY.

**PHYSICAL CONDITION:** ████ IS IN GOOD PHYSICAL CONDITION.

**BAGRAM DETAINEE** ████ (HEREINAFTER REFERRED TO AS ████

**SUMMARY:**
- ████ ELABORATED ON THE NETWORK THAT FACILITATED HIS ENTRANCE TO AFGHANISTAN, INCLUDING THE ADDITIONS OF ███████████
- ████ EXPANDED THE LIST OF TRAINERS WITH WHOM HE WORKED NEAR KABUL TO INCLUDE █████████
- ████ REVEALED THAT HE HAD BEEN TASKED BY ███████ (AN IRAQI) TO RECEIVE ELECTRONICS AND EXPLOSIVE TRAINING WITH █████ IN PAKISTAN AND TO THEN RETURN TO AFGHANISTAN TO ACT AS A TRAINER IN THE SAME FIELDS.
- ████ IDENTIFIED THE FOLLOWING INDIVIDUALS FROM THE BAGRAM DETENTION PHOTOGRAPH LOG:
- ███████ RECEIVED MILITARY TRAINING IN AFGHANISTAN NEAR KABUL
- ██████████ KNOWN TO HAVE BEEN IN AFGHANISTAN IN THE KHOWST REGION
- ██████████ AN ALGERIAN IN CHARGE OF TRAINING IN THE SUBJECTS OF EXPLOSIVES AND ELECTRONIC DETONATORS
- █████ A SAUDI WHO WAS RECEIVING EXPLOSIVES AND ELECTRONICS TRAINING AND HAD ALSO BEEN TASKED TO TEACH THOSE SAME SUBJECTS IN AFGHANISTAN
- ███████████ HAS KNOWLEDGE OF THE TRAINING TAKING PLACE IN ABU ██████ SAFEHOUSE IN FAISALABAD AND HAS BEEN TO AFGHANISTAN
- ████████ WAS PRESENT IN ABU ██████ SAFEHOUSE IN FAISALABAD FOR 7 TO 10 DAYS AND MAY HAVE RECEIVED TRAINING ON INTERNET COMMUNICATIONS
- ██████ WAS PRESENT IN ABU ██████ SAFEHOUSE AND MAY HAVE KNOWLEDGE OF THE TRAINING TAKING PLACE THERE
- ████████████ AS AN ASSOCIATE OF ABU

- IIR'S TO FOLLOW AFTER COMPLETE EXPLOITATION

████████

9

III/1,2,4
380-14

DECLASSIFIED FOR PUBLIC RELEASE
By JS on 25 February 2009

**ASSESSMENT:**



III/1,2,4
380-14

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) |
| | ) |
| Petitioner, | ) ) |
| v. | ) ) Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) |
| Respondents. | ) ) ) ) |

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2) ▮▮▮▮▮

SUMMARY INTERROGATION REPORT:
b(2) ▮▮ SUBJECT: ISN b(1), b(2), b(6) ▮▮▮▮▮▮
b(1), b(2), b(6) ▮▮▮▮▮

1.  b(2) ▮▮  SUMMARY:  b(1), b(2), b(6) ▮▮▮▮▮▮▮▮▮▮
b(1), b(2), b(6) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2.  b(2) ▮▮  APPROACH USED: b(1) ▮▮▮▮▮▮
b(1), b(5) ▮▮▮▮▮
b(1), b(5) ▮ b(1) ▮▮▮

3.  b(2) ▮▮  EFFECTIVENESS OF APPROACH: b(1), b(2) ▮▮▮
b(1), b(2) ▮ b(1), b(5) ▮▮▮▮▮
b(1), b(5) ▮▮▮▮

4.  b(2) ▮▮
b(1), b(2), b(5) ▮▮▮▮▮▮▮▮▮▮▮▮

5.  b(2) ▮▮  RECOMMENDED APPROACH FOR NEXT MEETING: b(1), b(5) ▮▮▮
b(1), b(5) ▮▮▮

6.  b(2) ▮▮  SUMMARY OF INFORMATION b(2) ▮▮▮▮▮ :
HISTORICAL DATA

b(1), b(2), b(6) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

b(1), b(2), b(6) ▮▮▮▮▮▮ b(1) ▮▮▮
b(1) ▮

7.  b(2) ▮▮  COLLECTORS COMMENTS: b(2) ▮▮▮▮▮

b(1), b(2), b(5) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8.  b(2) ▮▮ POC FOR THIS MEMORANDUM IS b(2), b(3) ▮▮▮▮▮▮▮ JTF
GTMO.

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, ) | |
| ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-02386 (RBW) |
| ) | |
| GEORGE WALKER BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ) | |

b(2)

b(2)



SUBJECT: ISN b(1), b(2), b(6)

SUMMARY OF INFORMATION: b(1)

POC FOR THIS MEMORANDUM IS b(2), b(3) b(2), b(3) JTF GTMO.

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AHMED                      )
SALAM,                              )
                                    )
            Petitioner,             )
                                    )
      v.                            )      Civil Action No. 05-CV-02386 (RBW)
                                    )
GEORGE WALKER BUSH, *et al.*,       )
                                    )
            Respondents.            )
                                    )

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

SUMMARY INTERROGATION REPORT:

b(2)          SUBJECT:   b(1), b(2), b(6)

b(1), b(2), b(6)

1.  b(2)          SUMMARY:   b(1), b(2), b(6)

b(1), b(2), b(6)

b(1), b(2), b(6)                              b(1), b(2)

b(1), b(2)

b(1), b(2)                                            b(1), b(5)

b(1), b(5)

b(1), b(5)           b(1), b(2)

b(1), b(2)

2.  b(2)          APPROACH USED:   b(1)

b(1)

b(1)        b(1), b(2)

b(1), b(2)

3.  b(2)          EFFECTIVENESS OF APPROACH:   b(1), b(5)

b(1), b(5)

4.  b(2)

b(1), b(2), b(5)

5.  b(2)          RECOMMENDED APPROACH FOR NEXT MEETING:  b(1), b(2), b(5)

b(1), b(2), b(5)



UNCLASSIFIED//FOR PUBLIC RELEASE

6. b(2)      SUMMARY OF INFORMATION b(2)                                    :
b(1), b(6)



7. b(2)      COLLECTORS COMMENTS: b(1), b(5)
b(1), b(5)

b(1), b(2), b(6)

8. b(2)  POC FOR THIS MEMORANDUM IS b(2), b(3)                     JTF
GTMO.

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMED AHMED SALAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-02386 (RBW) |
| | ) | |
| GEORGE WALKER BUSH, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

b(2)

b(2)



b(2)

SUMMARY INTERROGATION REPORT:
b(2)      SUBJECT: b(1), b(2), b(6)
b(1), b(2), b(6)

1. b(2)    SUMMARY: b(1), b(2), b(6)
b(1), b(2), b(6)                                    b(2)
b(2)                                                          b(1), b(2)
b(1), b(2)                               b(1), b(2)

2. b(2)    APPROACH USED: b(1)
3. b(2)    EFFECTIVENESS OF APPROACH: b(1), b(5)
b(1), b(5)

4. b(2)
   b(1), b(2), b(5)

5. b(2)    RECOMMENDED APPROACH FOR NEXT MEETING: b(1), b(5)
b(1), b(5)

6. b(2)    SUMMARY OF INFORMATION b(2)
b(1), b(6)
b(1), b(6)          b(1), b(6)
b(1), b(6)                    b(1), b(2)
b(1), b(2)

b(1)

b(2)

b(1), b(6)

b(1), b(6)

b(1), b(6)



b(1), b(6)
b(1), b(6)

b(1)
b(1)

b(1), b(6)

b(1)

b(1), b(6)

b(1), b(2), b(6)

b(1), b(2), b(6)

b(1), b(2)



7. COLLECTORS COMMENTS:

8. POC FOR THIS MEMORANDUM IS JTF GTMO.

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) |  |
| Petitioner, | ) ) |  |
| v. | ) ) | Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) |  |
| Respondents. | ) ) ) ) |  |

b(2)

b(2)





7. b(2)   COLLECTORS COMMENTS b(2)
b(2)

8. b(2) POC FOR THIS MEMORANDUM IS b(2), b(3)                    JTF GTMO.

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) ) | |
| Respondents. | ) ) ) ) | |

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE



b(2)

SUMMARY INTERROGATION REPORT:
b(2)   SUBJECT: b(1), b(2), b(6)
b(1), b(2), b(6)

1. b(2)   SUMMARY: b(1), b(2), b(6)
b(1), b(2), b(6)
b(2)                              b(3)              b(2)    b(2)              b(1),
b(1), b(6)

b(1), b(6)

2. b(2)   APPROACH USED: b(1)
3. b(2)   EFFECTIVENESS OF APPROACH: b(1), b(5)
b(1), b(5)

b(1), b(5)

4. b(2)
   b(1), b(2), b(5)

5. b(2)   RECOMMENDED APPROACH FOR NEXT MEETING: b(1), b(5)
b(1), b(5)

6. b(2)   SUMMARY OF INFORMATION b(2)                              :
b(1), b(2), b(6)
b(1), b(2), b(6)

b(1)
b(1)
b(2)

b(1)
b(1)
b(1)                              b(3)                              b(1)
b(1), b(2)
b(1), b(2)   b(1)

b(1)
b(1), b(2)   b(3)                    b(1), b(2)
b(1), b(2)

b(1)
b(1), b(2)   b(3)                    b(1), b(2)
b(1), b(2)                              b(1)
b(1)
b(1)

b(1)
b(1), b(2)   b(3)                    b(1), b(2)
b(1), b(2)                              b(1)
b(1)



b(1)

b(1), b(5)

b(1)

b(1)                              b(1), b(6)

b(1)

b(1), b(5)

b(1)                                                    b(1)
b(1)              b(1)
b(1)

7.  b(2)        COLLECTORS COMMENTS: b(1), b(2)
b(1), b(2)
b(1), b(2)
b(1), b(2)                              b(1), b(5)
b(1), b(5)

b(1), b(5)
b(1), b(5)              b(1), b(2)
b(1), b(2)

b(1)
b(1)          b(1)
b(1)                    b(1)
b(1)

b(1)

b(1)                                      b(1), b(2)
b(1), b(2)

8.  b(2)  POC FOR THIS MEMORANDUM IS  b(2), b(3)                          JTF
GTMO.

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE


b(2)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) |
| Respondents. | ) ) ) ) |

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE



b(2)

SUMMARY INTERROGATION REPORT:
b(2)        SUBJECT: b(1), b(2), b(6)
b(1), b(2), b(6)

1. b(2)        SUMMARY: b(1), b(2), b(6)
b(1), b(2), b(6)                                      b(2)
b(2)
b(1)
b(1)           b(1), b(5)

2. b(2)        APPROACH USED: b(1)
3. b(2)        EFFECTIVENESS OF APPROACH: b(1), b(5)
4. b(2)
   b(1), b(2), b(5)

b(1), b(2), b(5)
5. b(2)        RECOMMENDED APPROACH FOR NEXT MEETING: b(1), b(5)
6. b(2)        SUMMARY OF INFORMATION b(2)
b(2)                               b(1), b(2), b(6)
b(1), b(2), b(6)

A. b(2)                    b(1), b(6)
b(1), b(6)

B. b(2)                    b(1), b(6)
b(1), b(6)

C. b(2)                    b(1), b(6)
b(1), b(6)

D. b(2)                         b(1), b(6)
b(1), b(6)
b(1), b(6)                            b(1), b(5)
b(1), b(5)            b(1), b(6)
b(1), b(6)
b(1), b(6)



7. **b(2)**  COLLECTORS COMMENTS: b(1), b(2), b(5)

8. **b(2)** POC FOR THIS MEMORANDUM IS b(2), b(3)    JTF
GTMO.

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AHMED SALAM, )<br><br>Petitioner, )<br><br>v. )<br><br>GEORGE WALKER BUSH, *et al.*, )<br><br>Respondents. ) | Civil Action No. 05-CV-02386 (RBW) |

ISN 689   b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE



b(2)

b(2)

**SUMMARY INTERROGATION REPORT:**
b(2)      SUBJECT: ISN b(2)  -000689 b(2)  ((SALAM)) MOHAMMED AHMED b(1)
b(1)

1.  b(2)      SUMMARY: b(2)                              ((SALAM)) MOHAMMED AHMED b(2)
b(2)
b(2)                                                    b(1)
b(1)
b(1)              b(1), b(5)
b(1), b(5)

b(1), b(5)

2.  b(2)      APPROACH USED: b(1)
b(1)                    b(1), b(5)
b(1), b(5)

b(1), b(5)

3.  b(2)      EFFECTIVENESS OF APPROACH: b(1), b(5)
b(1), b(5)

b(1), b

4.  b(2)
        b(1), b(2), b(5)

b(1), b(2), b(5)

5.  b(2)      RECOMMENDED APPROACH FOR NEXT MEETING: b(1), b(5)
b(1), b(5)

6.  b(2)      SUMMARY OF INFORMATION b(2)                              :
b(1), b(2)

b(2)

DMO Exhibit 25

PAGE 1 OF 2

UNCLASSIFIED//FOR PUBLIC RELEASE



b(2)

b(1), b(2)

b(1), b(2)
b(1), b(2), b(5)

b(1), b(2), b(5)

b(1), b(2)

7.  b(2)      COLLECTORS COMMENTS:  b(1), b(5)
b(1), b(5)                                               b(1), b(5)
b(1), b(5)

8.  b(2)  POC FOR THIS MEMORANDUM IS  b(2), b(3)                          JTF
GTMO.

b(2)

b(2)

DMO Exhibit 25

PAGE 2 OF 2

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) ) |
| Respondents. | ) ) ) |

ISN 689 b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

b(2)

**SUMMARY INTERROGATION REPORT:**
b(2)     SUBJECT: ISN b(2)     000689 b(2) ((SALAM)) MOHAMMED AHMED
b(1)

1. b(2)     SUMMARY: b(2)
b(2)

b(2)                                    b(1), b(2)

b(1), b(2)
b(1), b(2)
b(1), b(2)                              b(1), b(5)
b(1), b(5)
b(1), b(5)

2. b(2)     APPROACH USED: b(1)
b(1)

b(1)

3. b(2)     EFFECTIVENESS OF APPROACH: b(1), b(5)
b(1), b(5)

b(1), b(5)

4. b(2)
b(2)
b(1), b(2), b(5)

5. b(2)     RECOMMENDED APPROACH FOR NEXT MEETING: b(1), b(5)
b(1), b(5)

b(1), b(5)

DMO Exhibit 24
Page 1 of 3

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE



6. SUMMARY OF INFORMATION

DMO Exhibit 24
Page 2 of 3

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

b(1), b(2)

7. b(2)     COLLECTORS COMMENTS:
8. b(2) POC FOR THIS MEMORANDUM IS b(2), b(3)
b(2), b(3)     JTF GTMO.

b(2)

b(2)

DMO Exhibit 24
Page 3 of 3

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 05-CV-02386 (RBW) |
| v. ) | |
| ) | |
| GEORGE WALKER BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

ISN 689 ▆ b(2)

b(2)



b(2) ████████████

SUMMARY INTERROGATION REPORT:
b(2) ████ SUBJECT: ISN b(2) ████-000689 b(2) ((SALAM)) MOHAMMED AHMED b(1) ███████
b(1) ████

1. b(2) ████ SUMMARY: b(2) ████████████████████████
b(2) ████
b(2) ████                                                    b(1), b(2) ██████████
b(1), b(2) ████████
b(1), b(2) ████████                          b(1), b(5) █████████████
b(1), b(5) ████████
b(1), b(5) ████████████

2. b(2) ████ APPROACH USED: b(1) ████████████                    b(1) ████
b(1) ████
b(1) ████

3. b(2) ████ EFFECTIVENESS OF APPROACH: b(1), b(5) ████████
b(1), b(5) ████████

b(1), b(5) ████████

4. b(2) ████    b(2) ████████
b(1), b(2), b(5) ████████

b(1), b(2), b(5) ████████
5. b(2) ████ RECOMMENDED APPROACH FOR NEXT MEETING: b(1), b(5) ████
b(1), b(5) ████

b(1), b(5) ████

6. b(2) ████ SUMMARY OF INFORMATION b(2) ████████:
b(1), b(2) ████



b(1), b(2)

b(1), b(2)

7.  b(2)     COLLECTORS COMMENTS: b(1)
b(1)

8.  b(2)  POC FOR THIS MEMORANDUM IS b(2), b(3)                    JTF
GTMO.

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) |
| Respondents. | ) |

b(2)

b(2)



b(2)

SUMMARY INTERROGATION REPORT:
b(2)      SUBJECT: b(1), b(2), b(6)
b(1), b(2), b(6)

1. b(2)
b(2)
b(1), b(2), b(5)

2. b(2)    SUMMARY OF INFORMATION b(2)
b(2)

A. b(1)
b(1), b(6)

UNCLASSIFIED//FOR PUBLIC RELEASE



b(1), b(6)

UNCLASSIFIED//FOR PUBLIC RELEASE



b(1), b(6)

b(1), b(6)        b(1), b(5)

b(1), b(5)

b(1), b(5)                                    b(1)

b(1)

b(1)

3. b(2) POC FOR THIS MEMORANDUM IS b(2), b(3)
b(2), b(3)                    JTF GTMO.

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) ) |
| Respondents. | ) ) ) ) |

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE



b(2)

b(2)
**SUMMARY INTERROGATION REPORT:**
b(2)   SUBJECT: b(1), b(2), b(6)
b(1), b(2), b(6)

b(1)
  b(1)

b(1)
  b(1), b(2)

1. b(2)   SUMMARY: b(1), b(2), b(6)
b(1), b(2), b(6)                              lb(2)
b(2)                                                    b(1), b(6)
b(1), b(6)
b(1), b(6)        b(1), b(2), b(6)
b(1), b(2), b(6)                              b(1), b(6)
b(1), b(6)

2. b(2)   APPROACH USED: b(1)
b(1)

3. b(2)   EFFECTIVENESS OF APPROACH: b(1), b(5)
b(1), b(5)

4. b(2)
   b(1), b(2), b(5)

5. b(2)   RECOMMENDED APPROACH FOR NEXT MEETING: b(1), b(5)
b(1), b(5)

b(1), b(5)

6. b(2)   SUMMARY OF INFORMATION b(2)
b(1), b(2), b(6)

b(1)

b(1)

b(2)

DMO Exhibit 26
Page 1 of 4

b(2)

b(1)

b(1)

b(1), b(2)
b(1), b(6)



b(1)

b(1), b(6)

b(1), b(6)                     b(1)  b(5)  b(6)
b(1), b(5), b(6)
b(1), b(5), b(6)                     b(1)
b(1)

b(1)

b(1)

b(1)

b(2)

DMO Exhibit 26
Page 2 of 4

UNCLASSIFIED//FOR PUBLIC RELEASE



b(2)

b(1)

b(1), b(6)

b(1), b(6)

b(1)

b(1)
b(1)                                        b(1)
b(1)                                        b(1), b(5)
b(1), b(5)

b(1), b(2), b(6)

b(1)

b(1)                    b(1)
b(1)

b(1)                    b(1)
b(1)

b(1)

7. b(2)   COLLECTORS COMMENTS  b(1)
b(1)     b(1), b(5)

b(2)

DMO Exhibit 26
Page 3 of 4

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

b(1), b(5)

b(1), b(5)

8. b(2) POC FOR THIS MEMORANDUM IS b(2) JTF GTMO.

b(2)

b(2)

b(2)

DMO Exhibit 26
Page 4 of 4