UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) | |
| Respondents. | ) ) ) ) | |

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

b(2)

b(2)

**SUBJECT:** b(1), b(2), b(6)
b(1), b(2), b(6)
b(1), b(6)          b(1)
b(1)

b(1)                    b(1), b(5)

**1.** b(2) **SUMMARY:** b(1), b(2), b(6)
b(1), b(2), b(6)               b(2)                                    b(1), b(2)
b(1), b(2)

    **A.** b(2) **APPROACH USED:** b(1)
b(1)
b(1)

    **B.** b(2) b(2)                                   b(1), b(5)
b(1), b(5)

b(1), b(5)

    **C.** b(2) **RECOMMENDED APPROACH FOR NEXT MEETING:** b(1), b(5)
b(1), b(5)

b(1), b(5)

    **D.** b(2) **SPECIAL ACTION REQUIRED:** b(1)

    **E.** b(2) **INTELLIGENCE CONTINGENCY FUNDS:** b(1)

b(2)

F. **b(2)** **LONG TERM COLLECTION PLAN:** b(1), b(5)

b(1), b(5)

b(1), b(5)

b(1), b(5)

2. **b(2)** **SUMMARY OF NEW INFORMATION OBTAINED:**

A. b(2)b(1)
b(1)

B. b(2)

**FATHER'S FULL NAME:** b(1), b(6)
**OCCUPATION:** b(1), b(6)

**PATERNAL UNCLE:**       b(1), b(6)
**PATERNAL COUSIN**
**MOTHER FULL NAME:**
**MATERNAL UNCLES:**

**MATERNAL COUSIN**

**SOURCE BROTHERS**     b(1), b(6)
                        b(1), b(6)

**BEST FRIEND IN** b(2)
**COUSIN-PATERNAL**
**COUSIN-MATERNAL**

C. b(2)b(1)
b(1)

D. b(2)b(1)
b(1)

E. b(2)b(1)
b(1)

b(1)                  b(1), b(6)
b(1), b(6)      b(1), b(6)
b(1), b(6)



b(2)



**3.** ADDITIONAL COLLECTOR COMMENTS:

**4.** POC THIS MEMORANDUM IS JTF GITMO, AT

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Civil Action No. 05-CV-02386 (RBW) |
| | ) |
| GEORGE WALKER BUSH, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |

ISN 689 ███ b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

███ b(2) ███

███ b(2) ███

MEMORANDUM FOR RECORD

SUBJECT: ███ b(2), b(6) ███ ISN ███ b(2) ███ 00689 ███ b(2) ███ MUHAMMED ((SALAM AL-KHATIB)) ███ b(1) ███
███ b(1) ███
███ b(1), b(5) ███

1. ███ b(2) ███ SUMMARY: ███ b(2) ███
███ b(2) ███                                                    b(2)
███ b(2) ███

A. ███ b(2) ███ APPROACH USED: ███ b(1) ███
███ b(1) ███

███ b(1) ███

B. ███ b(2) ███ b(2) ███
███ b(1), b(5) ███

███ b(1), b(5) ███

C. ███ b(2) ███ RECOMMENDED APPROACH FOR NEXT MEETING: ███ b(1), b(5) ███
███ b(1), b(5) ███

███ b(1), b(5) ███

███ b(2) ███ SPECIAL ACTION REQUIRED: ███ b(1), b(5) ███
███ b(1), b(5) ███
███ b(1), b(5) ███

E. ███ b(2) ███ INTELLIGENCE CONTINGENCY FUNDS: ███ b(1) ███

F. ███ b(2) ███ LONG TERM COLLECTION PLAN: ███ b(1), b(5) ███
███ b(1), b(5) ███

███ b(1), b(5) ███

███ b(2) ███



A. b(2) b(1), b(2)
b(1), b(2)

2. b(2) SUMMARY OF NEW INFORMATION OBTAINED:
   A. b(2) b(1)
      b(1)

      b(1)
   B. b(2) b(1)
      b(1)
      b(1)
   C. b(2) b(1)
      b(1)
      b(1)
   D. b(1)

      b(1)

3. b(2) b(1)
   A. b(2) b(1), b(5)
   b(1), b(5)

   b(1), b(5)

4. b(2)   POC THIS MEMORANDUM IS UNDERSIGNED.



b(2)

b(2)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Civil Action No. 05-CV-02386 (RBW) |
| | ) |
| GEORGE WALKER BUSH, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |

b(2)

b(2)

b(2)

b(2)

b(2)

SUBJECT: b(2) b(1), b(2), b(6)
b(1), b(2), b(6)                                    b(1)
b(1)

b(1)                                                          b(1), b(5)
b(1), b(5)

1. b(2) SUMMARY: b(1), b(2), b(6)
b(1), b(2), b(6)                      b(2)
b(2)

    A. b(2) APPROACH USED: b(1)

    B. b(2) b(2)                                      b(1), b(5)
b(1), b(5)                                    b(1)
b(1)

    C. b(2) RECOMMENDED APPROACH FOR NEXT MEETING:  b(1), b(5)
b(1), b(5)

    D. b(2) SPECIAL ACTION REQUIRED: b(1)

    E. b(2) INTELLIGENCE CONTINGENCY FUNDS:  b(1), b(5)
b(1), b(5)

    F. b(2) LONG TERM COLLECTION PLAN: b(1), b(5)
b(1), b(5)

b(1), b(5)

b(2) THE FOLLOWING HCRS/SDRS ARE STILL OUTSTANDING: b(1)

    2. b(2) b(2)
b(2)

b(1)

b(2)

b(1), b(2)

3.  b(2) b(1), b(5)
    b(1), b(5)

b(1), b(2), b(5)



3. b(2) **SUMMARY OF NEW INFORMATION OBTAINED:**

b(1), b(6)

b(1)

b(1)

b(1), b(2), b(6)



b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

b(1), b(2)



b(2)
b(1)   00689-   b(1)

4.   b(2)   ADDITIONAL COLLECTOR COMMENTS.   b(2)

5.   b(2)   POC THIS MEMORANDUM IS   b(2), b(3)
b(2), b(3)   JTF GITMO, AT   b(2), b(3)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 05-CV-02386 (RBW) ) |
| GEORGE WALKER BUSH, *et al.*, | ) ) |
| Respondents. | ) ) ) |

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

**b(2)**

**b(2)**

**b(2)**

**SUBJECT:** b(2) b(1), b(2), b(6)
b(1), b(2), b(6)
b(1)

b(1)    b(1), b(5)

1. b(2) **SUMMARY:** b(1), b(2), b(6)
b(1), b(2), b(6)    b(2)    b(1)
b(1)

A. b(2) **APPROACH USED:** b(1)

B. b(2) b(2)    b(1), b(5)
b(1), b(5)

C. b(2) **RECOMMENDED APPROACH FOR NEXT MEETING:** b(1), b(5)
b(1), b(5)
b(1), b(5)

D. b(2) **SPECIAL ACTION REQUIRED:** b(1), b(5)
b(1), b(5)

E. b(2) **INTELLIGENCE CONTINGENCY FUNDS:** b(1)
b(1)

F. b(2) **LONG TERM COLLECTION PLAN:** b(1), b(2), b(5)
b(1), b(2), b(5)
b(1), b(2)

2. b(2) b(1), b(2)
b(1), b(2)    b(1)

**b(2)**

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

3. b(2) b(1), b(2)

b(1), b(2)

b(1), b(2)                                                    b(1)

2. b(2) **SUMMARY OF NEW INFORMATION OBTAINED:**

A. b(2) b(1)

b(1)

B. b(2) b(1)

b(1)

C. b(2) b(1)

b(1)

D. b(2) b(1), b(6)

b(1), b(6)                                     b(1), b(6)

b(1), b(6)

E. b(2) b(1), b(6)

b(1), b(6)

F. b(2) b(1), b(6)

b(1), b(6)

b(1), b(5), b(6)                                      b(1), b(6)

b(1), b(6)

b(1), b(6)                         b(1), b(6)

b(1), b(6)

b(2)



**3.** b(2) <u>ADDITIONAL COLLECTOR COMMENTS:</u>

**A.** b(2) b(1), b(5)

b(1), b(5)

b(1), b(5)

**B.** b(2 b(1)

b(1)

**4.** b(2) POC THIS MEMORANDUM IS b(2), b(3)

b(2), b(3) JTF GITMO, AT b(2)

b(2)

UNCLASSIFIED//For Public Release

███████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-02386 (RBW) |
| ) | |
| GEORGE WALKER BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

████████████

**UNCLASSIFIED**



SERIAL: (U) ███

COUNTRY: (U) PAKISTAN (PK); THAILAND (TH); MALAYSIA (MY); SINGAPORE (SN); PHILIPPINES (RP); INDONESIA (ID); RUSSIA (RS); SOMALIA (SO); BURMA (BM); CHINA (CH); BANGLADESH (BG); AFGHANISTAN (AF).



SUBJ: ███ ██ ███ TABLIGHI JAMAAT ACTIVITIES AND TIES TO AL-QAIDA (U)

WARNING: (U) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE. ████
---------------------------------------------------------------
DEPARTMENT OF DEFENSE
---------------------------------------------------------------
DOI: (U) 20021217.



SOURCE: 1. (U) INTERNET, PAKTRIBUNE (I/PT), HTTP://PAKTRIBUNE.COM/NEWS/, ISLAMABAD, PAKISTAN, 17 DECEMBER 2002, IN ENGLISH.
2. (U) INTERNET, ASIA TIMES (I/AT), HTTP://WWW.ATIMES.COM/ATIMES/, HONG KONG, CHINA, 15 OCTOBER 2002, IN ENGLISH.
3. (U) INTERNET, SOUTH ASIA ANALYSIS GROUP (I/SA), HTTP://WWW.SAAG.ORG/PAPERS5/PAPER480.HTML, NOIDA, INDIA, 21 JUNE 2002, IN ENGLISH.

SUMMARY: (U) THE PREACHERS OF ISLAM, OR TABLIGHI JAMAAT, ORGANIZATION HAS BEEN SUPPORTING ISLAMIC TERRORIST GROUPS IN SOUTH AND SOUTHEAST ASIA UNDER THE COVER OF CONDUCTING RELIGIOUS ACTIVITIES. THE GROUP IS CLOSELY ALIGNED WITH OTHER PAKISTANI TERRORIST ORGANIZATIONS AND THE AL-QAIDA NETWORK.

TEXT: 1. (U) THE PREACHERS OF ISLAM (ARABIC -- TABLIGHI JAMAAT (TJ)) (FIELD COMMENT -- ALTERNATE SPELLINGS TABLEEGHI JAMAAT AND TABLEEGHI JAMA'AT, ALSO KNOWN AS JAMAT-E-TABLEEGH OR JAMAT-E-TABLIGH) ORGANIZATION HAS BEEN SUPPORTING ISLAMIC TERRORIST GROUPS IN SOUTH AND SOUTHEAST ASIA UNDER THE COVER OF CONDUCTING RELIGIOUS ACTIVITIES. THE GROUP IS CLOSELY ALIGNED WITH OTHER PAKISTANI TERRORIST ORGANIZATIONS AND THE AL-QAIDA NETWORK.
2. (U) RECRUITMENT OF FOREIGNERS AND INTER-ORGANIZATIONAL TIES (I/AT, 15 OCTOBER 2002) FOREIGN NATIONALS WHO FOUGHT ALONG WITH AL-QAIDA IN AFGHANISTAN AS MEMBERS OF THE PAKISTANI COMPONENT OF THE INTERNATIONAL ISLAMIC FRONT FOR JIHAD WERE RECRUITED BY THE PAKISTANI TERRORIST ORGANIZATIONS HARAKAT-UL-MUJAHIDEEN (HUM), HARAKAT-UL-JIHAD-AL-ISLAMI (HUJI), AND LASHKAR-E-TOIBA (LET). THE RECRUITERS WORKED UNDERCOVER AS PREACHERS FOR TJ, DESCRIBED AS "THE MOTHER OF THE PAKISTAN-BASED JIHADI ORGANIZATIONS". RECRUITED FOREIGNERS WERE TAKEN TO PAKISTAN, TRAINED AT VARIOUS MADRASSAS (FIELD COMMENT -- ISLAMIC RELIGIOUS SCHOOLS) WITH TJ FUNDING, THEN SENT TO AFGHANISTAN. THE APPROXIMATELY 200 RECRUITED FOREIGN

**UNCLASSIFIED**

UNCLASSIFIED

NATIONALS INCLUDED AMERICAN MUSLIMS, WEST EUROPEAN NATIONALS OR RESIDENTS, THAIS, MALAYSIANS, INDONESIANS, AND SINGAPOREANS POSING AS MALAYS FROM MALAYSIA.

3. (U) ACTIVITIES IN SOUTH AND SOUTHEAST ASIA

A. (U) TJ PAKISTAN BRANCH (I/SA, 21 JUNE 2002) MANY PAKISTANI GOVERNMENT EMPLOYEES, MILITARY OFFICERS, AND SCIENTISTS DEVOTE AT LEAST PART OF THEIR ANNUAL LEAVE TO DO VOLUNTEER WORK FOR TJ. RETIRED LIEUTENANT GENERALS HAMID ((GUL)), JAVED ((NASIR)), AND NASEEM ((RANA)); DOCTOR A.Q. ((KHAN)) AND SULTAN BASHIRUDDIN ((AHMED)) OF THE NUCLEAR ESTABLISHMENT; AND FORMER DIRECTORS-GENERAL OF THE INTER-SERVICES INTELLIGENCE (ISI) HAVE BEEN CLOSELY INVOLVED WITH TJ'S WORK (FIELD COMMENT -- PROBABLY SERVING AS PREACHERS). NASIR HEADED TJ WHILE HE WAS THE ISI DIRECTOR-GENERAL. AFTER HIS REMOVAL FROM THE ISI UNDER UNITED STATES PRESSURE IN 1993, HE BECAME INVOLVED FULL-TIME IN TJ WORK, HEADING TABLEEGHI (FIELD COMMENT -- PREACHER) DELEGATIONS TO THE PHILIPPINES, INDONESIA, MALAYSIA, THE CENTRAL ASIAN REPUBLICS, CHECHNYA, DAGESTAN, AND SOMALIA. RANA IS PRESENTLY PAKISTAN'S HIGH COMMISSIONER TO MALAYSIA. TJ HAS CLOSE TIES TO HUM AND HUJI, AND ITS PAKISTAN BRANCH HAS BEEN CLANDESTINELY INVOLVED IN JIHAD ACTIVITY. THROUGH TJ, HUM AND HUJI RECRUIT CADRES IN PAKISTAN AND ABROAD, AVOIDING ADVERSE ATTENTION OF FOREIGN INTELLIGENCE AGENCIES. OSAMA ((BIN LADEN)) HAS ALSO USED HUM AND HUJI TEAMS WORKING UNDERCOVER ABROAD AS TJ PREACHERS TO COMMUNICATE INSTRUCTIONS TO HIS NETWORK OF NON-ARAB ORGANIZATIONS IN VARIOUS COUNTRIES.

B. (U) TRAINING

TJ RECRUITS FROM MALAYSIA AND POSSIBLY SINGAPORE WERE TRAINED AT JAISH-E-MOHAMMAD HEADQUARTERS IN THE BINORI MADRASSA COMPLEX, KARACHI (GEOCOORD:2452N/06703E), PAKISTAN. THOSE FROM INDONESIA WERE TRAINED AT LET'S MURIDKE COMPLEX NEAR LAHORE (GEOCOORD:3135N/07418E), PAKISTAN. TJ RECRUITS FROM THE SOUTHERN PHILIPPINES, BURMA, CHINA'S UYGUR AUTONOMOUS REGION OF XINJIANG (GEOCOORD:4234N/08527E), RUSSIA'S CHECHNYA, AND THE CENTRAL ASIAN REPUBLICS HAVE TRADITIONALLY BEEN TRAINED BY HUM, AND THOSE FROM BANGLADESH HAVE BEEN TRAINED BY HUJI. PRIOR TO 7 OCTOBER 2001, HUM AND HUJI TRAINING CAMPS WERE LOCATED IN EASTERN AFGHANISTAN, BUT THEIR LOCATIONS SINCE THAT DATE ARE NOT KNOWN. IN THE PAST, THEY HAVE USED THE TJ INFRASTRUCTURE (SIC) IN RAIWIND (GEOCOORD:3115N/07413E), PUNJAB PROVINCE (GEOCOORD:3100N/07200E), PAKISTAN, FOR TRAINING PURPOSES. (I/AT, 15 OCTOBER 2002) AS OF 21 JUNE 2002, THERE WERE 400 FOREIGN STUDENTS RECRUITED BY HUM AND HUJI FROM MALAYSIA, INDONESIA, AND THAILAND STUDYING AT VARIOUS MADRASSAS IN PAKISTAN PRIOR TO INDUCTION INTO JIHAD. THERE WERE NO REPORTS OF ANY ABU SAYYAF GROUP MEMBERS FROM THE PHILIPPINES UNDERGOING TRAINING IN PAKISTAN. THE BREAKDOWN OF THE NUMBERS OF MALAYSIAN, THAI, AND INDONESIAN STUDENTS IS AS FOLLOWS

--

- 190 STUDENTS AT MADRASSAS IN SINDO PROVINCE (GEOCOORD:2530N/06900E) --
- 86 FROM MALAYSIA
- 82 FROM THAILAND
- 22 FROM INDONESIA
- 151 STUDENTS AT MADRASSAS IN PUNJAB PROVINCE --
- 61 FROM MALAYSIA
- 49 FROM THAILAND
- 41 FROM INDONESIA
- 59 STUDENTS AT MADRASSAS IN NORTHWEST FRONTIER PROVINCE (GEOCOORD:3430N/07200E) --
- 21 FROM INDONESIA
- 20 FROM MALAYSIA
- 18 FROM THAILAND (I/SA, 21 JUNE 2002)

UNCLASSIFIED

UNCLASSIFIED

**4. (U) TJ ACTIVITY BANNED IN AFGHANISTAN (I/PT, 17 DECEMBER 2002)**
THE AFGHAN GOVERNMENT HAS BANNED TJ ACTIVITIES IN AFGHANISTAN. AFGHAN
FOREIGN MINISTER ABDULLAH ((ABDULLAH)) ISSUED SPECIAL DIRECTIVES TO THE
COUNTRY'S FOREIGN MISSIONS IN ISLAMIC COUNTRIES TO DENY VISAS TO TJ MEMBERS.
THE BAN WAS OSTENSIBLY IMPOSED TO PROTECT TJ MEMBERS TRAVELING IN REMOTE
AREAS OF THE COUNTRY WHERE THE AFGHAN GOVERNMENT COULD NOT PROVIDE FOR
THEIR SECURITY. HOWEVER, ABDULLAH CLAIMED THAT TJ MEMBERS ARE
STRENGTHENING THE AL-QAIDA NETWORK UNDER THE PRETEXT OF PREACHING.



UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMED AHMED SALAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-02386 (RBW) |
| | ) | |
| GEORGE WALKER BUSH, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

b(2)

b(2)



SERIAL: ▮

COUNTRY: ▮ AFGHANISTAN (AF); IRAQ (IZ).

IPSP: ▮

SUBJ: ▮

WARNING: ▮ THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.
REPORT ▮

------------------------------------------------------------
                    DEPARTMENT OF DEFENSE
------------------------------------------------------------
DOI: ▮

REQS: ▮

SOURCE: ▮

SUMMARY: ▮

TEXT: 1. ▮

2. ▮

3. ▮



b(1)

COMMENTS: 1.  b(2)  b(1), b(5)
b(1), b(5)
b(2)

b(2), b(3)



b(2)

b(1), b(2), b(6)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMED AHMED SALAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-02386 (RBW) |
| | ) | |
| GEORGE WALKER BUSH, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

█ b(2) █████████████████████████████

SERIAL: █b(2)█ b(2) ████████████

COUNTRY: █b(2)█ AFGHANISTAN (AF); ALGERIA (AG); BOSNIA AND HERZEGOVINA (BK);
ETHIOPIA (ET); MOROCCO (MO); PAKISTAN (PK); TURKEY (TU).

IPSP: █b(2)████████

SUBJ: █b(2)████████████  █ b(1), b(2) ██████████████
█b(1), b(2)██████
█b(1)████████████████████████ █b(2)██████

WARNING: █b(2)█ THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.
REPORT █b(2)█████████████████████

-----------------------------------------------------------------------------
                              DEPARTMENT OF DEFENSE
-----------------------------------------------------------------------------

DOI: █b(2)██████████

REQS: █b(2)███████████████████████

SOURCE: █b(2)█████    █    █ b(1), b(2), b(6) ████████████
█b(1), b(2),b(6)████████████████████████████
█b(1), b(6)███████ █b(1)███████████████████
█b(1)███████████████
█b(1)████████ █b(1), b(5)███████████

SUMMARY: █b(2)███████    █b(1)████████████████████
█b(1)█████████████████████████████████████

█b(1)███████

TEXT: 1. █b(2)██████    █b(1)████████    █b(1), b(6)█
█b(1), b(6)████████████████ █b(3)████████████
█b(1), b(6)█████████

█b(1), b(6)█████████
█b(1), b(6)█████████



2. █b(2)████    █b(1)█████████████
█b(1)████████████████████████████

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AHMED                )
SALAM,                        )
                              )
        Petitioner,           )
                              )
        v.                    )    Civil Action No. 05-CV-02386 (RBW)
                              )
GEORGE WALKER BUSH, *et al.*, )
                              )
        Respondents.          )
                              )
                              )

b(2)

b(2)



SERIAL:

COUNTRY: AFGHANISTAN (AF); PAKISTAN (PK).

IPSP:

SUBJ:

WARNING: THIS IS AN INFORMATION REPORT, NOT FINALLY
EVALUATED INTELLIGENCE.
REPORT

--------------------------------------------------------
                 DEPARTMENT OF DEFENSE
--------------------------------------------------------

DOI:

REQS:

SOURCE:

SUMMARY:

TEXT: 1.





UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE



COMMENTS: 1.

6.

7.



UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, | ) <br> ) <br> ) <br> ) |
| Petitioner, | ) <br> ) |
| v. | )     Civil Action No. 05-CV-02386 (RBW) <br> ) |
| GEORGE WALKER BUSH, *et al.*, | ) <br> ) |
| Respondents. | ) <br> ) <br> ) <br> ) |

b(2)

b(2)



b(2)

b(2)
b(2), b(3)

b(2)
b(2)
SERIAL: b(2)

COUNTRY: b(2) AFGHANISTAN (AF); PAKISTAN (PK).
IPSP: b(2)

SUBJ: b(2)                              b(1)
b(1)

b(1)        (2)

WARNING: b(2) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.
REPORT b(2)
--------------------------------------------------------
                    DEPARTMENT OF DEFENSE
--------------------------------------------------------
DOI: b(2)

REQS: b(2)

SOURCE: b(1), b(2), b(6)
b(1), b(2), b(6)                                    b(1)
b(1)

b(1), b(5)

SUMMARY: b(2)    b(1)
b(1)


TEXT: 1. b(2)    b(1)
b(1)                              )(1)
b(1)    )(3)            b(1)
b(1)    )(3)        b(1)
b(1)
b(1)                    b(1), b(6)
b(1), b(6)            b(1), b(2)
b(1), b(2)                              b(1), b(6)
b(1), b(6)

DMO Exhibit 31
Page 1 of 4

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE



Page 2 of 4

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



COMMENTS: 1.

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) | |
| Respondents. | ) ) ) ) | |

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

SERIAL: b(2) ████████████

COUNTRY: b(2) AFGHANISTAN (AF).

IPSP: b(2) ████████

SUBJ: b(2) ██████████ b(1), b(6) ██████████
b(1), b(6) ████████ b(2) ████

WARNING: b █ THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.
REPORT b(2) ████████████

------------------------------------------------------------
                    DEPARTMENT OF DEFENSE
------------------------------------------------------------

DOI: b(2) ████████

REQS: b(2) ██████████████

SOURCE: b(1), b(2), b(6) ████████████████████████
b(1), b(2), b(6) ████████████ b(1) ████████
b(1) ██
b(1) ████████████ b(1), b(5) ██
b(1), b(5) ████

SUMMARY: b(2) ██ b(1) ████████████████████
b(1) ████

TEXT: b(2) ██ b(1), b(6) ████████
b(1), b(6) ████
████████████████████████████████
████████████████████████████████
████████████████████████████████

COMMENTS: 1. b(2) ████ b(1), b(5) ██████
b(1), b(5) ██ b(2) ████
 2. b(2) ████ b(1), b(2), b(6) ████
b(2), b(3) ████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████

b(2) ████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) ) | |
| Respondents. | ) ) ) ) | |

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2), b(3)



b(2), b(3)



b(2), b(3)

UNCLASSIFIED//FOR PUBLIC RELEASE







UNCLASSIFIED//FOR PUBLIC RELEASE

b(2), b(3)



b(2), b(3)

b(2)

SUBJ:  b(2)                                    b(1)
b(1)                                      b(2)

b(2)

—
SERIAL:  b(2)

b(2)

—
COUNTRY:  b(2) AFGHANISTAN (AF), INDIA (IN), KENYA (KE), PAKISTAN
(PK), SUDAN (SU).
—
IPSP:  b(2)
—
WARNING:  b(2) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED
INTELLIGENCE. REPORT b(2)
----------------------------------------------------------------
                    DEPARTMENT OF DEFENSE
----------------------------------------------------------------
DOI:  b(2)
—
REQS:  b(2)
—
SOURCE:  b(1), b(2), b(6)
b(1), b(2), b(6)



UNCLASSIFIED//FOR PUBLIC RELEASE







COMMENTS: b(2)
1.  b(2) b(1), b(6)

UNCLASSIFIED//FOR PUBLIC RELEASE





UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) |
| GEORGE WALKER BUSH, *et al.*, | ) ) |
| Respondents. | ) ) ) ) |

Civil Action No. 05-CV-02386 (RBW)

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE



SERIAL: b(2) ███████

COUNTRY: b(2) AFGHANISTAN (AF); PAKISTAN (PK).

IPSP: b(2) ██████████

SUBJ: b(2) █████████     b(1) ██████████████████
b(1) ██████████████     b(2)

WARNING: b(2) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.
REPORT b(2) ██████████

------------------------------------------------------------
                    DEPARTMENT OF DEFENSE
------------------------------------------------------------
DOI: b(2) ████████

REQS: b(2) █████████████████████████████
b(2) ██████████████

SOURCE: b(2)   b(1), b(2), b(6) ████████████████████████
b(1) ████████████████████████████████████████

b(1), b(5) ████████████████████████████████

SUMMARY: b(2)   b(1), b(6) ███████████████████████
b(1), b(6) ███████████████████████████████

TEXT: 1. b(2)   b(1) █████████████████████████████
b(1) ███████████████████████████████████
b(1), b(2) ███████████████████████
b(1), b(2) ████████   b(1), b(6) ██████████████████
b(1), b(6) ███████████
b(2)   b(1), b(6) ████████████████████████████████
b(1), b(6) ███████████████████████████
b(2)   b(1), b(6) █████████████████████████████
b(1), b(6) ████████████████████
b(2)   b(1), b(6) ██████████████████████
b(1), b(6) ███████████
b(2)   b(1), b(6) ██████████████████████████████
b(1), b(6) ██████████

b(2)   b(1), b(6) █████████████   b(1), b(6) ██████████   b(1), b(6)
b(1), b(6) ████████████████████████████████████████████
b(1), b(6) ████████████
b(1), b(6) ████████████████████████   b(1) ███████████████

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-02386 (RBW) |
| | ) |
| GEORGE WALKER BUSH, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE



b(2) ███████████████

b(2) ███████████

SERIAL: b(2) ████████████

COUNTRY: b(2) ██ MALDIVES (MV); PAKISTAN (PK).

IPSP: b(2) ██████████

SUBJ: b(2) ████       b(1) ████████████
b(1) ███████████       b(2)

WARNING: b(2) ██ THIS IS AN INFORMATION REPORT, NOT FINALLY
EVALUATED INTELLIGENCE.  REPORT b(2) █████████████
------------------------------------------------------------------------
                    DEPARTMENT OF DEFENSE
------------------------------------------------------------------------
DOI: b(2) ███████████

REQS: b(2) ████████████████

SOURCE: b(1), b(2), b(6) ███████████████
b(1), b(2), b(6) ████████       b(1)
b(1)
b(1)                       b(1), b(6)
b(1), b(6)                 b(1)
b(1)

SUMMARY: b(2) ███     b(1) ██████████████
b(1) ██████████████████████

TEXT: 1. b(2) ███     b(1) ████████████
b(1) ███████████████████████

b(2) ████     b(1) ██████████████
b(1) ███████████████████

b(2) ████     b(1) ██████████████
b(1) ████████████████████████

b(2) █████████████

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



Page 3 of 4

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

b(1), b(5)

b(2)

b(2), b(3)



b(2)

b(2)

Page 4 of 4

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) ) |
| Respondents. | ) ) ) |

b(2)

b(2)

b(2) ███████████████

CITE: b(2) █████████████

SERIAL: b(2) ███████████

COUNTRY: b(2) AFGHANISTAN (AF).

IPSP: b(2) ███████████████

SUBJ: b(2) ████████████████████ b(1)
b(1) █████████████████████████████ b(2) ███

WARNING: b(2) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.
REPORT b(2) ████████████████████

----------------------------------------------------------------
                        DEPARTMENT OF DEFENSE
----------------------------------------------------------------

DOI: b(2) ████████████

REQS: b(2) ███████████████████████████████████
b(2) ████████████

SOURCE: b(1), b(2), b(6) ████████████████████
b(1), b(2), b(6) b(1) ███████████████████████
b(1) █████████████████████████████████

b(1), b(5) ████████████████████████

SUMMARY: b(2) █████ b(1) █████████████████████████
b(1) ████████████████████████████████████████████

TEXT: b(2) █████ b(1) ████████████████████████████
b(1) ████████████████████████████████████

b(2)       b(1) █████████████████████████████████████
b(1) ███████████████████████████████████████

b(2)       b(1) ██████████████████████████████████████
b(1) ██████████████████████████████
b(2)       b(1) ███████████████████████████████
b(1) ███████████████████████████
b(2)       b(1) ████████████████████████████████████████
b(1) ████████████████████████████████████

b(2)       b(1) ████████████████████████████████████████
b(1) ███████████████████████████████████

UNCLASSIFIED//FOR PUBLIC RELEASE



UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) | |
| Respondents. | ) ) ) ) | |

b(2)

b(2)



CITE: ████████████

SERIAL: ████████████

COUNTRY: ████ AFGHANISTAN (AF); TAJIKISTAN (TI).

IPSP: ████████████

SUBJ: ████████████

WARNING: ████ THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED
INTELLIGENCE.   REPORT ████████

----------------------------------------------------------------
                    DEPARTMENT OF DEFENSE
----------------------------------------------------------------

DOI: ████████████

REQS: ████████████

SOURCE: ████████████

SUMMARY: ████████████

TEXT: 1. ████████████

2. ████████████



UNCLASSIFIED//FOR PUBLIC RELEASE



b(2)

pg 3 of 3