DECLASSIFIED FOR PUBLIC RELEASE   BY JS 24 DECEMBER 2008

███████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) ) |
| Petitioner, | ) ) ) |
| v. | ) )   Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) ) |
| Respondents. | ) ) ) |

ISN ███ CSRT Statement

DECLASSIFIED FOR PUBLIC RELEASE     BY JS 24 DECEMBER 2008

*The Tribunal President advised the Detainee that his 5 requested witnesses were not relevant to the Detainee's classification as an Enemy Combatant, because the witnesses would testify that the Detainee was a student from June 2000 to February 2001. The time frame that would be relevant would be after September 2001.*

*In response, the Detainee stated:*

If my memory is correct, the only time I spent in Pakistan was from June 2000 until February 2001. I wasn't there after February. I was captured. I was in Pakistan.

I was only there (Pakistan) for only 7 months. After that, I was captured in Pakistan. The whole thing was only 7 months.

<u>Detainee's Unsworn Statement</u>

*The Personal Representative read the Unclassified Summary of Evidence, point by point, and the Detainee addressed each point individually.*

- **3(a)(1)  The Detainee traveled to Afghanistan to fight in the Jihad.**

  I have never been to Afghanistan. I was only in Pakistan for an exact time period of 7 months to go to the University. My passport will educate that because it's all marked in my passport. My passport will prove that I was only in Pakistan once, from this period to that period, and I was captured at the end of that period, so how could I be in Afghanistan?

- **3(a)(2)  The Detainee avowed he would follow a fatwa that declared Jihad and would not question the guidance of his leader.**

  This statement has no foundation at all. The whole thing was with the interrogator, he said "If you were asked to participate in Jihad, or if one of your leaders asked you to do something, are you going to follow this fatwa?" My answer was negative. Absolutely no. I remember vividly that I told him I don't follow any specific person because I, ▮▮▮▮▮▮▮, have my own ideas and philosophy, which I respect and follow. I don't follow anybody else.

- **3(a)(3)  The Detainee affirmed that if a leader of his tribe ordered an attack on America, he would be bound by duty to obey.**

  This, I can answer from 2 aspects. The first point is, I don't belong to any tribe. As you know, the policy we follow in southern Yemen, there are no tribes or tribe leaders.

  Second, we [Detainee and Interrogators] were just discussing and talking about the tribal laws in Yemen. I remember vividly that he [interrogator] asked me "if a



DECLASSIFIED FOR PUBLIC RELEASE     BY JS 24 DECEMBER 2008

DECLASSIFIED FOR PUBLIC RELEASE    BY JS 24 DECEMBER 2008

tribe leader asks somebody to kill somebody or follow his order, do you think he would follow?" I said yes, he would follow. This is how the tribal laws go. I never said such a thing is related to me. Maybe the translator applied this statement to me just because I am Yemeni.

- **3(a)(4)  While in Afghanistan, the Detainee received training at the Al-Farouq training camp.**

  The answer to this is exactly the same as the one before. I've never been to Afghanistan.

- **3(a)(5)  The Detainee traveled to both Kandahar and the Tora Bora region of Afghanistan.**

  The same answer.

- **3(a)(6)  The Detainee was arrested by Pakistani authorities in Faisalabad, Pakistan, along with several others living in the same house, who were from Yemen, Saudi Arabia, Palestine, Libya, Russian and Pakistan.**

  This is true, but let me make this clear. It is a University dorm, so we have international students from all over the world, so it makes sense that we have so many different nationalities.

## Questions to Detainee by the Personal Representative

Q:    Please describe, for the Tribunal, the course of study you participated in.

A:    The study of the Koran. Just from the name of the University, Salifiyah University, it means study of the old science, but mainly the Koran. It is recognized by the Pakistani government. This university is not following any organization or anything. How could this title of "terrorist" be put on us, just like that?

      This is a simple and small university. I don't know why they are giving it such a big importance and big attention. It is just a simple, plain university.

      If it is proven that I was only at the university, it would, therefore prove that I have never been to Afghanistan. Most of the students escaped from this university. The oldest of them is not even 23. We are all in that age range.

      Even when we were captured in Pakistan, the person in charge came and told us we didn't have anything to worry about. He told us that our sheet was clean and we had nothing to worry about.



DECLASSIFIED FOR PUBLIC RELEASE    BY JS 24 DECEMBER 2008

DECLASSIFIED FOR PUBLIC RELEASE    BY JS 24 DECEMBER 2008

Again, this can show clearly that I was at the university and it will clearly show that I was in Pakistan only during this time of study.

### Questions to Detainee by Tribunal Members

Q:     When you were captured in Pakistan, did you have your passport with you?

A:     Yes.

Q:     Do you know what happened to it after that?

A:     They [unknown] brought me a copy over here.  It does exist.

Q:     Have you seen either the passport or a copy since you've been here?

A:     Yes, I saw a copy of it here.

### Questions to Personal Representative by Tribunal Members

Q:     Did you happen to see either the passport or a copy of it while you were preparing the case for the Detainee?

A:     No, I did not.

### Questions to Recorder by Tribunal Members

Q:     Are you aware if the passport is in contol of the U.S. government here in Guantanamo?

A:     No, sir, I'm not aware.

### Questions to Detainee by Tribunal Members

Q:     If we were to see a copy of your passport, what are the dates it would say you are in Pakistan?

A:     The date of my entry to Pakistan, the dates I have on my visa, they all exist there. Even in Pakistan, we were received by American investigators.  We were interrogated by American interrogators in Pakistan.

Q:     How long have you been here at the camp?

A:     I really don't know anymore, but most likely 2 to 2 ½ years.



DECLASSIFIED FOR PUBLIC RELEASE    BY JS 24 DECEMBER 2008

DECLASSIFIED FOR PUBLIC RELEASE    BY JS 24 DECEMBER 2008

Q:    Prior to coming here, you were held in Pakistan for a while?

A:    Two months.

Q:    Can you estimate roughly how many times you've been interrogated since you've been here?

A:    It is very difficult. There have been so many times I can't say a number.

Q:    The interrogators have asked you about your association with Al Qaeda?

A:    Yes, I believe so.

Q:    Have you told them the same thing that you are telling us? You have never been to Afghanistan.

A:    Yes.

Q:    Then why do you believe you are here?

A:    (Laughter) How can you ask me this question? This question should be asked to you.

Q:    You've been here almost 3 years. Surely the interrogators have given you an idea of why they believe you should be here.

A:    In Bagram, they told me I was definitely going to go home. They told us we were captured by mistake. We're still under the error.

Q:    Bagram is in Afghanistan, is it not?

A:    Yes, that is true.

Q:    So, how long were you in Afghanistan?

A:    Nineteen days.

Q:    So, after you were captured, you were in Pakistan for a while? Then you were in Afghanistan, and then here?

A:    They kept us for 2 months in Pakistan. Then they took us to Bagram, then to Kandahar and then here [Guantanamo Bay, Cuba].



Page 4 of 7

DECLASSIFIED FOR PUBLIC RELEASE    BY JS 24 DECEMBER 2008

DECLASSIFIED FOR PUBLIC RELEASE     BY JS 24 DECEMBER 2008

███████████

Q:     As I understand what you've told us today, the only reason you were in Pakistan is because you were a university student in Faisalabad?

A:     Yes, that is true.

Q:     Have you ever received any military training?

A:     You mean in Pakistan?

Q:     In Pakistan or before that.

A:     In Yemen, we don't really need any training.  Weapons are a normal part of life we see since we are kids.

Q:     Are you proficient in any particular types of weapons?

A:     We have traditional small swords that we keep here [across the chest] that is something everybody wears.  People carry them with them all day and sleep with them.  It's something normal.

Q:     Have you ever received training on rifles?

A:     We carry pistols on our sides.  No rifles, just pistols.

Q:     Did you have a weapon with you in Pakistan for personal protection?

A:     (Laughter)  Why would we need personal protection?  No, we didn't have anything.

Q:     How old are you?

A:     25

Q:     Were you arrested with other individuals?

A:     Yes.

Q:     Other university students?

A:     Yes, we were all university students and we were all captured in the same house.

Q:     Can you estimate the number?  How many were with you?

A:     Approximately 12-15.



Page 5 of 7

DECLASSIFIED FOR PUBLIC RELEASE     BY JS 24 DECEMBER 2008

DECLASSIFIED FOR PUBLIC RELEASE     BY JS 24 DECEMBER 2008

**Q:**   Was that the population of your university, or were there other houses with students?  Were you just a small element, or was that pretty much the student body?

**A:**   I don't know if there were other houses for students.  You'll have to ask the administration of the university.

**Q:**   How large was your university?  How many students?

**A:**   There were a lot of students, by the hundreds I would say.

**Q:**   Do you have any reason to suspect that the local authorities had a problem with your particular house?

**A:**   The problem is, they told us themselves that "we captured you by mistake and we are going to free you."

**Q:**   Do you know what may have happened to some of your fellow classmates?

**A:**   How?

**Q:**   I don't know, that's why I asked you.  If you don't know, that's fine.

**A:**   Do you mean the ones that were captured with me?

**Q:**   Yes.

**A:**   They are all here with me.

### Detainee's Unsworn Statement

There is one important piece of information.  If you determine that I was in Pakistan, this will determine that I was never in Afghanistan.  Since all of the accusations are based on that, that will clear that up.

For example, if ████ [Detainee] is here now.  It is impossible that one guard will come here and tell us that ████ [Detainee] is in the cell.  That means, definitely he [the guard] is lying because you can't split a man in two parts.

Even the interrogators in Pakistan told me that they have the proof that I was registered [as a student] and all that is true, so that means I was in Pakistan.  And he [interrogator] told me they came to the conclusion that we were effectively students at that university. It was very precise and determined.

DECLASSIFIED FOR PUBLIC RELEASE     BY JS 24 DECEMBER 2008

DECLASSIFIED FOR PUBLIC RELEASE    BY JS 24 DECEMBER 2008

So, if it has been proven I was at the university, there is no way I could be in Afghanistan. It has been proven. An interrogator told me and confirmed to me that they concluded and verified that we were students at that university.

This proof is solid and strong. The rest has no foundation whatsoever. This is all that I have.

## AUTHENTICATION

I certify the material contained in this transcript is a true and accurate summary of the testimony given during the proceedings.

Colonel, U.S. Marine Corps
Tribunal President

DECLASSIFIED FOR PUBLIC RELEASE    BY JS 24 DECEMBER 2008

DECLASSIFIED FOR PUBLIC RELEASE    BY JS 24 DECEMBER 2008

███████████

# DETAINEE ELECTION FORM

**Date:** 14 Sep 04

**Start Time:** 1400

**End Time:** 1450

ISN#: ██

Personal Representative: ████████        L/COL, USAF
(Name/Rank)

Translator Required? YES          Language? ARABIC

CSRT Procedure Read to Detainee or Written Copy Read by Detainee? YES

-------------------------------------------------------------

## Detainee Election:

[X]      **Wants to Participate in Tribunal**

[ ]      **Affirmatively Declines to Participate in Tribunal**

[ ]      **Uncooperative or Unresponsive**

## Personal Representative Comments:

Detainee will participate – to some extent.

Detainee has no lawyer/legal rep

Denies all allegations

Personal Representative: ████████████████████

████████████   EXHIBIT D-a

DECLASSIFIED FOR PUBLIC RELEASE    BY JS 24 DECEMBER 2008

DECLASSIFIED FOR PUBLIC RELEASE   BY JS 24 DECEMBER 2008

███████████

# DETAINEE ELECTION FORM

**Date:** _16 Sep 04_

**Start Time:** _0948_

**End Time:** _1006_

ISN#: ███

## Personal Representative Comments:

After contemplating the unclassified summary charges, Detainee has now requested 5 witnesses:

Witness #1 - ███████████

Witness #2 - ███████████

Witness #3 - ███████████

Witness #4 - ███████████

Witness #5 - ███████████

All these witnesses are among those referred to in the unclassified summary as living in the same house at time of arrest.

All are supposedly in the camp here at GITMO somewhere.  This needs research.

22 Sept – Final Interview  1845 -1920– Briefed denial of witness request.

    Letter from brother read to detainee as it is part of unclass. File.

███████████

DECLASSIFIED FOR PUBLIC RELEASE    BY JS 24 DECEMBER 2008

MEMORANDUM FOR THE RECORD

Date:  17 Sep 2004

Subject:  Witness Relevance for Detainee ISN ███

Detainee requested witnesses that could confirm his story
of being a student and never being in Afghanistan during
the period of June 2000 until February 2001.  These dates
and confirmation of status during this time would be
irrelevant to his actions and whereabouts after Sep 2001,
which would be the time frame for consideration in
determining his Enemy Combatant Classification.    Therefore
the witnesses requested by ISN ███ are considered to be not
relevant and will not be called.

Colonel USMC
Tribunal President

EXHIBIT D-B

DECLASSIFIED FOR PUBLIC RELEASE    BY JS 24 DECEMBER 2008

DECLASSIFIED FOR PUBLIC RELEASE   BY JS 24 DECEMBER 2008

███████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM,<br><br>          Petitioner,<br><br>     v.<br><br>GEORGE WALKER BUSH, *et al.*,<br><br>          Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-CV-02386 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

# ISN 689 CSRT Statement

███████████

DECLASSIFIED FOR PUBLIC RELEASE   BY JS 24 DECEMBER 2008

███████████

### Summarized Unsworn Detainee Statement

*The Tribunal President read the hearing instructions to the detainee. The detainee confirmed that he understood the process and had no questions.*

*The Recorder presented Exhibits R-1 and R-2 into evidence and gave a brief description of the contents of the Unclassified Summary of Evidence (Exhibit R-1).*

*The Recorder confirmed that he had no further unclassified evidence or witnesses and requested a closed Tribunal session to present classified evidence.*

*Tribunal President stated that the detainee wants to participate and has requested one witness.*

Tribunal President: ████████████████, I understand that you had requested a witness for today. The witness' name is ███████████, your brother. Is that correct?

Detainee: Yes.

Tribunal President: The Personal Representative informed me of this request earlier. I determined that your request was relevant. More specifically, the witness would provide relevant testimony for this tribunal. I requested the United States government attempt to locate your brother by contacting the Yemen government. The United States did contact the Yemen government, on or about 9 November 2004, about a month ago. As of today's date, the Yemen government has not responded to our request for assistance. Without the cooperation of the Yemen government, as Tribunal President I am forced to find the witness is not reasonably available. Mohammed Ahmed Salam, you may now present any evidence to the tribunal.

Detainee: I will not present, but my Personal Representative will speak on my behalf. I will just speak. I hear from the other young men in the prison, that these courts are lies, not just, that's the reason I am here, but I don't believe that, I want to speak for myself. Is there any evidence here. I have heard that there's classified evidence. So if you can say it now during this session, it would be preferable.

Tribunal President: You do have the assistance of the Personal Representative and I understand that you have discussed your statements with him earlier. And I do understand that the Personal Representative will read that statement to us today. And I want to make sure that the statement that he's providing, about previous discussions you had with him, are your statements. And as we continue, and the Personal Representative provides that statement, we would appreciate that you would either affirm that is what you said or, if you have any additional information that would be very helpful to this tribunal.

Detainee: I trust in the Personal Representative.

Tribunal President: Understood. I would like to ask if you would like to make your statement under oath, understanding that the statement that we will be receiving is through your Personal Representative. (To the translator) Was that difficult? Should I restate that?

ISN#689

███████

Page 1 of 7

████████████

Translator: Please.

Tribunal President: I would like to know if you would like to make your statement under oath. Would you like to make your statement under oath?

Detainee: Is he asking? There is no need for an oath.

Tribunal President: Just want to make sure you understand that you have the decision and the option to make your statement under oath to us today. An oath is a promise to tell the truth.

Detainee: I am telling the truth. If you are really going to say that I am innocent, to find that I'm innocent, then I will swear. If you are going to try me justly then I will take an oath right now.

Tribunal President: Recorder, please administer the appropriate oath.

*The Detainee did take the Muslim oath.*

Tribunal President: Before you begin, Personal Representative, there's one remark I would like to make to the detainee. You heard us make a promise to you, and to the tribunal that we do our best earlier. The three of us here have not seen any of your files. We may see classified and other information later, as the recorder has asked. And remembering our promise, we will consider all that information and make a decision if you had been classified as an enemy combatant. Regarding our definition of an enemy combatant, you were informed of that earlier this year. Any information that you can provide us today, if you wish, is very helpful to us as we consider your statement and what we may see later.

Detainee: Is that it?

Tribunal President: Yes, I just wanted you to be aware why we are here, and what we're going to do.

Detainee: I would like to make something clear to you.

Tribunal President: Please.

Detainee: When I first came here, when I hear the words all the words you said, I was very pleased with it. And when I heard the oath it seems that you'd be fair and just in my case. But, when I heard that there's classified statements, I knew that you would not be just in my case. If there is any classified evidence or classified statements present, then present them now so that I may answer them. If there is any trial, in any place, they present all the evidence so that the accused has the opportunity to answer. Thank you.

Tribunal President: Let me clarify that this is not a trial where we are looking for guilt or innocence. We are not judges. This is an administrative hearing, and we are going to determine if administratively, the government has classified you as an enemy combatant. And the

███████████

classification of information is a government decision. We do not have the ability to change that decision to allow you to see some information. And as you heard our promise we will study all information and determine if the government has administratively classified you properly. I understand your comment regarding seeing all the information as an accused. We appreciate your understanding that this may look like a criminal justice proceeding, but it is not. What makes this different than all the other chances you've had to talk to government individuals... Here you have been told what we think classifies you as an enemy combatant. You are free to choose what you want to tell us, we can't compel you or force you to tell us anything, and it is your choice. It was your choice to come here today. So, as I said before, this is the first chance to tell us anything, you would like to tell us about why the government considers you an enemy combatant. Would you like your personal representative to proceed with your previous statements?

Detainee: Yes.

Tribunal President: Thank you.

*The Personal Representative read the accusations to the detainee so that he could respond to the allegations. The allegations appear in italics, below.*

*3.a. The detainee is associated with forces that are engaged in hostilities against the United States and its coalition partners.*

*3.a.1. The detainee stated that he traveled from Yemen to Pakistan in May 2001.*

Personal Representative: (Reads from notes taken from previous interview with Detainee) He doesn't recall the exact date, but it was to get medical treatment. He had the correct passport and documents for his travel. If his brother were here, his brother would collaborate those facts.

*3.a.2. The Jama'at al-Tabligh organization paid for his travel to Pakistan.*

Personal Representative: (Reads from notes taken from previous interview with Detainee) This organization did not pay for his trip; a generous person paid for it. His brother would collaborate if he were here, that he was not involved with this organization.

*3.a.3. Jama'at al-Tabligh, a Pakistani-based-Islamic-missionary organization, is being used as a cover to mask travel and activities of terrorists, including members of al Qaida.*

Personal Representative: (Reads from notes taken from previous interview with Detainee) He has nothing to do with this organization. His brother knows that he never joined any organization whatsoever. His brother knows that he does not know terrorists, that he has never been in jail, and has the best reputation in Yemen. His brother also knows, that he doesn't like problems, and always stayed away from trouble.

████████

*Personal Representative stated the detainee addressed items 3.a.4. through 3.a.7. in the statement below.*

*3.a.4. The detainee stayed at the al Qaida* ████ *guesthouse in the early summer of 2001.*
*3.a.5. The detainee stayed at the* ████ *guesthouse in Kandahar, Afghanistan in late summer of 2001.*
*3.a.6. The* ████ *guesthouse is where trained Mujahidin reside.*
*3.a.7. The detainee was at al Farouq during the summer of 2001.*

Personal Representative: (Reads from notes taken from previous interview with Detainee) About the statement concerning that he stayed in ████████ guesthouses in Afghanistan, and Al Farouq, he will swear under oath that this unclassified summary of evidence is the first time he heard of staying at the guesthouses. He never went to those places. He never went to Afghanistan and has never been to al Farouq. In fact item one accuses him of going to Pakistan and item eight states that he was arrested in Pakistan, so how could he be in Afghanistan.

Detainee: I have proof to this, with what the Personal Representative just said. Regarding what you said about me being in Afghanistan, the last point, I would like you to go to everyone who is here in this prison, who has been to Afghanistan at that time, and ask them if they have ever seen me in Afghanistan. This is the proof.

*3.a.8. The detainee was arrested in Pakistan by Pakistani police during a house raid.*

Personal Representative: (Reads from notes taken from previous interview with Detainee) That is correct. But to this day he still does not know why he they arrested him. That is all.

Personal Representative asks detainee: Did you have any corrections to make or anything additional?

Detainee: No, that was very good, very good. Only the last point that I mentioned, I wasn't able to say that to you in the last meeting.

*The Personal Representative and the Recorder had no further questions.*

Tribunal Members' questions

Q. What medical treatment did you go to Pakistan for?
A. I went through a surgical procedure in Yemen to remove some skin from my nose. I was told that the operation was not a success and that new skin had grown instead, so I went to Pakistan.

Q. Will you give us the name of the generous person who paid for your travel?
A. Really, I don't remember.

Q. Do you remember the date when you were picked up, arrested in Pakistan? Or how long were you in Pakistan before you were arrested?

ISN#689
████
Page 4 of 7

DECLASSIFIED FOR PUBLIC RELEASE    BY JS 24 DECEMBER 2008

A. Maybe eight or nine months.

Q. Why did you go for an operation and then stayed for eight or nine months?
A. You have it in the interrogation.

Q. Was anybody else at the house before you were arrested?
A. Yes.

Q. Were they arrested too?
A. Yes.

Q. Are they here in prison, or did they get let go, do you know?
A. Yes, they are in prison here.

Q. Can you give us their names?
A. No. You have everything in the file.

Tribunal Member: We don't know what the file says. The recorder chooses what we can see. We can't go look in a file and start peeking at what people may have said about you. Maybe I can guess what's in the file. There may be a statement from somebody who said, I saw him in Afghanistan. And, then, I have to decide. You said you weren't in Afghanistan, he said you were. I don't know your culture very well, but the reason why my fellow member asked you about who paid is because, in our culture people just don't step up and say, I'll pay for this trip for you.

Detainee: In our culture, in Islam, there is such a thing.

Tribunal Member: That is what I wanted to ask you, is that unusual for someone in your culture to pay, and you just explained that.

Detainee: Yes, this is something very normal. Indeed, it is an obligation for any Muslim who is rich to pay for someone who is poor. And, if I were going to mention the name, I can mention it, but I will not mention it.

Q.: Again, culture question. Is it common for people to go to Pakistan for medical treatment?
A.: Very normal.

Q.: Are you married?
A.: No.

Q.: How old are you?
A.: Possibly, now, maybe twenty-four.

Q. While you were in Pakistan for that eight months did you ever work?
A. No.

DECLASSIFIED FOR PUBLIC RELEASE    BY JS 24 DECEMBER 2008

DECLASSIFIED FOR PUBLIC RELEASE     BY JS 24 DECEMBER 2008

██████████████

Q. During that eight-month period did you have a close friend that could verify that you were in Pakistan?
A. Yes, there is.

Q. Can you give me the name?
A. His name is ███████████. I don't remember his full name.

Q. Are you a Mujahidin fighter?
A. No.

Q. Where did you receive the medical treatment in Pakistan?
A. Karachi.

Q. Do you remember the name of the medical clinic or hospital?
A. No, I don't remember. If it was in Arabic I would've remembered, but I don't.

Q. Where were you staying while you being treated, at the clinic or at in another place?
A. In another place.

Q. When you were arrested by the Pakistani police, did you have your passport and other papers?
A. Yes.

Q. Did you get your nose fixed or treated properly?
A. I got the treatment but, I did not undergo the operation, until now, the skin is there.

*The Tribunal President confirms that the detainee had no further evidence or witnesses to present to the Tribunal. The Tribunal President explains the remainder of the Tribunal process to the detainee and the detainee has one question.*

Detainee: I have a question. If there is classified evidence is to be presented, it should be presented in front of me, so I can see it, and make sure it is correct. Is that possible, or no?

Tribunal President: I understand your request, and it is not possible as it is not releasable to you. And I stated earlier that we do not have the authority to change that classification. Your Personal Representative has seen the information and will bring any information that we need to know about your possible improper classification, he will bring it our attention.

Detainee: Yes, but maybe this evidence is a lie.

Tribunal President: Yes, I understand your concern.

*Tribunal President continues on with the remainder of the process instructions and adjourns the tribunal.*

ISN#689
██████████
Page 6 of 7

DECLASSIFIED FOR PUBLIC RELEASE     BY JS 24 DECEMBER 2008

DECLASSIFIED FOR PUBLIC RELEASE    BY JS 24 DECEMBER 2008

## AUTHENTICATION

I certify the material contained in this transcript is a true and accurate summary of the testimony given during the proceedings.

Colonel, USAF

Tribunal President

DECLASSIFIED FOR PUBLIC RELEASE    BY JS 24 DECEMBER 2008

DECLASSIFIED FOR PUBLIC RELEASE   BY JS 24 DECEMBER 2008

███████████

## DETAINEE ELECTION FORM

**Date:** 1 Nov 2004

**Start Time:** 1335

**End Time:** 1415

**ISN#:** 689

**Personal Representative:** ███████████, LT COL
(Name/Rank)

**Translator Required?** YES          **Language?** ARABIC

**CSRT Procedure Read to Detainee or Written Copy Read by Detainee?** YES

----------------------------------------------------------------

## Detainee Election:

[X]   **Wants to Participate in Tribunal**

[ ]   **Affirmatively Declines to Participate in Tribunal**

[ ]   **Uncooperative or Unresponsive**

## Personal Representative Comments:

Will attend but wants a day to think about witnesses.  Wants both PR and himself to speak at tribunal.  Detainee did not feel well so he wanted to go back to his cell.  Said he wants to explain the items in the Summary of Evidence to the PR but wants to do it at a later date.  PR will schedule a follow up.

5 Nov 04: Detainee requests one out-of-camp witness, his brother and no other documentary evidence.  Requests PR read statements to each piece of evidence, and detainee will fill in any missing pieces and answer questions.  Detainee will take oath.

Personal Representative: ███████████████

███████████

Exhibit D-a

DECLASSIFIED FOR PUBLIC RELEASE    BY JS 24 DECEMBER 2008

███████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) |
| Respondents. | ) ) ) |

ISN ██ CSRT Statement

DECLASSIFIED FOR PUBLIC RELEASE    BY JS 24 DECEMBER 2008

DECLASSIFIED FOR PUBLIC RELEASE     BY JS 24 DECEMBER 2008

**Detainee Notes during initial and follow-on interview**

1.        The detainee is a Russian national who voluntarily traveled to Afghanistan via Dushanbe, Tajikistan through Kunduz, Afghanistan; to Mazir-E-Sharif, Afghanistan; to Kabul, Afghanistan; and finally to Kandahar, Afghanistan in February 2000.

Heres my story from start to finish.

- I was a good soldier in Russia...... got awards...... got praise from general

- Converted to Islam and trouble began..... fellow soldier beaten....

- KGB wanted me to spy on Muslims, I refused

- KGB got me fired, I left military

- I fled to Tajikistan, tried to do it legally, but they wouldn't give me papers

- From Tajikistan, wanted to go to Muslim country so I went to the Tajistan Opposition party office for help in transporting me to Afghanistan.

- I missed the bus and they provided me and other civilians with a helicopter ride to Afghanistan to include women children and businessman.  They brought me with Uzbeks they had gathered up.

- When I arrived in Afghanistan, they wanted to check my background because they thought I was KGB

- I was involuntarily being brought from place to place within Afghanistan.  I did not speak the language, had no money, had no passport and I was being suspected of being KGB.  I was also sick with Hepatitis B

- I did not speak the language, had no money, no passport and was suspected of being KGB.  Also, I was sick

- I was captured in Pakistan and sent to Bagram

- In Bagram, I heard some prisoners were being tortured

- I heard that conditions in Cuba were better than Bagram and Russia so I made up a Big Story to be of interest to CIA to guarantee I would come here

- After I was in Cuba, I wanted to wait a long time to tell story so they wouldn't send me back to Bagram or Russia

Exhibit D-b

DECLASSIFIED FOR PUBLIC RELEASE     BY JS 24 DECEMBER 2008

DECLASSIFIED FOR PUBLIC RELEASE   BY JS 24 DECEMBER 2008

2.  The detainee was in the training camp of the Islamic Movement of Uzbekistan, which was located in Mazir-E-Sharif, Afghanistan.

> I wasn't in that training camp. Nearby, there was a village. I was being held at a civilian place near the camp involuntarily. They had me do small jobs such as maintenance and electrical wiring. Also, I was a former Russian officer, what could they teach me.... I could teach them.

3.  The Islamic Movement of Uzbekistan is a known terrorist group.

> I was not part of the IMU. I'm not Uzbek, I don't speck the Uzbek language. I justed ended up being with them so I could get transportation to Afghanistan. Since I couldn't understand the language, I just followed them around and followed their procedures.

4.  The detainee received training at the Islamic Movement of Uzbekistan training camp on infantry equipment and how to make and use explosives.

> No, I didn't.  I only spoke Russian.

5.  The detainee was at the al Farouq camp and was trained on explosives, chemicals, pistols and rifles plus assassination methods.  He also trained on how to make poisons at the ▉▉▉▉▉ camp outside of Kabul.

> No, I will explain. Uzbeks and Arabs had a conflict; they did not like each other. I don't know Arabic or English. I only speak Russian, so how could I take the training if the only language I know is Russian. Just a little evidence that I could not do all those things.

6.  The detainee observed Usama Bin Laden while at the training camp and listened to his speeches on politics and religion.

> In order to understand Usama Bin Laden, I would have to understand Arabic. I only understand Russian. So there is no way.

7.  The detainee was at the al Farouq camp on 11 September 2001.

> I never went to al Farouq

8.  The detainee fled Afghanistan following the U.S. bombing campaign and was arrested by Pakistani police in a safehouse in Faisalabad, Pakistan, approximately four months later.

> Yes. I jointed the people running and even the guards who were guarding me were running so I just followed them. I didn't know the language, I didn't know the place, I just went with the other refugees.

b(2)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AHMED           )
SALAM,                   )
                         )
          Petitioner,    )
                         )
     v.                  )     Civil Action No. 05-CV-02386 (RBW)
                         )
GEORGE WALKER BUSH, *et al.,*   )
                         )
          Respondents.   )
                         )

b(2)

b(2)



b(2)

b(2)

b(2)                                    **Title:** b(2)

**Narrative:**
SUBJ: b(2)                              b(2)

SERIAL: b(2)
SUMMARY: b(1), b(2), b(6)
b(1), b(2), b   b(1)
b(1)

b(1)                            b(1), b(5)
TEXT: b(2)
1. b(2) PERSONAL DATA--
1A. NAME: b(1), b(6)
1B. SRCNO: b(2)
1C. SRCNOL: b(2)
1D. SRCNO2: b(2)
1E. SRCNO3: b(2)
1F. CITIZEN: b(1)
1G. BIRTCITY: b(1), b(6)
1H. BIRTCTRY: b(1), b(6)
1I. BIRTDT: b(1), b(6)
1J. PCO: b(2)
1K. LEFTDT: b(2)
1L. INITCTDT: b(2)
1M. LASTCTDT: b(2)
1N. LASTCTRY: b(2)
1O. LANGCOMP: b(2)
2. b(2) EDUCATION--
2A b(2 b(1), b(2)
b(1), b(2)
2B b(2 b(1), b(2)
b(1), b(2)
3. b  EMPLOYMENT--
3A b  b(1), b(2)
3B. (2)
3C
3D
4. b  MIL SERVICE b(1)
5. (2) SPECIFIC KNOWLEDGEABILITY--

b(1), b(2)

b(1), b(2)

5c b(2)        b(1), b(2), b(6)
b(1), b(2), b(6)

b(1), b(2), b(5), b(6)

b(1), b(2), b(5), b(6)

b(2)

Exhibit 813

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

b(2)

b(1), b(2), b(5), b(6)

b(1), b(2), b(5), b(6)

b(1), b(2), b(5), b(6)

b(1), b(2), b(5), b(6)

b(1), b(2), b(5), b(6)

b(1), b(2), b(5), b(6)

b(1), b(2), b(5), b(6)

b(1), b(2), b(5), b(6)

5N. b(2) EDUCATION (PARAGRAPH 2) CONTINUED. b(1)
b(1)

5O. b(2) EMPLOYMENT (PARAGRAPH 3) CONTINUED. b(1), b(6)
b(1), b(6)

5P. b(2) MIL SERVICE (PARAGRAPH 4) CONTINUED. b(1), b(2)
b(1), b(2)

5Q. b(2) ROUTE OF INGRESS. b(1), b(6)

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

b(2)

b(1), b(6)

5R. b(2) ROUTE OF EGRESS. b(1), b(6)
b(1), b(6)                         b(1)
b(1)

5S. b(2) b(1), b(6)
b(1), b(6)

5T. b(2) ALIAS USED b(1), b(6)
b(1), b(6)

5U. b(2) TRIBE AND MOSQUE AFFILIATIONS. b(1), b(6)
b(1), b(6)

6. b(2) COLLECTOR'S COMMENTS:

6A. b(2) b(1), b(5)
b(1), b(5)
b(1), b(5)

6B. b(2) b(1), b(2)
b(1), b(2)
b(1), b(2)                         b(1), b(6)
b(1), b(6)

6C. b(2) b(1)
b(1)

b(1)

b(1), b(2)

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

b(2)

b(2), b(3)

b(2)

b(2)

b(1), b(2)

b(2)

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MOHAMMED AHMED
SALAM,

    Petitioner,

    v.

GEORGE WALKER BUSH, *et al.*,

    Respondents.

Civil Action No. 05-CV-02386 (RBW)

ISN 689    b(2)

b(2)



b(2)

b(2)

SUBJ: b(2)   b(2)   - b(2)

SERIAL: b(2)

SUMMARY: b(1), b(2), b(6)

b(1), b(2), b(6)   b(1)

b(1)

b(1)   b(1), b(5)

TEXT: b(2)

1. b(2) PERSONAL DATA--

1A. NAME-- MOHAMMED AHMED ((SALAM))

1B. SRCNO-- b(2)

1C. SRCNO1-- ISN b(2) -00689 b(2)

1D. SRCNO2-- b(2)

1E. SRCNO3-- b(2)

1F. CITIZEN-- b(1)

1G. BIRTCITY-- b(1)

1H. BIRTCTRY-- b(1)

1I. BIRTDT-- b(2)

1J. PCO-- b(2)

1K. LEFTDT-- b(2)

1L. INITCTDT-- b(2)

1M. LASTCTDT-- b(2)

1N. LASTCTRY-- b(1)

1O. LANGCOMP-- b(2)

2. b(2) EDUCATION-

2A. b(2) b(1), b(2)

3. b EMPLOYMENT-- b(1)

4. (2) MIL SERVICE -- b(1)

5. SPECIFIC KNOWLEDGEABILITY--

5A. b(2)   b(1), b(2), b(5)

b(1), b(2), b(5)

5B. b(2)   b(1), b(2), b(5)

b(1), b(2), b(5)

b(1), b(2), b

5C. b(2)   b(1), b(2), b(5)

b(1), b(2), b(5)

5D. b(2) ROUTE OF INGRESS. . b(2)   b(1), b(6)

b(1), b(6)

DMO Exhibit 15
Page 1 of 2

b(2)



5G. b    ALIASES USED. b(1)

6. b(2) COLLLECTOR'S COMMENTS--

DMO Exhibit 15
Page 2 of 2

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MOHAMMED AHMED
SALAM,

        Petitioner,

        v.

GEORGE WALKER BUSH, *et al.,*

        Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 05-CV-02386 (RBW)

b(2)

b(2)







b(1), b(6)

b(1), b(6)          b(1), b(2), b(6)
b(1), b(2)

10. b(2)    b(1), b(6)
b(1), b(2), b(6)

b(2)

3. b(2) POC THIS MESSAGE IS b(2), b(3)
b(2)

SECRET//█████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                                    )
MOHAMMED AHMED                      )
SALAM,                              )
                                    )
         Petitioner,                )
                                    )
    v.                              )    Civil Action No. 05-CV-02386 (RBW)
                                    )
GEORGE WALKER BUSH, et al.,         )
                                    )
         Respondents.               )
                                    )
                                    )
```

## SAP20020404000045 (April 4, 2002)

SECRET//█████

UNCLAS

WARNING: TOPIC: INTERNATIONAL POLITICAL, TERRORISM, URGENT

SERIAL: SAP20020404000045
PASS: ATTN WIRE SELECT

COUNTRY: PAKISTAN, UNITED STATES

SUBJ: PAKISTAN: ARRESTED AL-QA'IDA MEN WERE PLANNING ATTACKS
ON US INTERESTS

SOURCE: KARACHI DAWN (INTERNET VERSION-WWW) IN ENGLISH 04 APR
02

TEXT:

[REPORT BY SHAMSUL ISLAM NAZ: "PLAN TO HIT US INTERESTS FOILED:
FAISALABAD RAID AGAINST AL QAEDA"]
[FBIS TRANSCRIBED TEXT] FAISALABAD -- A SPECIAL TEAM OF AMERICAN
AND LOCAL LAW ENFORCEMENT AGENCIES HAS SUCCEEDED IN
EXTORTING VITAL INFORMATION FROM THE AL QAEDA MEMBERS
ARRESTED DURING THURSDAY'S OPERATION JOINTLY CONDUCTED IN THE
CITY BY THE FBI AND THE LOCAL POLICE.

WELL-PLACED SOURCES REVEALED ON WEDNESDAY THAT AL QAEDA
LEADERS WERE PLANNING ATTACKS ON AMERICAN INSTALLATIONS AND
EMBASSIES IN VARIOUS COUNTRIES THROUGH A WELL ORGANIZED
NETWORK. THE PLAN HAD BEEN FINALIZED BUT BEFORE IT COULD BE
EXECUTED THE AL QAEDA MEN WITH THEIR CHIEF ABU ZUBAYDAH WERE
ARRESTED.

ABU ZUBAYDAH, SOURCES SAID, PROVIDED VITAL INFORMATION TO
INVESTIGATORS AT A SECRET PLACE IN PUNJAB ABOUT THOSE
PAKISTANIS WHO HAD TAKEN PART IN THE AFGHAN WAR AND WHO HAD
NOW RETURNED HOME, AWAITING INSTRUCTIONS FROM THE CENTRAL
COMMAND OF AL QAEDA AND TALIBAN LEADERS.

DURING THURSDAY'S OPERATION IN FAISAL TOWN, SOURCES SAID, THE
RAIDING TEAM FOUND A COMPUTER NETWORK CONTAINING SENSITIVE
INFORMATION ABOUT THE LISTS OF AL QAEDA LEADERS AND ACTIVISTS,
THEIR MAILING ADDRESSES IN VARIOUS COUNTRIES AND SOME HINTS
ABOUT PLANS.

SOURCES SAID THE BUSH ADMINISTRATION HAD CONVEYED TO THE
PAKISTAN AUTHORITIES ABOUT ITS INTENTION TO SHIFT ALL 19 AL

QAEDA MEMBERS ARRESTED AT FAISAL TOWN TO GUANTANAMO BAY
FOR INTERROGATION. SO FAR THE PAKISTAN GOVERNMENT HAS NOT
OFFICIALLY GIVEN ANY INDICATION FOR MEETING THE US DEMAND. THE
ISSUE IS BEING DISCUSSED AND A DECISION IS EXPECTED DURING THE
NEXT 24 HOURS.

SOURCES SAID THAT ABU ZUBAYDAH, 31, WAS INJURED IN THE SHOOTOUT
DURING THE OPERATION AND IS BEING GIVEN MEDICAL AID UNDER TIGHT
SECURITY OF THE FBI PERSONNEL. HE IS OUT OF DANGER AND TWO
DOCTORS OF A SECRET NATIONAL AGENCY HAVE BEEN DEPUTED FOR HIS
TREATMENT.

FOLLOWING A CLEAR-CUT CLAIM BY THE BUSH ADMINISTRATION ABOUT
THE ARREST OF ABU ZUBAYDAH, FOREIGN REPORTERS THRONGED
FAISALABAD AND WERE SEEN VISITING THE HOUSES OF THOSE ARRESTED
DURING THE THURSDAY'S RAID.

ACCORDING TO AMERICAN AGENCIES, ABU ZUBAYDAH TOOK OVER AS AL
QAEDA'S CHIEF OF MILITARY OPERATIONS AFTER THE MAN IN CHARGE,
MUHAMMAD ATEF, WAS KILLED IN AMERICAN BOMBING OF
AFGHANISTAN IN NOVEMBER.

A LOCAL POLICE OFFICER, REQUESTING ANONYMITY, TOLD DAWN THAT
ANOTHER OPERATION WOULD BE LAUNCHED IN FAISALABAD AND SOME
NEIGHBOURING TOWNS TO ARREST THE JIHADIS.

SOURCES SAID THE SECRET AGENCIES HAD ALSO FOUND SOME PRINTED
MATERIAL FROM THE HIDEOUT OF ALLEGED TERRORISTS INSCRIBED
WITH NAMES AND ADDRESSES OF YOUTHS WHO HAD TAKEN PART IN WAR
AGAINST AMERICA.

[DESCRIPTION OF SOURCE: KARACHI DAWN IN ENGLISH -- INTERNET
VERSION OF MOST WIDELY-READ ENGLISH-LANGUAGE DAILY]
THIS REPORT MAY CONTAIN COPYRIGHTED MATERIAL. COPYING AND
DISSEMINATION IS PROHIBITED WITHOUT PERMISSION OF THE COPYRIGHT
OWNERS.
(ENDALL)

~~SECRET~~//█████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) )   Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) |
| Respondents. | ) ) ) |

## SAP20020330000051 (March 30, 2002)

~~SECRET~~/█████

CENTRAL LEADERS, TWO OF THEM WERE IDENTIFIED AS SALAR OBU OBAID AND NOORUDDIN SON OF SAIFUDDIN, WHO ALSO SUSTAINED INJURIES DURING THE SHOOTING.

THE FAISAL TOWN BUNGALOW WHERE THE SHOOTING TOOK PLACE WAS CONSTRUCTED RECENTLY BY A LOCAL TRAVEL AGENT MUHAMMAD SHAHBAZ, WHO WAS LATER PICKED UP BY THE RAIDING TEAM. ONE OF THE ARRESTED ARAB REPORTEDLY INTRODUCED HIMSELF TO SHAHBAZ AS A SYRIAN-BASED INVESTOR AND RENTED HIS HOUSE.

AT THE TIME OF THE RAID, 19 ALLEGED AL-QAEDA MEMBERS WERE SLEEPING IN DIFFERENT BEDROOMS. THEY WOKE UP WHEN THE RAIDING PARTY FORCED ITS ENTRY INTO THE HOUSE BY SCALING THE BOUNDARY WALLS.

THE RAIDING TEAM, AFTER AN EXTENSIVE SEARCH OF THE BUNGALOW, TOOK AWAY ENTIRE DOCUMENTS, COMPUTERS, OVER THREE DOZEN DISCS, A NUMBER OF TELEPHONE SETS, MOBILE PHONES, AND EVEN CLOTHES AND OTHER BELONGINGS.

A SHOOTOUT ALSO OCCURRED IN THE BUNGALOW IN WHICH ABDUL HASNAT OF SYRIA AND AN UNKNOWN ARAB DIED. THE POLICE, HOWEVER, INSISTS THAT ONLY ONE PERSON WAS KILLED.

DURING A VISIT TO THE HOUSE, THIS CORRESPONDENT FOUND 10 NAMES - - DAWOOD, KAMIL, OSAMA, ANEES, LAHI, SABHOO, MURAD, AL-MUJAHID, ASAD, AND BADAR - WRITTEN ON THE WALL OF ONE OF THE ROOMS. THE RAIDING TEAM REPORTEDLY TOOK PICTURES OF THIS PORTION OF THE WALL.

DURING RAIDS IN OTHER PLACES IN THE CITY, NO FOREIGNER WAS FOUND. IN ALL RAIDS THE FBI MEMBERS REPORTEDLY CARRIED PHOTOGRAPHS OF A "MOST WANTED PLANNER OF AL-QAEDA". ACCORDING TO PEOPLE WHO WERE RELEASED SHORTLY AFTER THEIR ARREST ON THURSDAY, THE PHOTOS SHOWN TO THEM BY FBI PERSONNEL WERE OF ONE PERSON BUT IN DIFFERENT GET-UPS.

AN INSIDER TOLD THIS CORRESPONDENT THAT THE PHOTOGRAPH WAS OF MUHAMMAD ZAHID. ENGINEER BY PROFESSION AND PAKISTANI NATIONAL, ZAHID, IT IS BELIEVED, IS PASSING INSTRUCTIONS AND MESSAGES TO SOME AL-QAEDA MEMBERS AND ALSO MAKING ARRANGEMENTS IN VARIOUS CITIES OF PAKISTAN FOR THEIR HIDING.

FBI ALSO SUSPECTS THAT ZAHID HAS SECRETLY VISITED VARIOUS CITIES OF PAKISTAN, INCLUDING FAISALABAD, LAHORE, ISLAMABAD AND BAHAWALPUR.

'NO FBI AGENT' [SUBHEAD]

LAHORE, MARCH 29: THE INSPECTOR GENERAL, PUNJAB POLICE, MALIK
ASIF HAYAT ON FRIDAY SAID NO FBI AGENT OR COMMANDO WAS
INVOLVED IN THURSDAY'S OPERATION AGAINST TERRORISTS IN LAHORE
AND FAISALABAD.

TALKING TO APP, HE SAID: "PUNJAB POLICE, ELITE FORCE ALONG WITH
CID AND ANOTHER NATIONAL AGENCIES JOINTLY CONDUCTED THE RAIDS
AND ARRESTED TERRORISTS FROM THE TWO CITIES."
[DESCRIPTION OF SOURCE: KARACHI DAWN IN ENGLISH -- INTERNET
VERSION OF MOST WIDELY-READ ENGLISH-LANGUAGE DAILY]
THIS REPORT MAY CONTAIN COPYRIGHTED MATERIAL. COPYING AND
DISSEMINATION IS PROHIBITED WITHOUT PERMISSION OF THE COPYRIGHT
OWNERS.
(ENDALL)

UNCLAS

WARNING: TOPIC: DOMESTIC POLITICAL, INTERNATIONAL POLITICAL, TERRORISM, URGENT

SERIAL: SAP20020330000051
PASS: ATTN WIRE SELECT

COUNTRY: PAKISTAN, UNITED STATES

SUBJ: PAKISTAN: NABBED AL-QA'IDA MEN SAID USING SOPHISTICATED COMMUNICATION NETWORK

REF: 1. PAKISTAN: CRACKDOWN ON AL-QA'IDA NETWORK SUSPENDED; UBL'S AIDE AMONG 65 HELD SAP20020330000023 ISLAMABAD THE NEWS (INTERNET VERSION-WWW) ENGLISH 30 MAR 02 2. PAKISTAN: POLICE CHIEF SAYS NO FOREIGN AGENCIES INVOLVED IN ANTI-TERRORIST RAIDS SAP20020329000087 ISLAMABAD PAKISTAN TV 1 URDU 1600 GMT 29 MAR 02

SOURCE: KARACHI DAWN (INTERNET VERSION-WWW) IN ENGLISH 30 MAR 02

TEXT:

[REPORT BY SHAMSUL ISLAM NAZ: "FAISALABAD CRACKDOWN TERMED 'SUCCESSFUL' "]
[FBIS TRANSCRIBED TEXT] FAISALABAD, MARCH 29: THURSDAY'S OPERATION IN WHICH 46 WANTED PEOPLE WERE ARRESTED FROM HERE IS BEING TERMED "MOST SUCCESSFUL HUNT" OF AL-QAEDA MEMBERS IN PAKISTAN..

A HIGHLY PLACED SOURCE TOLD THIS CORRESPONDENT HERE ON FRIDAY THAT DURING THE MAIN **RAID** CONDUCTED AT A HOUSE IN **FAISAL TOWN** FBI AND POLICE SUCCEEDED IN ARRESTING 'MOST-WANTED' AL-QAEDA MEN, STATED TO BE MAIN CHARACTERS IN REGROUPING AL-QAEDA COMMAND ABROAD.

THE SOURCE FURTHER REVEALED THAT THE ARRESTED PERSONS HAD ESTABLISHED A SOPHISTICATED "COMMUNICATION NETWORK" FOR PASSING INFORMATION TO VARIOUS DESTINATIONS ABOUT THEIR ACTIVITIES, UNITY AND IMPLEMENTING THEIR SECRET PLANS. THE ENTIRE NETWORK WAS TAKEN INTO CUSTODY BY THE RAIDING TEAM FOR SCANNING SOME 'VITAL INFORMATION', SOURCE ADDED.

HE SAID THE FBI MEMBERS WERE HAPPY OVER THE ARREST OF THREE SUSPECTS THEY HAD BEEN SEARCHING FOR. STATED TO BE AL-QAEDA'S

SECRET//▮▮▮▮▮

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AHMED
SALAM,

    Petitioner,

    v.

GEORGE WALKER BUSH, *et al.*,

    Respondents.

Civil Action No. 05-CV-02386 (RBW)

SAP20020408000048 (April 8, 2002)

SECRET//▮▮▮▮▮

UNCLAS

WARNING: TOPIC: DOMESTIC POLITICAL, INTERNATIONAL POLITICAL, TERRORISM, URGENT

SERIAL: SAP20020408000048
PASS: ATTN WIRE SELECT

COUNTRY: AFGHANISTAN, LIBYA, PAKISTAN, SUDAN, SYRIA, UNITED STATES,
WEST BANK & GAZA STRIP, YEMEN

SUBJ: PAKISTAN: REPORT DISCLOSES DETAILS OF 'SURPRISE' RAIDS ON AL-QA'IDA MEN

SOURCE: KARACHI DAWN (INTERNET VERSION-WWW) IN ENGLISH 08 APR 02

TEXT:

[REPORT BY QUDSSIA AKHLAQUE: "UNDISCLOSED FACTS OF CRACKDOWN ON AL QAEDA MEN"]
[FBIS TRANSCRIBED TEXT] ISLAMABAD -- THE UNDISCLOSED DETAILS OF THE RECENT COUNTRY-WIDE CRACKDOWN ON AL QAEDA MEN SHOW THAT THE SUCCESS OF THE ENTIRE OPERATION, 'LA HOLLYWOOD THRILLER,' LAY IN THE FACT THAT ALL THE 13 'LIGHTENING' RAIDS WERE EXECUTED SIMULTANEOUSLY IN FAISALABAD, LAHORE AND KARACHI AT 2.00AM WITH ALL SUSPECTS CAUGHT OFF GUARD.

THE ENTIRE OPERATION TO HUNT DOWN AL QAEDA SUSPECTS WAS BASED ON THE INTELLIGENCE GATHERED BY THE US AGENCIES AND HAD PUNJAB ELITE FORCE, COMPRISING POLICE COMMANDOS, ACTING THE PART OF FBI SWAT [SPECIAL WEAPONS AND TACTICS] TEAMS.

SENIOR INTELLIGENCE SOURCES IN CHARGE OF THE 13 RAIDS TOLD DAWN ON SATURDAY THAT THE US AUTHORITIES HAD NOW CONFIRMED TO PAKISTAN THAT THE INJURED CAPTIVE FROM ONE OF THE NINE RAIDS CONDUCTED IN FAISALABAD ON THE NIGHT BETWEEN MARCH 27 AND 28 HAS FINALLY BEEN IDENTIFIED AS ABU ZUBAYDAH.

THESE SOURCES SAID THAT A POSITIVE IDENTIFICATION OF THE MAN SUSPECTED OF RUNNING AL QAEDA OPERATIONS OUTSIDE AFGHANISTAN WAS MADE POSSIBLE BY ELECTRONIC VOICE IMPRINTS, AND LATER BY THE SUSPECT'S OWN ADMISSION.

THE DAWN WAS ABLE TO CONFIRM IN A SERIES OF INTERVIEWS WITH

PAKISTAN'S SENIOR INTELLIGENCE OFFICIALS AND INTERIOR MINISTRY AUTHORITIES THAT ABU ZUBAYDAH WAS CURRENTLY IN THE US CUSTODY OUTSIDE PAKISTAN.

KNOWLEDGEABLE SOURCES SAID ZUBAYDAH WAS HANDED OVER TO THE US AUTHORITIES IMMEDIATELY AFTER HIS ARREST AND WAS TRANSPORTED AS SOON AS HIS CONDITION STABILISED. ON MARCH 31, AT 5.00 IN THE MORNING HE WAS FLOWN OUTSIDE PAKISTAN IN A SPECIAL US AIRCRAFT FROM THE LAHORE AIRPORT, AUTHORITIES CLOSELY INVOLVED IN THESE RAIDS TOLD DAWN DURING A STRING OF INTERVIEWS.

THE DELAY IN THE CONFIRMATION OF ABU ZUBAYDAH'S IDENTITY WAS CAUSED BY THE FACT THAT A TUBE HAD BEEN INSERTED IN HIS GULLET BECAUSE OF THE SERIOUS INJURIES HE SUSTAINED IN THE FAISALABAD SHOOTOUT. THE PRIME MEANS OF ABU ZUBAYDAH'S IDENTIFICATION WAS THE VOICE PRINT AS US AGENCIES HAD RECORDINGS OF HIS VOICE PICKED FROM PHONE CONVERSATIONS ETC. HOWEVER, MATCHING OF AVAILABLE PHOTOGRAPHS ALSO HELPED ESTABLISH HIS IDENTITY.

ABU ZUBAYDAH, A 32-YEAR-OLD SAUDI BORN PALESTINIAN, IS CONSIDERED TO BE THE RIGHT-HAND MAN OF OSAMA BIN LADEN WHO TOPS UNITED STATES' LIST OF THE 'MOST WANTED'. ZUBAYDAH'S CAPTURE MARKS A MAJOR BREAKTHROUGH IN THE US-LED WAR ON TERRORISM AS THE US BELIEVES HE IS A KEY MEMBER OF OSAMA BIN LADEN'S INNER CIRCLE AND MAY HAVE SPECIFIC INFORMATION ABOUT AL QAEDA OPERATIONS OUTSIDE AFGHANISTAN. SINCE 1998, PAKISTAN HAD RECEIVED SEVERAL REQUESTS FROM THE US INTELLIGENCE OFFICIALS TO TRACK HIM DOWN AND PAKISTANI AGENCIES HAD MADE SEVERAL ATTEMPTS.

ZUBAYDAH WAS SERIOUSLY INJURED IN THE SHOOTOUT DURING THE RAID IN FAISALABAD BY THE PUNJAB ELITE FORCE THAT CONDUCTED NINE RAIDS IN FAISALABAD AND THREE IN LAHORE DURING THE SAME NIGHT. THE 13TH RAID WAS CONDUCTED IN KARACHI. PAKISTAN'S INTER SERVICES INTELLIGENCE (ISI) PLAYED A KEY ROLE IN COORDINATING 13 RAIDS BUT THE INTELLIGENCE SOURCES REFUSED TO GIVE ANY SPECIFICS OF ITS ROLE.

THE DAWN HAS LEARNT THAT DURING THE RAIDS IN FAISALABAD FOUR FOREIGNERS WERE INJURED AND ONE OF THEM, A SYRIAN, DIED ON THE WAY TO THE HOSPITAL. A TOTAL OF 27 FOREIGNERS AND 35 PAKISTANIS WERE ARRESTED DURING THESE RAIDS AND FOUR PAKISTANIS WERE RELEASED AFTER INITIAL SCREENING OF THE SUSPECTS WITHIN HOURS OF THEIR ARREST.

ON MARCH 28, ALL THE FAISALABAD DETAINEES WERE TAKEN TO
LAHORE EXCEPT TWO INJURED, WHO WERE SHIFTED TO ALLIED HOSPITAL
IN FAISALABAD. THE FOLLOWING DAY THE TWO INJURED WERE ALSO
TAKEN TO LAHORE. PRELIMINARY INVESTIGATIONS WERE CONDUCTED
AT LAHORE THAT RESULTED IN RELEASE OF ANOTHER 25 PAKISTANIS.

OF THE TOTAL SUSPECTED AL QAEDA ASSOCIATES ARRESTED DURING
THESE RAIDS SIX ARE PAKISTANIS, ONE RUSSIAN, ONE SUDANESE, ONE
MOROCCAN, TWO SYRIANS, THREE PALESTINIANS, THREE LIBYANS,
THREE SAUDIS AND 13 YEMENIS. THE THREE SAUDI NATIONALS WERE
PROVIDED CONSULAR ACCESS IN LAHORE PERHAPS IN VIEW OF
PAKISTAN'S SPECIAL RELATIONS WITH THE SAUDI GOVERNMENT.

THESE RAIDS WERE CONDUCTED AND LED SOLELY BY THE MEMBERS OF
THE PUNJAB ELITE FORCE UNDER THE ISI SUPERVISION, AND FBI AGENTS
APPEARED ON THE SCENE ONLY AFTER THE ACTION WAS OVER. RELIABLE
SOURCES IN THE FEDERAL GOVERNMENT TOLD DAWN THAT AT THE TIME
OF THE RAIDS NO MORE THAN THREE FBI AGENTS STATIONED
THEMSELVES IN CONTROL ROOMS AWAY FROM THE SCENES OF ACTION
IN THE THREE CITIES.

THESE SOURCES SAID THE FBI AGENTS APPEARED ON THE SCENE ONLY
AFTER THEY WERE SIGNALED THAT ALL THE AL QAEDA SUSPECTS HAD
BEEN OVERPOWERED BY THE POLICE. INTERIOR MINISTRY AND
INTELLIGENCE SOURCES INVOLVED IN THE OPERATION OUT RIGHTLY
REJECTED REPORTS SUGGESTING THAT FBI AGENTS LED THE RAIDING
TEAMS. "AMERICANS WOULD NEVER RISK THEIR OWN LIVES," WAS HOW A
KEY INTELLIGENCE OFFICIAL REACTED TO THIS SUGGESTION. THE FBI
AGENTS WERE BROUGHT IN ONLY FOR TECHNICAL REASONS, SAY
INTERIOR MINISTRY OFFICIALS WHO WERE CLOSELY ASSOCIATED WITH
THE COUNTRY-WIDE OPERATION.

[DESCRIPTION OF SOURCE: KARACHI DAWN IN ENGLISH -- INTERNET
VERSION OF MOST WIDELY-READ ENGLISH-LANGUAGE DAILY] THIS
REPORT MAY CONTAIN COPYRIGHTED MATERIAL. COPYING AND
DISSEMINATION IS PROHIBITED WITHOUT PERMISSION OF THE COPYRIGHT
OWNERS.
(ENDALL)

~~SECRET/~~ ▬▬▬

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AHMED SALAM, | ) |
|  | ) |
| Petitioner, | ) |
|  | ) |
| v. | )     Civil Action No. 05-CV-02386 (RBW) |
|  | ) |
| GEORGE WALKER BUSH, *et al.*, | ) |
|  | ) |
| Respondents. | ) |
|  | ) |

TRRS-04-03-1083 (March 10, 2004)

~~SECRET/~~ ▬▬▬

███████

**DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
**ORGANIZATIONAL MESSAGE FORM**

TRANSMIT VIA:            PRECEDENCE:            CLASSIFICATION:

████████████████████████████████████████████████

Date: 03/26/2004

PAGE 1 OF 6

████████████████████████████████████████████████

Approved by:_____    Case ID#/Serial:_____

                                         Original Filename: ████████████

*****FOR SAMNET OPERATIONS USE ONLY*****

Time Received:_____    SAMNET Filename: ████████████

Time of Transmition:_____    MRI/JUL/ISN:_____

                                     DTG:_____

**DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
**ORGANIZATIONAL MESSAGE FORM**

^PAGE 2 OF 3 



REPORT CLASS
CITE: //1382//
SERIAL:   (U) TRRS-04-03-1083
COUNTRY:   (U) UNITED STATES/PAKISTAN
SUBJ:

2

--------------------------------
FEDERAL BUREAU OF INVESTIGATION
--------------------------------
DOI:   (U) JANUARY TO MARCH 2004.
SOURCE:

WARNING: (U)  THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED
INTELLIGENCE.

TEXT: 1.

2.

3.

FD-36a (Rev.1-22-2003)

**DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
**ORGANIZATIONAL MESSAGE FORM**

^PAGE 3 OF 3 ▮▮▮▮▮▮



b(2)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) ) |
| Respondents. | ) ) ) |

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2) ███████████

b(2) ████████████████████

SUBJECT: b(1) ████████████

REQUEST: b(1) ██████████████████
b(1) ████████████████████

b(1) ██████████████████████

b(2) ████████████ 689, b(2) ██████████

JUSTIFICATION: b(2) █████████

SOURCES CHECKED: b(2) ██
RESPONSE CLASSIFICATION: b(2) █████████
RESPONSE MEDIUM: b(2) ████
SUSPENSE DATE: b(2) ██
LTIOV: b(2) ████
ORGANIZATION: b(2) ██████
SECTION: b(2) ███
DSN: b(2) ████
COMMERCIAL PHONE:
SIPR/HOCHNET: b(2) ████████████
JWICS:

_____

**From:** b(2) ██████████
**Sent:** b(2) ████████
**To:** b(2)
**Subject:** b(1) █████████

b(2) ████

b(1), b(2) ██████████████

b(1), b(2) ████████████████

b(2) █████████████████████

Analyst Note: b(1) █████████████████
b(1) ███████
b(1) ██████                 b(1), b(2) ████████
b(1), b(2) ████████████
b(1), b(2) ████

b(2) █████████

DMO Exhibit 26
Page 1 of 1

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2) ███████████████

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AHMED SALAM,  ) | |
| ) | |
| Petitioner,  ) | |
| ) | |
| v.  ) | Civil Action No. 05-CV-02386 (RBW) |
| ) | |
| GEORGE WALKER BUSH, *et al.*,  ) | |
| ) | |
| Respondents.  ) | |

b(2) ███████████████████

UNCLASSIFIED//FOR PUBLIC RELEASE



DEPARTMENT OF DEFENSE

b(2)

GUANTANAMO BAY, CUBA
JTF-160
APO AE 09380

b(2)

b(2)

MEMORANDUM FOR RECORD

SUBJECT: b(1)

b(1)

2. b(1)

b(2)

b(1), b(2)

b(1), b

b(2)

4. POC is the undersigned at b(2)

b(2)

b(2)

DMO Exhibit 27

Page 1 of 1

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, <br><br> Petitioner, <br><br> v. <br><br> GEORGE WALKER BUSH, *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-CV-02386 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ISN 689 b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

██████████████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SALAM, | ) |
| | ) |
| | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  Civil Action No. 05-CV-02386 (RBW) |
| | ) |
| GEORGE WALKER BUSH, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |
| | ) |

ISN 689 ██████████████

UNCLASSIFIED//FOR PUBLIC RELEASE

|  | | EVACUATION DATE: |
|---|---|---|

**PERSONAL**

LNAME:
FNAME:
MNAME:
SEX: (M)  F
SVC/ID NO:
DOB: 1980  21 yrs
POB: TA'Z yemen
NATIONALITY: yemen    COUNTRY OF CITIZENSHIP: yemeni
LANGUAGES & PROFICIENCY:   1   2   3   4  (5) Arabic  English 0

MARITAL STATUS:  (S)  M  D  W
STATUS:  MIL / CIV / PARAMIL./ INSURG / OTHER:

**ADMIN**

SCREENER NAME/FRN:                    SCREENING DTG:
APPROACHES:

**MILITARY**

BRANCH:   AR  AF  NV  MC  CG  OTHER
RANK:
UNIT & LOCATION:      none

DUTIES & RESPONSIBILITIES:

SKILLS:

EXPERIENCE, TRAINING & LOCATION:
Pistol trained in yemen

**CAPTURE**

DTG: 2 months               CAP UNIT:
PLACE: Faisalibad           DOCUMENTS:

CIRCUMSTANCES:              WPNS/EQUIP:

UNCLASSIFIED//FOR PUBLIC RELEASE

**MP NUMBER:**

**OCCUPATION:** Alslat

**ORGANIZATION (DATES & LOCATIONS):**
4 years food store work

**DUTIES & RESPONSIBILITIES:**

**SKILLS:**

C
I
V
I
L
I
A
N

**PHYSICAL CONDITION:**

**EDUCATION:** HIGH SCHOOL

**SCREENER'S OBSERVATIONS:**

**INTELLIGENCE:** AVG+  AVG  AVG-

**MENTAL STATE:**

**COOPERATION:** 1  2  3          **KNOWLEDGE:** A  B  C

**FBI INDICTED PERSONS LIST:** Y  N

A
S
S
E
S
S
M
E
N
T

| CENTCOM BLACK LIST 35 MOST WANTED LIST | | FOREIGN FIGHTERS OTHER THAN PAKISTANIS MEETING CRITERIA | | LEADERS OF 500 OR MORE TALIBAN/MUJAHIDEEN | | ANYONE WITH SPECIAL SKILLS OR EDUCATION | | SPEAKS A WESTERN LANGUAGE | |
|---|---|---|---|---|---|---|---|---|---|
| YES | NO | YES | NO | YES | NO | YES | NO | YES | NO |

**PLACEMENT & ACCESS:** Can identify others captured with him.
Feally AL
Left for Pls to receive treatment for sleep apnea
9 months.

R
E
M
A
R
K
S

**RECOMMENDED EXPLOITATION (PIR, HCR, SDR, AREAS OF SPECIFIC KNOWLEDGE, ETC...):**

C
O
L
L
E
C
T
I
O
N

M
G
T



UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE

b(2)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED AHMED SALAM, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) )   Civil Action No. 05-CV-02386 (RBW) |
| GEORGE WALKER BUSH, *et al.*, | ) ) |
| Respondents. | ) ) ) ) |

b(2)

b(2)

UNCLASSIFIED//FOR PUBLIC RELEASE

UNCLASSIFIED//FOR PUBLIC RELEASE



b(2)

b(1)