# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| AHMED ADNAN AHJAM (ISN 326), a/k/a Abu Rawda, | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | Civil Action No. 09-745 (RCL) |
| BARACK H. OBAMA, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

## ORDER

The Court held a status conference in this matter on August 17, 2009. In accordance with that proceeding, it is hereby

ORDERED the parties shall adhere to the following schedule:

| | |
|---|---|
| Respondents conclude discovery ordered by Judge Walton | By September 25, 2009 |
| Petitioner's Traverse is filed | By December 1, 2009; |

and it is further

ORDERED that upon petitioner's unopposed request the Court shall use "Ahmed Adnan Ahjam" as petitioner's primary name while retaining "Abu Rawda" as petitioner's alias (as in the caption above).

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on August 17, 2009.