**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:                                      )<br>GUANTANAMO BAY                 )<br>DETAINEE LITIGATION           )<br>_____)<br>                                             )<br>ABDUL RAHMAN AHMED,       )<br>  a/k/a ABDUL AL RAHMAN AL ZIAHRI,)<br>  a/k/a ABDURAHMAN LNU,    )<br>                                             )<br>                 Petitioner,            )<br>           v.                             )<br>                                             )<br>BARACK OBAMA, *et al.*,          )<br>                                             )<br>                 Respondents.        )<br>_____) | Misc. No. 08-442(TFH)<br><br><br><br><br><br><br><br>Civil Action No. 09-0745 (RCL) |

**ORDER**

Upon consideration of Petitioner's Unopposed Motion for a Stay, it is hereby

**ORDERED** that Petitioner's Unopposed Motion for a Stay is GRANTED. It is further

**ORDERED** that this case is STAYED indefinitely. It is further

**ORDERED** that the Protective Order entered on September 11, 2008 remain in effect during the period of the stay. It is further

**ORDERED** that the parties may move the Court to lift the stay provided the moving party gives the non-moving party written notice the (10) days prior to the date of filing the motion.

Date: __8/18/2009_____                    __/s/___Royce C. Lamberth_____
                                                              UNITED STATES DISTRICT JUDGE