# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

ABDAL RAZAK ALI (ISN 685),     )

                               )

     Petitioner,            )

                               )

     v.                      )      Civil Action No. 09-cv-745 (RCL)

                               )

BARACK OBAMA,         )

President of the United States, *et al.*,    )

                               )

     Respondents.        )

_____)

## ORDER

Upon consideration of respondents' Third Motion for Leave to Amend and Supplement the Factual Return, it is hereby

ORDERED that respondents' Motion is GRANTED, and it is further

ORDERED that the Supplement to the Factual Return, which is attached to respondents' Motion, is accepted for filing along with all of its exhibits.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on August 28, 2009.