UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHMED ADNAN AHJAM (ISN 326),** a/k/a Abu Rawda, | ) ) ) |
| Petitioner, | ) ) |
| v. | )     Civil Action No. 09-cv-745 (RCL) ) |
| **BARACK OBAMA,** *et al.*, | ) ) |
| Respondents. | ) ) ) |

## ORDER

It is hereby ORDERED that petitioner's Motion [882] for Expedited Judgment on the Record is DENIED as MOOT, subject to renewal. Petitioner may renew his motion upon the completion of respondents' discovery and the filing of petitioner's traverse as required by this Court's August 17, 2009 Scheduling Order [1293].

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on September 29, 2009.