## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

|  |  |  |
|---|---|---|
| **NADIR OMAR ABDULLAH BIN SA'ADOUN ALSA'ARY, et. al.,** | ) ) ) ) |  |
| Petitioners, | ) ) |  |
| v. | ) ) | **No. 09-CV-0745 (RCL)** |
| **BARACK OBAMA, et. al.,** | ) ) |  |
| Respondents. | ) ) |  |

---

### NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that undersigned counsel, Zachary Katznelson, hereby withdraws his appearance as one of the counsel for Petitioner Nadir Omar Abdullah Bin Sa'adoun Alsa'ary in the above-named action.

Dated: October 7, 2009

Respectfully submitted,

_____
Zachary Katznelson
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640 (ph)
011 44 207 353 4641 (fax)
zachary@reprieve.org.uk

1