IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARQAWI ABDU ALI AL-HAJJ, )<br> )<br>     Petitioner, )<br> )<br>v. )<br> )<br>BARACK OBAMA, *et al.*, )<br> )<br>     Respondents. )<br>_____) | Civil Action No. 09 -745 (RCL) |

**ORDER**

Upon consideration of Respondents' Consent Motion for Further Enlargement of Time to Respond to the Discovery Order entered September 4, 2009, it is hereby

ORDERED that the Respondents are allowed until November 25, 2009, to complete the ordered discovery.

SO ORDERED.

Date: 11/9/2009            _____/s/_____
                      ROYCE C. LAMBERTH
                      UNITED STATES DISTRICT JUDGE