UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDAL RAZAK ALI (ISN 685),**  )   <br> ) <br> **Petitioner,**  ) <br> ) <br> v.  ) <br> ) <br> **BARACK OBAMA,**  ) <br> **President of the United States,** *et al.*,  ) <br> ) <br> **Respondents.**  ) <br> ) | Civil Action No. 09-cv-745 (RCL) |

## ORDER

Upon consideration of respondents' Consent Motion [1338] for Extension of Time to Respond to Petitioner's Proposed Factual Return for Public Filing, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that respondents shall have until December 16, 2009 to respond to petitioner Abdal Razak Ali's (ISN 685) proposed factual return for public filing.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on November 30, 2009.