**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Shargowi LNU,** *et al.* | |
| | ) |
| *Petitioners*, | ) |
| | ) |
| *v.* | )  **Civil Action No. 09-745 (RCL)** |
| | ) |
| **BARACK H. OBAMA,** *et al.*, | ) |
| | ) |
| *Respondents.* | ) |
| | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice of the withdrawal of the appearance of the following counsel

on behalf of Petitioner Sharkawi Abda Ali Al-Haag AKA Shargowi (ISN 1457):

Sara J. Toering
Sutherland Asbill & Brennan LLP
999 Peachtree St. NE
Atlanta, GA 30309-3996
404-853-8216
Sara.toering@sutherland.com

Dated:  April 26, 2010.                Respectfully submitted,


Counsel for Petitioners:

    /s/ *Sara J. Toering*
Sara Toering  (Pursuant to LCvR 83.2(g))
Kristin B. Wilhelm (Pursuant to LCvR 83.2(g))
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia  30309-3996
Telephone: (404) 853-8000
Facsimile:  (404) 853-8806

Brian C. Spahn (Pursuant to LCvR 83.2(g))
Richard G. Murphy, Jr. (D.C. Bar No. 472769)
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2415

Telephone: (202) 383-0635
Facsimile:  (202) 637-3593

John A. Chandler (Pursuant to LCvR 83.2(g))
KING & SPALDING LLP
1180 Peachtree St, NE
Atlanta, Ga. 30309-3521
Telephone: 404-572-4646
Facsimile: 404-572-5140

Diana J. Pomeranz (D.C. Bar No. 494240)
Patricia L. Maher (D.C. Bar No. 360398)
Ilyse B. Stempler  (D.C. Bar No. 983916)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-0500
Fax: (202) 626-3737

April 26, 2010
Washington, DC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April, 2010 I filed the foregoing electronically through the

CM/ECF system, which caused the counsel of record to be served by electronic means, as more fully

reflected on the Notice of Electronic Filing:

**Charlotte A. Abel**
Email: charlotte.abel2@usdoj.gov

**Timothy Allen Bass**
Email: timothy.bass2@usdoj.gov

**Julia A. Berman**
Email: julia.berman@usdoj.gov

**Blanche L. Bruce**
Email: blanche.bruce@usdoj.gov

**Mary Elizabeth Carney**
Email: mary.carney@usdoj.gov

**Patrick D. Davis**
Email: patrick.davis2@usdoj.gov

**Paul A. Dean**
Email: paul.dean@usdoj.gov

**Joseph Charles Folio , III**
Email: joseph.folio@usdoj.gov

**James J. Gilligan**
Email: james.gilligan@usdoj.gov

**Alexander Kenneth Haas**
Email: alexander.haas@usdoj.gov

**Norman Christopher Hardee**
Email: Christopher.Hardee2@usdoj.gov

**Terry Marcus Henry**
Email: terry.henry@usdoj.gov

**Dalin Riley Holyoak**
Email: dalin.holyoak@usdoj.gov

**Scott Douglas Levin**
Email: Scott.Levin@usdoj.gov

**John P. Lohrer**
Email: john.lohrer2@usdoj.gov

**Sarah Maloney**
Email: sarah.maloney2@usdoj.gov

**Carolyn Gail Mark**
Email: carolyn.mark@usdoj.gov

**Kathryn Celia Mason**
Email: Kathryn.Mason@usdoj.gov

**Steve Ray Matheny**
Email: steve.matheny2@usdoj.gov

**Stephen McCoy Elliott**
Email: stephen.elliott@usdoj.gov

**Sean W. O'Donnell , Jr.**
Email: sean.o'donnell@usdoj.gov

**Robert J. Prince**
Email: robert.prince@usdoj.gov

**Nancy Naseem Safavi**
Email: nancy.safavi@usdoj.gov

**James J. Schwartz**
Email: james.schwartz@usdoj.gov

**Keith Simmons**
Email: keith.simmons2@usdoj.gov

**Andrew Sparks**
Email: andrew.sparks@usdoj.gov

**John Edward Wallace**
Email: john.wallace2@usdoj.gov

**Andrew I. Warden**
Email: andrew.warden@usdoj.gov

**David Hugh White**
Email: david.white2@usdoj.gov

**Rachelle C. Williams**
Email: rachelle.c.williams@usdoj.gov

**Kristina Ann Wolfe**
Email: kristina.wolfe@usdoj.gov


By:      /s/ Sara J. Toering
Sara J. Toering