UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDAL RAZAK ALI (ISN 685), ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> BARACK OBAMA, *et al.*, ) <br> ) <br> Respondents. ) <br> _____ ) | Civil Action No. 09-745 (RCL) <br><br> **FILED** <br><br> JUN 16 2010 <br><br> U.S. DISTRICT COURT |

## ORDER

This matter comes before the Court on petitioner's motion [1361] for recusal and petitioner's motion [1374] for discovery recording recusal.

The Court rejects the notion that its publicly expressed views provide any basis for recusal.

The government's disclosure that an attorney for the government had an ex parte contact with the Court is very troubling. The Court's recollection of the fleeting conversation—one of a number of questions asked as the Court left the podium—does not at all comport with the government's disclosure. Because this is much ado about nothing, and petitioner's counsel has preferred to delay disposition of the merits of the petition to address this sideshow, I hereby RECUSE.

SO ORDERED.

6/16/10
DATE

Royce C. Lamberth
ROYCE C. LAMBERTH
CHIEF JUDGE