UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL RAZAK ALI, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Case No. 10-1020 (RJL) |
| | ) |
| BARACK H. OBAMA,[1] et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER
(March  11, 2011) [#1447]

Before the Court is petitioner Abdul Razak Ali's classified Motion for Entry of the Writ, or, in the Alternative, for a New Hearing and Sanctions [Dkt. #1447]. Based on the classified motions and responses, the record in this case, and on oral argument held before this Court in December 2010 and January 2011, it is hereby

**ORDERED** that the petitioner's Motion for Entry of the Writ, or, in the Alternative, for a New Hearing and Sanctions, is **DENIED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

---

[1]  Pursuant to Federal Rule of Civil Procedure 25(d), if a public officer named as a party to an action in his official capacity ceases to hold office, the court will automatically substitute that officer's successor. Accordingly, the Court substitutes Barack H. Obama for George W. Bush.