**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

AUG 1 0 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| Abdul Razak Ali, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Case No. 10-cv-1020 (RJL) |
| ) | |
| Donald J. Trump, *et al.*, ) | |
| ) | |
| Respondents, ) | |
| ) | |

## ORDER

August 10 , 2018 [Dkt. #1529]

**THIS CASE** comes before the Court upon petitioner's Corrected Motion for Order

Granting Writ of Habeas Corpus [Dkt. #1529].

**UPON CONSIDERATION** of the Corrected Motion, the law, the record, and

being otherwise fully advised on the matter, it is hereby

**ORDERED** that, for the reasons stated in the accompanying Memorandum

Opinion, the Motion is **DENIED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

1