IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDUL RAZAK ALI,

  *Petitioner*,

  v.

JOSEPH R. BIDEN, JR., *et al.*,

  *Respondents*.

Case No. 10-CV-1020 (RJL)

## MOTION TO WITHDRAW APPEARANCE

Undersigned counsel, Shayana Kadidal of the Center for Constitutional Rights, hereby moves pursuant to Local Rule 83.6(c) to withdraw his appearance for Petitioner Abdul Razak Ali in this matter. Petitioner's longtime lead counsel, H. Candace Gorman, will continue to represent Petitioner before this Court.

Respectfully submitted,


   /s/*Shayana Kadidal*

Shayana Kadidal (D.D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6438
Fax: (212) 614-6451
skadidal@ccrjustice.org


Dated: May 19, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDUL RAZAK ALI,

    *Petitioner*,

    v.

JOSEPH R. BIDEN, JR., *et al.*,

    *Respondents*.

Case No. 10-CV-1020 (RJL)

**[PROPOSED] ORDER**

The Motion of Shayana Kadidal to withdraw his appearance as counsel for Petitioner Abdul Razak Ali is hereby GRANTED.

_____

HON. RICHARD J. LEON
SENIOR UNITED STATES DISTRICT JUDGE