IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDUL RAZAK ALI,

  *Petitioner*,

  v.

JOSEPH R. BIDEN, JR., *et al.*,

  *Respondents*.

Case No. 10-CV-1020 (RJL)

## MOTION TO WITHDRAW APPEARANCE

  Undersigned counsel, Jonathan Wells Dixon of the Center for Constitutional Rights, hereby moves pursuant to Local Rule 83.6(c) to withdraw his appearance for Petitioner Abdul Razak Ali in this matter. Petitioner's longtime lead counsel, H. Candace Gorman, will continue to represent him before this Court.

      Respectfully submitted,

       /s/*J. Wells Dixon*
      Jonathan Wells Dixon (Pursuant to LCvR 83.2(g))
      CENTER FOR CONSTITUTIONAL RIGHTS
      666 Broadway, 7th Floor
      New York, New York 10012
      Tel: (212) 614-6423
      Fax: (212) 614-6451
      wdixon@ccrjustice.org

Dated: May 19, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDUL RAZAK ALI,

*Petitioner*,

v.

JOSEPH R. BIDEN, JR., *et al.*,

*Respondents*.

Case No. 10-CV-1020 (RJL)

**[PROPOSED] ORDER**

The Motion of Jonathan Wells Dixon to withdraw his appearance as counsel for Petitioner Abdul Razak Ali is hereby GRANTED.

_____
HON. RICHARD J. LEON
SENIOR UNITED STATES DISTRICT JUDGE